**Sealed**

FILED BY ML D.C.

MAY 06 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. <u>22-20170-CR-SCOLA/GOODMAN</u>

UNITED STATES OF AMERICA,

v.

GZUNIGA LTD.,
NANCY TERESA GONZALEZ de BARBERI
DIEGO MAURICIO RODRIGUEZ GIRALDO, and
JOHN CAMILO AGUILAR JARMILLO,
    aka "Jhon Camilo Aguilar Jaramillo,"
    aka "JhonCa,"

                Defendants.

<u>UNDER SEAL</u>

_____/

## MOTION FOR LIMITED UNSEALING ORDER

The United States of America respectfully requests that the Indictment, Arrest Warrants, and the associated attachments filed April 26, 2022, and previously sealed by Order of this Honorable Court be UNSEALED for the limited purpose of allowing the government to provide a copy of the materials as part of the effort to provisionally arrest and extradite the individual defendants charged in this matter, who upon information and belief are citizens of Colombia and are unlikely to otherwise present themselves before a court of the United States. To effectuate the arrest and pursue extradition of these individuals from Colombia, it is necessary for the Department of Justice to provide the charging instrument and arrest warrants to the appropriate authorities in Colombia, in a process that may consume many months. Until such time as that process is complete, the reasons

originally articulated for the sealing continue to apply in this case.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: *[signature]*
Thomas A. Watts-FitzGerald
Assistant United States Attorney
Florida Bar No. 0273538
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9413
Email: thomas.watts-fitzgerald@usdoj.gov