UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-20170-CR-SCOLA/GOODMAN

UNITED STATES OF AMERICA,

v.

GZUNIGA LTD.,
NANCY TERESA GONZALEZ de BARBERI,
DIEGO MAURICIO RODRIGUEZ GIRALDO,
and JOHN CAMILO AGUILAR JARMILLO,
    a/k/a "Jhon Camilo Aguilar Jaramillo,"
    a/k/a "JhonCa,"

                  Defendants.

**UNDER SEAL**

_____/

## LIMITED UNSEALING ORDER

    The United States of America, having applied to this Court for an Order UNSEALING the Indictment, Arrest Warrants, and the associated attachments filed in this matter, for the LIMITED purpose of providing copies necessary to process provisional arrest and extradition requests to Colombian law enforcement for the defendants herein, and the Court finding good cause therefore:

    **IT IS HEREBY ORDERED** that the motion for limited unsealing order (**ECF No. 5**) is **granted**. The Indictment, Arrest Warrants, and the associated attachments. filed April 26, 2022, in this matter shall be UNSEALED, for the LIMITED purposes of allowing the government to meet its disclosure obligations to foreign law enforcement authorities as necessary to pursue the provisional arrest and extradition of the charged defendants. The SEALING ORDER shall otherwise remain in place.

    **DONE AND ORDERED** in chambers at Miami, Florida, on May 9, 2022.

                                          _____
                                          ROBERT N. SCOLA, JR.
                                          UNITED STATES DISTRICT JUDGE

cc: AUSA T. Watts-Fitzgerald