United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America,<br>Plaintiff<br><br>v.<br><br>GZuniga, Ltd.<br>Nancy Teresa Gonzalez de Barberi,<br>Diego Mauricio Rodriguez Giraldo,<br>John Camilo Aguilar Jarmillo,<br>Defendants. | Criminal Case No. 22-CR-20170-Scola |

## Sealed Order Transferring Case to Fugitive Status

This matter is before the Court *sua sponte.* On April 26, 2022, a sealed indictment was randomly assigned to the undersigned. Since the defendants have not made an initial appearance, they are transferred to fugitive status.

**Done and Ordered** at Miami, Florida on June 2, 2022.

_____
Robert N. Scola, Jr.
United States District Judge

cc:   AUSA Thomas Watts-Fitzgerald
       Richard J. Powers, DOJ Attorney