# MINUTE ORDER

Page 8

## Magistrate Judge Jacqueline Becerra

King Building Courtroom 10-6     Date: 8/31/23     Time: 1:30 p.m.

---

Defendant: Nancy Gonzalez De Barbieri    J#: 07958-506    Case #: 22-20170-CR-SCOLA

AUSA: Tom Watts-Fitzgerald    Attorney: Sam Rabin, Perry

Violation: Consp/Defraud U.S./Import wildlife W/O CITES Permit    Surr/Arrest Date: 8/30/23    YOB: 1953

Proceeding: Initial Appearance    CJA Appt: ___

Bond/PTD Held: ☐ Yes ☒ No    Recommended Bond: ___

Bond Set at: Stip $500K 10% & $250K PSB    Co-signed by: Daughter

- [x] Surrender and/or do not obtain passports/travel docs
- [x] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services
  Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [x] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [x] Home Confinement/Electronic Monitoring and/or GPS Curfew ___ pm to ___ am, paid by Deft
- [x] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to: ___
- [x] Other: Live w/ daughter @ address on record

Language: Spanish

Disposition:
- Deft advised of rights
- Brady given
- Mr. Rabin filed Ntc perm app 9-30-22
- Stip $500K 10% and $250K PSB co-signed by daughter
- Live w/ daughter @ address of record
- 10% bond due by COB on 9/1
- Deft arraigned

Reading of indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested.

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:

Report RE Counsel: ___
PTD/Bond Hearing: ___
Prelim/Arraign or Removal: ___
Status Conference RE: ___

* Deft released
* All further matters before Judge Scola

D.A.R. 14:13:11 / 14:37:48    Time in Court: 9 mins

s/Jacqueline Becerra      Magistrate Judge