UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE № 22-20170-CR-SCOLA

UNITED STATES OF AMERICA,

    *Plaintiff*,

vs.

NANCY TERESA GONZALEZ de BARBERI,
and GZUNIGA, LTD.,

    *Defendant.*

_____/

### RESPONSE TO COURT'S INQUIRY ON JOINT REPRESENTATION

**NANCY TERESA GONZALEZ DE BARBERI** (hereafter **MS. GONZALEZ**) is a Defendant in this case. Her company, **GZUNIGA, LTD.**, is also named as a Defendant in this case. Undersigned counsel is of the opinion and belief that no conflict exists in counsel's joint representation of both Defendants since **MS. GONZALEZ** is the sole owner of **GZUNIGA, LTD.**

As further support for counsel's position that no conflict exists, we do not envision a situation where **MS. GONZALEZ'S** legal posture in this case would differ from Defendant **GZUNIGA, LTD.'S**. Finally, although it is early in the case and no discovery has been provided by the government, much pre-indictment work has already taken place. We believe the case is going to result in a plea.

Finally, undersigned counsel has discussed the issues of our joint representation of **MS. GONZALEZ** with her and she advised that she appreciates the inquiry but sees no conflict in this joint representation and is prepared to

waive any potential conflict should the Court find it necessary to have a hearing on this issue.

Pursuant to Local Rule 88.9, undersigned counsel contacted the prosecutor assigned to this cause, Assistant United States Attorney, Thomas Watts-Fitzgerald, and he agrees with undersigned counsel's position and representations set forth herein.

Respectfully submitted,

**RABIN & LOPEZ, P.A.**
One Southeast Third Avenue
Suite 2600
Miami, FL 33131
Tel: 305•358•1064
Email: sjr@miamilawyer.com

s/ *Samuel J. Rabin, Jr.*

SAMUEL J. RABIN, JR.
Florida Bar № 273831

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of September 2023, a true and correct copy of the foregoing Response to Court's Inquiry on Joint Representation was furnished via the CM/ECF system to all parties designated to receive the electronic filings in this cause.

s/ *Samuel J. Rabin, Jr.*

SAMUEL J. RABIN, JR.

---