United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal Case No. 22-20170-CR-Scola |
| Gzuniga, LTD., Nancy Teresa | ) | |
| Gonzalez de Barberi, and Diego | ) | |
| Mauricio Rodriguez Giraldo, | | |
| Defendants. | | |

## Order Continuing Trial – Ends of Justice

**This Cause** came before the Court on Defendant's Unopposed Motion to Continue Trial, filed October 16, 2023. The Court has considered the Motion, the arguments presented by Counsel, and being otherwise fully advised, it is

**Ordered and Adjudged** that Defendant's Unopposed Motion to Continue Trial (**ECF No. 24**) is **granted**. The interests of justice served by a continuance outweigh any interest of the public or the Defendants in a speedy trial. As a result, the period of delay resulting from this continuance — *i.e.*, from the date the Motion was filed, **October 16, 2023**, to and including the date trial commences — is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7).

The above-named defendants are hereby set for jury trial before the Honorable Robert N. Scola, Jr., United States District Judge, at 400 North Miami Avenue, Courtroom 12-3, Miami, Florida, during the two-week trial period that begins on **December 4, 2023, at 9:00 a.m.** A calendar call will be held on **Tuesday, November 28, 2023, at 9:00 a.m.** at the same location. **All counsel and defendants are required to be present at the calendar call.**

**Done and Ordered** in Chambers at Miami, Florida, on October 16, 2023.

**Robert N. Scola, Jr.**
**United States District Judge**

cc:    counsel of record