GZUNIGA, LTD ;

DEFENDANT: NANCY TERESA GONZALES de BARBERI   DOCKET: 22-20170-CR-SCOLA/GOODMAN

ATTORNEY: SAMUEL J. RABIN, JR.
ANDREA LOPEZ

## PRESENTENCE DISCLOSURE PROCEDURES
## FOR THE SOUTHERN DISTRICT OF FLORIDA

Effective January 1, 1986, it will be the DEFENSE COUNSEL'S RESPONSIBILITY TO DISCLOSE THE PRESENTENCE INVESTIGATION TO THEIR CLIENTS WHETHER ON BOND OR IN CUSTODY.

After conviction or plea, the defense counsel and defendant, if on bond, are to report **immediately** to the Probation Office to initiate the presentence investigation. If the defendant is in custody, it is the defense counsel's responsibility to immediately report in person to the Probation Office. At that time, the defense counsel will be given notice of the presentence report completion date. **THIS WILL BE YOUR ONLY NOTICE.**

Copying the presentence investigation is prohibited. Disclosure of the report is restricted to the defendant and the attorney of record. Unauthorized copying or disclosure of the presentence investigation is an act in contempt of Court.

Effective December 1, 1989, copies of the presentence investigation may be kept by counsel for the defendant and counsel for the government.

### NON-GUIDELINE CASES

Seven (7) days prior to sentencing, the report will be disclosed to all parties.

### GUIDELINES CASES

Unless otherwise determined, sentencing shall be scheduled by each District Judge no earlier than seventy (70) days following entry of a guilty plea or verdict of guilty.

The presentence investigation shall be completed and disclosed to counsel at least **thirty five (35)** days prior to the sentencing date.

Any objections counsel may have must be submitted to the U.S. Probation Office **no later than twenty one days prior to sentencing**, at which time the U.S. Probation Office will prepare for the Court an addendum indicating any unresolved factual disputes or objections by counsel. **Unless otherwise ordered by the Court, objections will be filed in CM/ECF or provided directly to Chambers by the probation office under confidentiality protections.**

Should counsel file the objections with the Clerk of Court, said objections will become part of the public record and counsel waives any expectation of confidentiality.

The presentence investigation report (original or revised), and addendum addressing matters or guideline computations still in dispute shall be made available to the sentencing Judge and all counsel **seven (7) days prior to sentencing**.

OBJECTIONS DUE: 1/16/2024

SENTENCING: FEB. 5, 2024       PSI COMPLETION DATE: 1/2/2024

NOTED: _____                           DATE: 11/17/2023

Rev: 07/14