# EXHIBIT 3

| N° CITES | DATE APPROVED | EXOTIC SKIN | QUANTITY APPROVED | QUANTITY SENT | REMAINING CITES APPROVED | DATE OF FLIGHT | MERCHANDISE ALLEGEDLY UNACCOUNTED FOR | EXHIBIT |
|---|---|---|---|---|---|---|---|---|
| | | | | **JUNE 2016** | | | | |
| 40660 | 5/21/216 | CROCODILE | 125 | 69 | 56 | | | EXHIBIT A |
| 40666 | 5/24/216 | CROCODILE | 125 | 42 | 83 | | | EXHIBIT B |
| 40661 | 5/27/2016 | CROCODILE | 125 | 125 | 0 | | | EXHIBIT C |
| 40669 | 6/3/2016 | CROCODILE | 125 | 83 | 42 | | | EXHIBIT D |
| 40587 | 6/3/2016 | CROCODILE / PYTHON | 50 | 27 | 23 | | | EXHIBIT E |
| | | | | | 204 | 6/4/2016 | 12 | |
| | | | | | | 6/5/2016 | 32 | |
| | | | | | | 6/7/2016 | 8 | |
| | | | | | | 6/8/2016 | 28 | |
| **TOTAL** | | | **550** | **346** | **204** | | **80** | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | **JULY & AUGUST 2016** | | | | |
| N° CITES | DATE APPROVED | EXOTIC SKIN | QUANTITY APPROVED | QUANTITY SENT | REMAINING CITES APPROVED | DATE OF FLIGHT | MERCHANDISE ALLEGEDLY UNACCOUNTED FOR | EXHIBIT |
| 40781 | 7/7/2016 | CROCODILE / PYTHON | 40 | 20 | 20 | | | EXHIBIT F |
| 40667 | 7/7/2016 | CROCODILE | 125 | 31 | 94 | | | EXHIBIT G |
| 40663 | 7/9/2016 | CROCODILE | 125 | 27 | 98 | | | EXHIBIT H |
| 40799 | 7/9/2016 | CROCODILE / PYTHON | 50 | 29 | 21 | | | EXHIBIT I |
| 40803 | 7/12/2016 | CROCODILE / PYTHON | 50 | 30 | 20 | | | EXHIBIT J |
| 40824 | 7/14/2016 | CROCODILE / PYTHON | 50 | 16 | 34 | | | EXHIBIT K |
| 40716 | 7/19/2016 | CROCODILE | 150 | 85 | 65 | | | EXHIBIT L |
| 40720 | 7/21/2016 | CROCODILE | 150 | 90 | 60 | | | EXHIBIT M |
| 40825 | 7/27/2016 | CROCODILE / PYTHON | 50 | 37 | 13 | | | EXHIBIT N |
| 40719 | 7/30/2016 | CROCODILE | 150 | 139 | 11 | | | EXHIBIT O |
| 40872 | 8/2/2016 | CROCODILE / PYTHON | 50 | 29 | 21 | | | EXHIBIT P |
| 40967 | 8/3/2016 | CROCODILE | 100 | 88 | 12 | | | EXHIBIT Q |

| N° CITES | DATE APPROVED | EXOTIC SKIN | QUANTITY APPROVED | QUANTITY SENT | REMAINING CITES APPROVED | DATE OF FLIGHT | MERCHANDISE ALLEGEDLY UNACCOUNTED FOR | EXHIBIT |
|---|---|---|---|---|---|---|---|---|
| 40717 | 8/4/2016 | CROCODILE | 150 | | | | | EXHIBIT R |
| 40973 | 8/7/2016 | CROCODILE | 50 | 19 | 31 | | | EXHIBIT S |
| 40718 | 8/8/2016 | CROCODILE | 150 | 110 | 40 | | | EXHIBIT T |
| | | | | | | 8/8/216 | 6 | |
| **TOTAL** | | | **1440** | **839** | **601** | | **6** | |
| | | | | | | | | |
| | | | | | | | | |

### SEPTEMBER 2016

| N° CITES | DATE APPROVED | EXOTIC SKIN | QUANTITY APPROVED | QUANTITY SENT | REMAINING CITES APPROVED | DATE OF FLIGHT | MERCHANDISE ALLEGEDLY UNACCOUNTED FOR | EXHIBIT |
|---|---|---|---|---|---|---|---|---|
| 40875 | 9/10/2016 | CROCODILE / PYTHON | 53 | 4 | 49 | | | EXHIBIT U |
| 40971 | 9/12/2016 | CROCODILE | 60 | 47 | 13 | | | EXHIBIT V |
| 40968 | 9/21/2016 | CROCODILE | 100 | 56 | 44 | | | EXHIBIT W |
| | | | | | | 9/5/2016 | 32 | |
| **TOTAL** | | | **213** | **107** | **106** | | **32** | |
| | | | | | | | | |
| | | | | | | | | |

### OCTOBER & NOVEMBER 2016

| N° CITES | DATE APPROVED | EXOTIC SKIN | QUANTITY APPROVED | QUANTITY SENT | REMAINING CITES APPROVED | DATE OF FLIGHT | MERCHANDISE ALLEGEDLY UNACCOUNTED FOR | EXHIBIT |
|---|---|---|---|---|---|---|---|---|
| 41087 | 10/4/2016 | CROCODILE | 149 | 55 | 94 | | | EXHIBIT Y |
| 41086 | 10/4/2016 | PYTHON | 30 | 20 | 10 | | | EXHIBIT X |
| 41090 | 10/19/2016 | CROCODILE | 98 | 32 | 66 | | | EXHIBIT Z |
| 41074 | 10/29/2016 | CROCODILE | 20 | 16 | 4 | | | EXHIBIT AA |
| | | | | | | 10/7/2016 | 6 | |
| | | | | | | 10/10/2016 | 4 | |
| | | | | | | 10/18/2016 | 1 | |
| | | | | | | 11/11/2016 | 1 | |
| **TOTAL** | | | **297** | **123** | **174** | | **12** | |
| | | | | | | | | |
| | | | | | | | | |

### JANUARY- MARCH 2017

| N° CITES | DATE APPROVED | EXOTIC SKIN | QUANTITY APPROVED | QUANTITY SENT | REMAINING CITES APPROVED | DATE OF FLIGHT | MERCHANDISE ALLEGEDLY UNACCOUNTED FOR | EXHIBIT |
|---|---|---|---|---|---|---|---|---|
| 41309 | 1/3/2017 | CROCODILE | 100 | 58 | 42 | | | EXHIBIT BB |
| 41314 | 1/17/2017 | CROCODILE | 100 | 69 | 31 | | | EXHIBIT CC |
| | | | | | | 1/17/2017 | 3 | |

| N° CITES | DATE APPROVED | EXOTIC SKIN | QUANTITY APPROVED | QUANTITY SENT | REMAINING CITES APPROVED | DATE OF FLIGHT | MERCHANDISE ALLEGEDLY UNACCOUNTED FOR | EXHIBIT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 3 | |
| | | | | | | 3/3/2017 | 3 | |
| | | | | | | 3/4/2017 | ? | |
| | | | | | | 3/20/2017 | 4 | |
| **TOTAL** | | | **200** | **127** | **73** | | **13** | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

### MAY & JUNE 2017

| N° CITES | DATE APPROVED | EXOTIC SKIN | QUANTITY APPROVED | QUANTITY SENT | REMAINING CITES APPROVED | DATE OF FLIGHT | MERCHANDISE ALLEGEDLY UNACCOUNTED FOR | EXHIBIT |
|---|---|---|---|---|---|---|---|---|
| 41703 | 5/3/2017 | PYTHON | 20 | 17 | 3 | | | EXHIBIT DD |
| 41630 | 5/9/2017 | CROCODILE | 50 | 36 | 14 | | | EXHIBIT EE |
| 41692 | 5/9/2017 | CROCODILE | 10 | 8 | 2 | | | EXHIBIT FF |
| | | | | | | 6/8/2017 | 4 | |
| **TOTAL** | | | **80** | **61** | **19** | | **4** | |

### JUNE - OCTOBER 2017

| N° CITES | DATE APPROVED | EXOTIC SKIN | QUANTITY APPROVED | QUANTITY SENT | REMAINING CITES APPROVED | DATE OF FLIGHT | MERCHANDISE ALLEGEDLY UNACCOUNTED FOR | EXHIBIT |
|---|---|---|---|---|---|---|---|---|
| 42050 | 8/23/2017 | CROCODILE | 20 | 12 | 8 | | | EXHIBIT GG |
| 42038 | 9/1/2017 | CROCODILE | 150 | 123 | 27 | | | EXHIBIT HH |
| 42043 | 9/7/2017 | CROCODILE / PYTHON | 50 | 48 | 2 | | | EXHIBIT II |
| 42069 | 9/9/2017 | CROCODILE | 150 | 71 | 79 | | | EXHIBIT JJ |
| 42174 | 9/22/2017 | CROCODILE / PYTHON | 50 | 27 | 23 | | | EXHIBIT KK |
| 42130 | 9/29/2017 | CROCODILE | 130 | 50 | 80 | | | EXHIBIT LL |
| 42124 | 10/3/2017 | CROCODILE | 100 | 81 | 19 | | | EXHIBIT MM |
| TOTAL | | | | | | 6/8/2017 | 21 | |
| | | | | | | 9/1/2024 | 4 | |
| | | | | | | 9/7/207 | 20 | |
| | | | | | | 9/8/2017 | ? | |
| | | | | | | 9/9/2017 | 12 | |
| | | | | | | 9/10/2017 | ? | |
| | | | | | | 9/12/2017 | ? | |
| | | | | | | 10/6/2017 | ? | |
| **TOTAL** | | | **650** | **412** | **238** | | **36** | |

| | N° CITES | DATE APPROVED | EXOTIC SKIN | QUANTITY APPROVED | QUANTITY SENT | REMAINING CITES APPROVED | DATE OF FLIGHT | MERCHANDISE ALLEGEDLY UNACCOUNTED FOR | EXHIBIT |
|---|---|---|---|---|---|---|---|---|---|
| | | | **JANUARY-MARCH 2018** | | | | | | |
| | 42576 | 1/23/2018 | CROCODILE | 100 | 27 | 73 | | | EXHIBIT NN |
| | 42573 | 1/25/2018 | CROCODILE | 20 | 10 | 10 | | | EXHIBIT OO |
| | 42288 | 2/1/2018 | CROCODILE | 100 | 82 | 18 | | | EXHIBIT PP |
| | 42451 | 2/1/2018 | CROCODILE | 150 | 51 | 99 | | | EXHIBIT QQ |
| | | | | | | | 2/1/2018 | 1 | |
| | | | | | | | 2/4/2018 | 16 | |
| | | | | | | | 2/13/2018 | 4 | |
| | | | | | | | 2/14/2018 | 24 | |
| | | | | | | | 2/18/2018 | 7 | |
| | | | | | | | 2/20/2018 | ? | |
| | | | | | | | 3/20/2018 | 1 | |
| | **TOTAL** | | | **370** | **170** | **200** | | **36** | |
| | | | | | | | | | |
| | | | **APRIL-MAY 2018** | | | | | | |
| | 42773 | 4/3/2018 | CROCODILE | 30 | 15 | 15 | | | EXHIBIT RR |
| | 42975 | 5/19/2018 | CROCODILE | 50 | 42 | 8 | | | EXHIBIT SS |
| | 42978 | 5/23/2018 | PYTHON | 10 | 10 | 0 | | | EXHIBIT TT |
| | 42957 | 5/30/2018 | CROCODILE | 100 | 100 | 0 | | | EXHIBIT UU |
| | | | | | | | 5/7/2018 | 1 | |
| | **TOTAL** | | | **190** | **167** | **23** | | **1** | |
| | | | | | | | | | |
| | | | **JUNE - AUGUST 2018** | | | | | | |
| | 43221 | 8/23/2018 | CROCODILE | 70 | 70 | 0 | | | EXHIBIT VV |
| | 43222 | 8/27/2018 | CROCODILE | 70 | 59 | 11 | | | EXHIBIT WW |
| | 43226 | 8/31/2018 | CROCODILE | 100 | 53 | 47 | | | EXHIBIT XX |
| | | | | | | | 6/2/2018 | | |
| | | | | | | | 6/3/2018 | | |
| | | | | | | | 6/6/2018 | | |

|  |  |  |  |  |  |  | 24 |  |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | 6/12/2018 | 1 |  |
|  |  |  |  |  |  | 7/8/2018 |  |  |
|  | **TOTAL** |  | **240** | **182** | **58** |  | **25** |  |
|  |  |  |  |  |  |  |  |  |

| SEPTEMBER-NOVEMBER 2018 |||||||||
|---|---|---|---|---|---|---|---|---|
| N° CITES | DATE APPROVED | EXOTIC SKIN | QUANTITY APPROVED | QUANTITY SENT | REMAINING CITES APPROVED | DATE OF FLIGHT | MERCHANDISE ALLEGEDLY UNACCOUNTED FOR | EXHIBIT |
| 42953 | 9/1/2018 | CROCODILE | 100 | 35 | 65 |  |  | EXHIBIT YY |
| 43066 | 9/21/2018 | CROCODILE | 10 | 6 | 4 |  |  | EXHIBIT ZZ |
| 43078 | 9/7/2018 | CROCODILE | 70 | 44 | 26 |  |  | EXHIBIT AAA |
| 43140 | 10/23/2018 | PYTHON | 20 | 11 | 9 |  |  | EXHIBIT BBB |
| 43256 | 10/9/2018 | CROCODILE | 100 | 67 | 33 |  |  | EXHIBIT CCC |
| 43299 | 10/9/2018 | CROCODILE | 150 | 140 | 10 |  |  | EXHIBIT DDD |
|  |  |  |  |  |  | 9/1/2018 | 150 |  |
|  |  |  |  |  |  | 9/2/2018 | 28 |  |
|  |  |  |  |  |  | 9/4/2018 | ? |  |
|  |  |  |  |  |  | 9/6/2018 | 4 |  |
|  |  |  |  |  |  | 9/8/2016 | 8 |  |
|  |  |  |  |  |  | 9/18/2018 | 12 |  |
|  |  |  |  |  |  | 9/9/2018 | ? |  |
|  |  |  |  |  |  | 10/1/2018 | 1 |  |
|  |  |  |  |  |  | 10/1/2018 | ? |  |
|  |  |  |  |  |  | 10/2/1018 | 1 |  |
|  |  |  |  |  |  | 11/13/2018 | 4 |  |
|  |  |  |  |  |  | 11/29/2018 | 2 |  |
|  | **TOTAL** |  | **450** | **303** | **147** |  | **210** |  |
|  |  |  |  |  |  |  |  |  |

| JANUARY- MARCH 2019 |||||||||
|---|---|---|---|---|---|---|---|---|
| N° CITES | DATE APPROVED | EXOTIC SKIN | QUANTITY APPROVED | QUANTITY SENT | REMAINING CITES APPROVED | DATE OF FLIGHT | MERCHANDISE ALLEGEDLY UNACCOUNTED FOR | EXHIBIT |
| 43271 | 1/10/2019 | CROCODILE | 30 | 26 | 4 |  |  | EXHIBIT EEE |
| 43303 | 1/16/2019 | CROCODILE | 80 | 29 | 51 |  |  | EXHIBIT FFF |
| 43470 | 2/25/2019 | CROCODILE | 20 | 10 | 10 |  |  | EXHIBIT GGG |
| 43487 | 2/23/2019 | CROCODILE | 10 | 8 | 2 |  |  | EXHIBIT HHH |
| 43492 | 2/25/2019 | CROCODILE | 30 | 22 | 8 |  |  | EXHIBIT III |
|  |  |  | 95 | 75 |  | 1/1/2019 | 2 |  |
|  |  |  |  |  |  | 2/3/2019 | 2 |  |

| N° CITES | DATE APPROVED | EXOTIC SKIN | QUANTITY APPROVED | QUANTITY SENT | REMAINING CITES APPROVED | DATE OF FLIGHT | MERCHANDISE ALLEGEDLY UNACCOUNTED FOR | EXHIBIT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | ? | |
| | | | | | | 2/9/2019 | ? | |
| | | | | | | 2/10/2019 | 2 | |
| | | | | | | 2/10/2019 | ? | |
| | | | | | | 2/12/2019 | 13 | |
| | | | | | | 2/26/2019 | 26 | |
| | | | | | | 3/13/2019 | ? | |
| | **TOTAL** | | **170** | **95** | **75** | | **45** | |
| | | | | | | | | |

| APRIL-MAY 2019 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| N° CITES | DATE APPROVED | EXOTIC SKIN | QUANTITY APPROVED | QUANTITY SENT | REMAINING CITES APPROVED | DATE OF FLIGHT | MERCHANDISE ALLEGEDLY UNACCOUNTED FOR | EXHIBIT |
| 43499 | 4/8/2019 | CROCODILE | 50 | 15 | 35 | | | EXHIBIT JJJ |
| 43745 | 4/23/2019 | CROCODILE | 60 | 57 | 3 | | | EXHIBIT KKK |
| 43747 | 4/8/2019 | CROCODILE | 70 | 68 | 2 | | | EXHIBIT LLL |
| 43751 | 4/16/2019 | PYTHON | 30 | 20 | 10 | | | EXHIBIT MMM |
| 43752 | 4/13/2019 | CROCODILE | 100 | 51 | 49 | | | EXHIBIT NNN |
| 43791 | 4/20/2019 | CROCODILE | 100 | 74 | 26 | | | EXHIBIT OOO |
| 43604 | 5/23/2019 | CROCODILE | 20 | 9 | 11 | | | EXHIBIT PPP |
| 43734 | 5/27/2019 | PYTHON | 50 | 15 | 35 | | | EXHIBIT QQQ |
| 43804 | 5/2/2019 | CROCODILE | 100 | 57 | 43 | | | EXHIBIT RRR |
| | | | | | | 5/1/2019 | | |
| | | | | | | 5/22/2019 | 1 | |
| | | | | | | | | |
| | **TOTAL** | | **580** | **366** | **214** | | **1** | |

| JUNE-DECEMBER 2019 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| N° CITES | DATE APPROVED | EXOTIC SKIN | QUANTITY APPROVED | QUANTITY SENT | REMAINING CITES APPROVED | DATE OF FLIGHT | MERCHANDISE ALLEGEDLY UNACCOUNTED FOR | EXHIBIT |
| 43753 | 6/4/2019 | CROCODILE | 500 | 212 | 288 | | | EXHIBIT SSS |
| 43899 | 6/13/2019 | CROCODILE | 50 | 47 | 3 | | | EXHIBIT TTT |
| 43897 | 8/3/2019 | CROCODILE | 100 | 40 | 60 | | | EXHIBIT UUU |
| 43946 | 8/10/2019 | PYTHON | 30 | 10 | 20 | | | EXHIBIT VVV |
| 44034 | 8/17/2019 | CROCODILE | 100 | 95 | 5 | | | EXHIBIT WWW |
| 44153 | 11/14/2019 | CROCODILE | 50 | 35 | 15 | | | EXHIBIT XXX |
| 44157 | 11/14/2019 | CROCODILE/PYTHON | 20 | 6 | 14 | | | EXHIBIT YYY |

| | | | | | | | 6/4/2019 | 1 | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 6/16/2019 | ? | |
| | | | | | | | 7/16/2019 | 3 | |
| | | | | | | | 9/11/2019 | 2 | |
| | | | | | | | 12/12/2019 | 2 | |
| | | | | | | | 12/23/2019 | 1 | |
| | **TOTAL** | | | **850** | **445** | **405** | | **9** | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | **QUANTITY APPROVED** | **QUANTITY SENT** | **REMAINING CITES APPROVED** | **MERCHANDISE ALLEGEDLY UNACCOUNTED FOR** | | |
| | | | | 6280 | 3743 | 2537 | 510 | | |

**CONVENCION SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

| | | |
|---|---|---|
| X | EXPORTACION | |
| | RE-EXPORTACION | |
| | IMPORTACION | |
| | OTRO: | Válido hasta el 04 noviembre 2016 |

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022, NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

3a. País del destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

Libertad y Orden

5a. Fin de la transacción (ver al respaldo)   T

5b. Estampilla de seguridad   CO1331967

| | 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado; marca o números de identificación (edades/sexo si vivos) | 10. Apéndices y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|---|
| A | 7./8. Babilla Caiman crocodilus fuscus | 125 bolsos de 1200 cm2, con marquillas numeradas del 647626 al 647750 | II | 11. 125 Artículos |
| | | | C | 11a. Cupo nacional |
| | 12. País de origen ★ COLOMBIA   Permiso No. CO40660   Fecha 05/05/2016 | 12a. País de la última reexportación ***** No. de certificado ********** Fecha ****** | 12b. No. de la operación★ ★ o fecha de la adquisición★ ★ ★ | |
| B | 7./8. ***** ****** | ****** | 10. | 11. |
| | | | ** | 11a. Cupo nacional |
| | 12. País de origen ★ ***** Permiso No. **** Fecha | 12a. País de la última reexportación ********* No. de certificado Fecha | 12b. No. de la operación★ ★ o fecha de la adquisición★ ★ ★ | |
| B | 7./8. **** ************ | *********** | 10. ** | 11. |
| | | | *** | 11a. Cupo nacional |
| | 12. País de origen ★ *********** Permiso No. ********* Fecha | 12a. País de la última reexportación No. de certificado Fecha | 12b. No. de la operación★ ★ o fecha de la adquisición★ ★ ★ | |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos y criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

MARIA CLAUDIA GARCIA DAVILA
Directora de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.
Lugar

05-mayo-2016
Fecha

Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION

15. Conocimiento de embarque/carga de porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 69 ART |
| B | |
| C | |

CALI
Puerto de exportación

2 1 MAY 2016
Fecha

Firma

CVC
Corporación Autónoma Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

PERMISO/CERTIFICADO No. CO 40660

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 40660

FECHA DE EMBARQUE: 2 1 MAY 2016

NOMBRE DEL ESTABLECIMIENTO: C.I. DISEÑO Y MODA INTERNACIONAL S.A.S

SALVOCONDUCTO No. 1356385

DEX No. _____

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO: _____

NOMBRE Y FIRMA DEL FUNCIONARIO: John Luis Bonilla
DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

OBSERVACIONES: 69 Bolsos en piel de babilla

CVC
Corporación Autónoma Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

**EX A**

Powered by CS CamScanner

**PERMISO/CERTIFICADO No. CO** 40666

CITES

CONVENCION SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

- [ ] EXPORTACION
- [ ] RE-EXPORTACION
- [ ] IMPORTACION
- [ ] OTRO:

2. Válido hasta el
05-noviembre-2016

3. Importador (nombre y dirección)
GZUNISA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

3a. País del destino (o puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se
ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del
transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

5a. Fin de la transacción (ver al respaldo)
T

5b. Estampilla de seguridad
CO1331971

| 7,8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| 7.8. Babilla *Caiman crocodilus fuscus* | 100 bolsos de 1200 cm2 y 25 accesorios de 160 cm2 con marquillas numeradas del 648001 al 648125 | 10. II C | 11. 125 Articulos 11a. Cupo nacional |
| 12. País de origen ★ COLOMBIA | Permiso No. CO40666 | Fecha 06/05/2016 | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★★★★★ | Fecha ★★★★★★ | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
| 7.8. ★★★★★ ★★★★★★ | ★★★★★★★ | | 10. ★★ ★★ | 11. 11a. Cupo nacional |
| 12. País de origen ★ ★★★★★ | Permiso No. ★★★ | Fecha ★★★★★ | 12a. País de la última reexportación ★★★★★★★ | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
| 7.8. ★★★★ ★★★★★★★★★★★★ | ★★★★★★★★★★ | | 10. ★★ ★★★ | 11. 11a. Cupo nacional |
| 12. País de origen ★ ★★★★★★★★ | Permiso No. ★★★★★★ | Fecha ★★★★★ | 12a. País de la última reexportación ★★★★★ | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |

★   Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos y criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★   Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★   Para los especímenes Pre-Convención

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

MARIA CLAUDIA GARCIA DAVILA
Directora de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.                 06-mayo-2016
Lugar                        Fecha                 Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION   15. Conocimiento de embarque/carga de porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 42 APT |
| B | |
| C | |

CALI
Puerto de exportación

2 4 MAY 2016
Fecha          Firma

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE          PERMISO/CERTIFICADO No. CO 40666

---

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 40666

FECHA DE EMBARQUE 2 4 MAY 2016

NOMBRE DEL ESTABLECIMIENTO C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.

SALVOCONDUCTO No. 1356397

DEX No.

NOMBRE, IDENTIFICACION Y FIRMA DE RECIBIDO:

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL: John Luis Bonilla Técnico Operativo

OBSERVACIONES: 42 Bolsos en Piel de babilla

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

EX B

Powered by CamScanner

**CONVENCION SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

| | |
|---|---|
| X | EXPORTACION |
| | RE-EXPORTACION |
| | IMPORTACION |
| | OTRO: |

2. Válido hasta el **04-noviembre-2016**

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR, NEW YORK, NY 10022, NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

3a. País del destino (y puerto de entrada)  ESTADOS UNIDOS (NEW YORK)

Firma del Titular

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

5a. Fin de la transacción (ver al respaldo)
T

5b. Estampilla de seguridad
CO133196B

| 7/8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado; marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| 7/8. *Babilla* *Caiman crocodilus fuscus* | 125 bolsos de 1200 cm2, con marquillas numeradas del 647751 al 647875 | II | 11. 125 Artículos |
| | | C | 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO40661 | 06/05/2016 | ★★★★★ | ★★★★★★★★★★ | ★★★★★★ | |

| 7/8. ★★★★★ ★★★★★ | ★★★★★ | 10. ★★ ★★ | 11. 11a. Cupo nacional |
|---|---|---|---|

| 12. País de origen ★ ★★★★★ | Permiso No. ★★★ | Fecha ★★★★ | 12a. País de la última reexportación ★★★★ | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|

| 7/8. ★★★★ ★★★★★★★★★★★★ | ★★★★★★★★★★★ | 10. ★★ ★★★ | 11. 11a. Cupo nacional |
|---|---|---|---|

| 12. País de origen ★ ★★★★★★★★★★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención.

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

MARIA CLAUDIA GARCIA DAVILA
Directora de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.        05-mayo-2016
Lugar                Fecha            Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION    15. Conocimiento de embarque/carga de porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 125 ART |
| B | |
| C | |

CALI
Puerto de exportación

27 MAY 2016
Fecha            Firma

Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA
Sello y cargo oficiales

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**    PERMISO/CERTIFICADO No. CO **40661**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **40661**

FECHA DE EMBARQUE: 27 MAY 2016

NOMBRE DEL ESTABLECIMIENTO: C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.

SALVOCONDUCTO No. 1356395

DEX No.

NOMBRE, IDENTIFICACION Y FIRMA DE RESPONSABLE: John Luis Bonilla
NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

OBSERVACIONES: 125 Bolsos en Piel de babilla

EX C

Powered by CamScanner

**CITES**
CONVENCION SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

| | |
|---|---|
| X | EXPORTACION |
| | RE-EXPORTACION |
| | IMPORTACION |
| | OTRO: |

2. Válido hasta el
05-noviembre-2016

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Jhohan Rivas
Firma del Titular

3a. País del destino (o puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se
ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del
transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

5a. Fin de la transacción (ver al respaldo)
T

5b. Estampilla de seguridad
CO1331974

| 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. *Babilla* *Caiman crocodilus fuscus* | 100 bolsos de 1200 cm2 y 25 billeteras de 400 cm2 con marquillas numeradas del 648376 al 648500 | 10. II C | 11. 125 Artículos |
| | | | 11a. Cupo nacional |
| 12. País de origen ★  Permiso No.  Fecha  COLOMBIA  CO40669  05/05/2016 | 12a. País de la última reexportación  ★★★★★  No. de certificado  ★★★★★★ | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ ★ |
| 7./8. ★★★★★  ★★★★★ | ★★★★★ | 10. ★★ ★★ | 11. |
| | | | 11a. Cupo nacional |
| 12. País de origen ★  Permiso No.  ★★★  Fecha  ★★★★ | 12a. País de la última reexportación  ★★★★  No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
| 7./8. ★★★★  ★★★★★★★★★★★ | ★★★★★★★★★★★ | 10. ★★ ★★★ | 11. |
| | | | 11a. Cupo nacional |
| 12. País de origen ★  Permiso No.  Fecha | 12a. País de la última reexportación  No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |

★  Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos y criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación)
★ ★  Solamente para los especímenes nacidos y criados en cautividad con fines comerciales
★ ★ ★  Para los especímenes Pre-Convención

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

MARIA CLAUDIA GARCIA DAVILA
Directora de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.  06-mayo-2016
Lugar  Fecha

14. APROBACION DE LA EXPORTACION    15. Conocimiento de embarque/carga o porte aéreo:

Estampilla de seguridad, firma y sello oficiales

| Sección | Cantidad |
|---|---|
| A | 83 ART |
| B | |
| C | |

CALI

0 3 JUN 2016
Puerto de exportación    Fecha    Firma

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE      PERMISO/CERTIFICADO No. CO 40669

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 40669
1194.1.81.0502

FECHA DE EMBARQUE: 0 3 JUN 2016

NOMBRE DEL ESTABLECIMIENTO: C.I. DISEÑO Y MODA INTERNACIONAL S.A.S

SALVOCONDUCTO No. 1356392

DEX No.

NOMBRE, IDENTIFICACION Y FIRMA DE RECIBIDO:
Jhohan Rivas

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL: John Luis Bonilla
Técnico Operativo

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

OBSERVACIONES: 75 bolsos y 8 billeteras en piel de babilla

EX D

Powered by CamScanner

CONVENCION SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

PERMISO/CERTIFICADO No. Co- **40587**

| | |
|---|---|
| ☐ | EXPORTACION |
| ☐ | RE-EXPORTACION |
| ☐ | IMPORTACION |
| ☐ | OTRO: |

2. Válido hasta el
13-octubre-2016

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR, NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISENO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

3a. País de destino (y puerto de entrada) ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales   Las pieles de Python reticulatus utilizadas en los artículos son especímenes de reexportación (Conf. 12,3 Sección II e.)

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

| 5a. Fin de la transacción (ver al respaldo) | 5b. Estampilla de seguridad |
|---|---|
| T | CO1331896 |

| 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. *Babilla* <br> *Caiman crocodilus fuscus* | 50 bolsos combinados en babilla de 800 cm2 y piton reticulado de 400 cm2, con marquillas numeradas del 637301 al 637350 | 10. <br> II <br> C | 11. 50 Artículos <br> 11a. Cupo nacional |
| 12. País de origen ★  Permiso No.  Fecha <br> COLOMBIA  CO40587  14/04/2016 | 12a. País de la última reexportación <br> ★★★★★ | No. de certificado  Fecha <br> ★★★★★★★  ★★★★★★ | 12b. No. de la operación ★ o fecha de la adquisición★ ★ ★ |
| 7./8. *Piton reticulado* <br> *Python reticulatus* | bolsos combinados con 400cm2, en piel de piton (con la misma información de la sección A, casilla 9 ) | 10. <br> II <br> C | 11. <br> 11a. Cupo nacional |
| 12. País de origen ★  Permiso No.  Fecha <br> VIETNAM  12VN0015S/CT-KL  04/01/2012 | 12a. País de la última reexportación <br> ESPAÑA | No. de certificado  Fecha <br> ES-LC-50177/13E  16/05/2013 | 12b. No. de la operación ★ o fecha de la adquisición★ ★ ★ <br> ★★ |
| 7./8. ★★★★ <br> ★★★★★★★★★★★★ | ★★★★★★★★★★★ | 10. <br> ★★ <br> ★★★ | 11. <br> ★★ <br> ★ <br> 11a. Cupo nacional |
| 12. País de origen ★  Permiso No.  Fecha <br> ★★★★★★★★★★ | 12a. País de la última reexportación | No. de certificado  Fecha | 12b. No. de la operación ★ o fecha de la adquisición★ ★ ★ |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

MARIA CLAUDIA GARCIA DAVILA
Directora de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

| BOGOTA, D.C. | 14-abril-2016 | |
|---|---|---|
| Lugar | Fecha | Estampilla de seguridad, firma y sello oficiales |

14. APROBACION DE LA EXPORTACION

15. Conocimiento de embarque/carga de porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 27 ART |
| B | Combi k-103 |
| C | |

CALI

0 3 JUN 2016

Puerto de exportación     Fecha     Firma

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMBIA
Sello y cargo oficiales

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

PERMISO/CERTIFICADO No. CO **40587**

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **40587**

FECHA DE EMBARQUE: 0 3 JUN 2016

C.I. DISENO Y MODA
INTERNACIONAL S.A.S

1144181050

NOMBRE DEL ESTABLECIMIENTO

NOMBRE, IDENTIFICACION Y FIRMA DE RECIBIDO: Jackson Rivas
John Luis Bonilla

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL Técnico Operativo

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

SALVOCONDUCTO No. 1356392

DEX No.

OBSERVACIONES: 27 bolsos combinados, en piel de babilla, piton reticulado

EX E     Powered by     CS CamScanner

**CITES**

CONVENCION SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

PERMISO/CERTIFICADO No. CO 40781

| | |
|---|---|
| X | EXPORTACION |
| | RE-EXPORTACION |
| | IMPORTACION |
| | OTRO: |

2. Válido hasta el
14-diciembre-2016

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

3a. País del destino (y puerto de entrada)     ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales     Las pieles de Python reticulatus utilizadas en los artículos son especimenes de reexportación (Conf. 12,3 Sección II e.).

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

5a. Fin de la transacción (ver si respaldo)  T
5b. Estampilla de seguridad  CO1332080

| 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| **A** 7./8. _Babilla_ _Caiman crocodilus fuscus_ | 40 bolsos combinados en babilla de 800 cm2 y piton reticulado de 400 cm2, con marquillas numeradas del 537871 al 537910 | 10. II C | 11. 40 Artículos 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ ★ o fecha de la adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO40781 | 15/06/2016 | ★★★★★ | ★★★★★★★★★ | ★★★★★★ | |

| 7./8. _Piton reticulado_ _Python reticulatus_ | bolsos combinados con 400cm2, en piel de piton (con la misma información de la sección A, casilla 9 ) | 10. II C | 11. 11a. Cupo nacional |
|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ ★ o fecha de la adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| REP. LAOS | 064/12 | 26/01/2012 | ESPAÑA | ES-LC-50109/13E | 12/04/2013 | |

| 7./8. ★★★★★ ★★★★★★ | ★★★★★★★★ | 10. ★ ★★★★★★ ★★ | 11. ★★★★★ 11a. Cupo nacional |
|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ ★ o fecha de la adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★ | ★★★ | ★★★★★★★★ | ★★★★ | | | |

★ Indicar el país en el cual los especimenes fueron capturados o recolectados en la naturaleza, nacidos y criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especimenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especimenes Pre-Convención

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

LUIS FRANCISCO CAMARGO FAJARDO
Director (E) Dirección de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.        15-junio-2016
Lugar              Fecha          Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION    15. Conocimiento de embarque/carga de porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 20 ARt |
| B | Combinados |
| C | |

CALI    0 7 JUL 2016
Puerto de exportación ★    Fecha    Firma

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA
Sello y cargo oficiales

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE     PERMISO/CERTIFICADO No. CO **40781**

---

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **40781**

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

FECHA DE EMBARQUE:  0 7 JUL 2016

NOMBRE DEL ESTABLECIMIENTO: C.I. DISEÑO Y MODA INTERNACIONAL S.A.S

SALVOCONDUCTO No.

DEX No.

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:  1194 181 050

NOMBRE, Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL:

OBSERVACIONES:  20 Bolsos en piel cabilla con piladas

EX F

Powered by CamScanner

**CITES**

**CONVENCION SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

| | |
|---|---|
| PERMISO/CERTIFICADO No. CO **40667** | |
| [X] EXPORTACION | |
| [ ] RE-EXPORTACION | |
| [ ] IMPORTACION | |
| [ ] OTRO: | 2. Válido hasta el **05-noviembre-2016** |

3. Importador (nombre y dirección)
GZUNIGA, LTD
S EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022, NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

3a. País del destino (y puerto de entrada)  ESTADOS UNIDOS (NEW YORK)

_Firma del Titular_

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

_Libertad y Orden_

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

| 5a. Fin de la transacción (ver al respaldo) | 5b. Estampilla de seguridad |
|---|---|
| T | CO1331972 |

| | 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|---|
| A | 7./8. *Babilla* *Caiman crocodilus fuscus* | 100 bolsos de 1200 cm2 y 25 accesorios de 160 cm2 con marquillas numeradas del 648126 al 648250 | 10. II C | 11. 125 Articulos 11a. Cupo nacional |
| | 12. País de origen ★ COLOMBIA | Permiso No. CO40667 | Fecha 06/05/2016 | 12a. País de la última reexportación ***** | No. de certificado ********* | Fecha ****** | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
| B | 7./8. ****** ****** | ****** | 10. ** | 11. |
| | 12. País de origen ★ ***** | Permiso No. *** | Fecha **** | 12a. País de la última reexportación ***** | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
| B | 7./8. **** ************* | *********** | 10. ** *** | 11. 11a. Cupo nacional |
| | 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos y criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

MARIA CLAUDIA GARCIA DAVILA
Directora de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

| BOGOTA, D.C. | 06-mayo-2016 | |
|---|---|---|
| Lugar | Fecha | Estampilla de seguridad, firma y sello oficiales |

14. APROBACION DE LA EXPORTACION

15. Conocimiento de embarque/carga de porte aéreo:

**CVC**
Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

| Sección | Cantidad |
|---|---|
| A | 31 ART |
| B | |
| C | |

CALI   0 7 JUL 2016

| Puerto de exportación | Fecha | Firma | Sello y cargo oficiales |

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

**PERMISO/CERTIFICADO No. CO 40667**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

0 7 JUL 2016

**FORMATO DE ENTREGA DEL PERMISO CITES**

No. DEL PERMISO **40667**

**CVC**
Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

FECHA DE EMBARQUE: _____
NOMBRE DEL ESTABLECIMIENTO: C.I. DISEÑO Y MODA INTERNACIONAL S.A.S

1111 181 050

NOMBRE, IDENTIFICACION Y FIRMA DE RECIBIDO: _____

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: _____

SALVOCONDUCTO No. _____

DEX No. _____

OBSERVACIONES: A6 Bolsos y 15 Accesorios en piel de Babilla

**EX G**

Powered by **CS CamScanner**

PERMISO/CERTIFICADO No. CO **40663**

**CONVENCION SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

| | |
|---|---|
| X | EXPORTACION |
| | RE-EXPORTACION |
| | IMPORTACION |
| | OTRO: |

2. Válido hasta el
04-noviembre-2016

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022, NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

3a. País de destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

Firma del Titular

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

5a. Fin de la transacción (ver al respaldo)
T

5b. Estampilla de seguridad
CO1331969

| 7/8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| 7/8. *Babilla* / *Caiman crocodilus fuscus* | 125 bolsos de 1200 cm2, con marquillas numeradas del 647876 al 648000 | 10. II C | 11. 125 Artículos / 11a. Cupo nacional |

| A | 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No./de certificado | Fecha | 12b. No. de la operación★ o fecha de la adquisición★ ★ |
|---|---|---|---|---|---|---|---|
| | COLOMBIA | CO40663 | 05/05/2016 | ***** | *********** | ****** | |

| | 7/8. ***** / ***** | ***** | | | | 10. ** | 11. / 11a. Cupo nacional |
|---|---|---|---|---|---|---|---|

| B | 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ o fecha de la adquisición★ ★ |
|---|---|---|---|---|---|---|---|
| | ***** | **** | **** | ***** | | | |

| | 7/8. **** | *********** | | | | 10. ** | 11. / 11a. Cupo nacional |
|---|---|---|---|---|---|---|---|

| B | 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ o fecha de la adquisición★ ★ |
|---|---|---|---|---|---|---|---|
| | | | | | | | *** |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

MARIA CLAUDIA GARCIA DAVILA
Directora de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          05-mayo-2016
Lugar                 Fecha          Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION

15. Conocimiento de embarque/carga de porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 27 Art |
| B | |
| C | |

CALI          0 9 JUL 2016
Puerto de exportación     Fecha          Firma

CVC
Corporación Autónoma Regional del Valle del Cauca
REPUBLICA DE COLOMBIA
Sello y cargo oficiales

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE          PERMISO/CERTIFICADO No. CO **40663**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 406 63

FECHA DE EMBARQUE: 0 9 III 2016

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.

CVC
Corporación Autónoma Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

NOMBRE DEL ESTABLECIMIENTO:

NOMBRE, IDENTIFICACION Y FIRMA DE RECIBIDO:

SALVOCONDUCTO No. 13 56430

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Andres S Arboleda Diaz

DEX No. _____

OBSERVACIONES: 27 Bolsos pie de Babilla

EX H     Powered by  CS CamScanner

Case 1:22-cr-20170-RNS Document 60-3 Entered on FLSD Docket 04/18/2024 Page 17 of 85

PERMISO/CERTIFICADO No. CO **40799**

CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE

1. [ ] EXPORTACION
   [ ] RE-EXPORTACION
   [ ] IMPORTACION
   [ ] OTRO:

2. Válido hasta el **19-diciembre-2016**

**3. Importador (nombre y dirección)**

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR, NEW YORK, NY 10022,
NEW YORK

**4. Exportador/Reexportador (nombre, dirección y país)**

C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

**3a. País de destino (y puerto de entrada)** ESTADOS UNIDOS (NEW YORK)

**5. Condiciones especiales**

Las pieles de Python reticulatus utilizadas en los artículos son especímenes de reexportación (Conf. 12.3 Sección II e.).

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

**6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa**

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

**5a. Fin de la transacción (ver al respaldo)** T

**5b. Estampilla de seguridad** CO1332097

| 7./8. NOMBRE COMÚN Y NOMBRE CIENTÍFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| **A** 7./8. *Babilla* *Caiman crocodilus fuscus* | 50 bolsos combinados en babilla de 800 cm2 y pitón reticulado de 400 cm2, con marquillas numeradas del 647701 al 647750 | 10. II C | 11. 50 Artículos 11a. Cupo nacional |
| 12. País de origen ★ COLOMBIA | Permiso No. CO40799 | Fecha 20.06.2016 | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★★★★★★ | Fecha ★★★★★★ | 12b. No. de la operación ★ o fecha de la adquisición ★★★ |
| **B** 7./8. *Pitón reticulado* *Python reticulatus* | bolsos combinados con 400cm2, en piel de pitón (con la misma información de la sección A, casilla 9 ) | 10. II C | 11. 11a. Cupo nacional |
| 12. País de origen ★ REP. LAOS | Permiso No. 053/12 | Fecha 26/01/2012 | 12a. País de la última reexportación ESPAÑA | No. de certificado ES-LC-50109/13E | Fecha 12/04/2013 | 12b. No. de la operación ★ o fecha de la adquisición ★★★ |
| **B** 7./8. ★★★★★ | ★★★★★★★★★ | 10. ★ C | 11. ★★★★★★ 11a. Cupo nacional |
| 12. País de origen ★ ★★★★ | Permiso No. ★★★★★★★★ | Fecha ★★★★★★★★ | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★ | Fecha ★★★★★ | 12b. No. de la operación ★ o fecha de la adquisición ★★★ |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos y criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación)
★★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★★★ Para los especímenes Pre-Convención

**13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:**

LUIS FRANCISCO CAMARGO FAJARDO
Director (E) Dirección de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.        20-junio-2016
Lugar                Fecha        Estampilla de seguridad, firma y sello oficiales

**14. APROBACIÓN DE LA EXPORTACIÓN**    **15. Conocimiento de embarque/carga de porte aéreo:**

CVC
Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMB
Sello y cargo oficiales

| Sección | Cantidad |
|---|---|
| A | 29 ART |
| B | Combinado |
| C | |

CALI        0 9 JUL 2016
Puerto de exportación        Fecha        Firma

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

PERMISO/CERTIFICADO No. CO **40799**

---

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

0 9 JUL 2016

FECHA DE EMBARQUE:

**C.I. DISEÑO Y MODA INTERNACIONAL S.A.S**

NOMBRE DEL ESTABLECIMIENTO:

SALVOCONDUCTO No. 4356433

DEX No.

**FORMATO DE ENTREGA DEL PERMISO CITES**

No. DEL PERMISO **40799**

CVC
Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMB

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL:

OBSERVACIONES: 29 Bolsos combinados piel
Babilla y Python

**EX I**

Powered by CamScanner

PERMISO/CERTIFICADO No. CO **40803**

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

- [ ] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el

19 diciembre 2016

| 3. Importador (nombre y dirección) | 4. Exportador/Reexportador (nombre, dirección y país) |
|---|---|
| GZUNIGA, LTD<br>5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,<br>NEW YORK | C.I. DISEÑO Y MODA INTERNACIONAL SAS<br>CALI, VALLE DEL CAUCA<br>COLOMBIA<br><br>Firma del Titular |

3a. País del destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales    Las pieles de Python reticulatus utilizadas en los
artículos son especímenes de reexportación (Conf. 12.3 Sección II, e.).

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se
ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del
transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

5a. Fin de la transacción (ver al respaldo)   5b. Estampilla de seguridad

CO1332101

| 7./8. NOMBRE COMÚN Y NOMBRE CIENTÍFICO (género y especie)<br>DEL ANIMAL O PLANTA | | 9. Descripción parte o derivado: marca o números de<br>identificación (edades/sexo si vivos) | 10. Apéndice<br>y origen<br>(ver al respaldo) | 11. Cantidad (incluso la<br>unidad de medida) |
|---|---|---|---|---|
| **A** | 7./8.<br>*Babilla*<br>*Caiman crocodilus fuscus* | 50 bolsos combinados en babilla de 800 cm2, con<br>piton reticulado de 400 cm2, con marquillas<br>numeradas del 651001 al 651050 | 10.<br>II<br>C | 11.<br>50<br>Artículos<br>11a. Cupo nacional |
| | 12. País de origen ★   Permiso No.   Fecha   12a. País de la última<br>reexportación   No. de certificado   Fecha | | 12b. No. de la operación★ ★<br>o fecha de la adquisición★ ★ ★ | |
| | COLOMBIA  CO40803  20.06.2016    ★★★★★   ★★★★★★★★★ | | | |
| **B** | 7./8.<br>*Piton reticulado*<br>*Python reticulatus* | bolsos combinados con 400cm2, en piel de<br>piton (con la misma información de la sección<br>A, casilla 9 ) | 10.<br>II<br>C | 11.<br>11a. Cupo nacional |
| | 12. País de origen ★   Permiso No.   Fecha   12a. País de la última<br>reexportación   No. de certificado   Fecha | | 12b. No. de la operación★ ★<br>o fecha de la adquisición★ ★ ★ | |
| | REP. LAOS  063/12  26.01.2012  ESP/URU-LC-CS0109/12E  17.04.2012 | | | |
| **B.** | 7./8.<br>★★★★★ | | ★ | ★★★★★ |
| | | | | 11a. Cupo nacional |
| | ★★★★★★★ | | ★★ | |
| | 12. País de origen ★   Permiso No.   Fecha   12a. País de la última<br>reexportación   No. de certificado   Fecha | | 12b. No. de la operación★ ★<br>o fecha de la adquisición★ ★ ★ | |
| | ★★★★ | | ★★★ | |

★ Indicar el país en el cual los especímenes fueron capturados ó recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos o criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención.

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

LUIS FRANCISCO CAMARGO FAJARDO
Director (E) Dirección de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.     20 junio 2016     Estampilla de seguridad, firma y sello oficiales
Lugar                Fecha

14. APROBACIÓN DE LA EXPORTACIÓN     15. Conocimiento de embarque/carga de porte aéreo.

CVC
Corporación Autónoma
Regional del Valle del Cauca

| Sección | Cantidad |
|---|---|
| A | 30 ART |
| B | (0  unidades) |
| C | |

CALI    1 2 JUL 2016   [firma]   REPÚBLICA DE COLOMBIA
Puerto de exportación   Fecha   Firma

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

PERMISO/CERTIFICADO No. CO **40803**

---

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **40803**

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

FECHA DE EMBARQUE: 1 2 JUL 2016

NOMBRE DEL ESTABLECIMIENTO: **C.I. DISEÑO Y MODA
INTERNACIONAL S.A.S.**

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:

SALVOCONDUCTO No. 1356434

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL: Andres S Acost

DEX No.

OBSERVACIONES: 30 Bolsos combinados piel
Babilla

EX J

Powered by CS CamScanner

**PERMISO/CERTIFICADO No. CO   40824**

CONVENCION SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

| | |
|---|---|
| X | EXPORTACION |
| | RE-EXPORTACION |
| | IMPORTACION |
| | OTRO: |

2. Válido hasta el
27-diciembre-2016

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

3a. País del destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

Las pieles de Python reticulatus utilizadas en los artículos son especímenes de reexportación (Conf. 12.3 Sección II e.)

Para animales vivos: Este permiso es válido solo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

5a. Fin de la transacción (ver al respaldo)
T

5b. Estampilla de seguridad
CO1332122

| 7,8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| 7,8. *Babilla* <br> *Caiman crocodilus fuscus* | 50 bolsos combinados en babilla de 800 cm2, pitón reticulado de 400 cm2, con marquillas numeradas del 650501 al 650550 | 10. <br> II <br> C | 11. 50 <br> Artículos <br> 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO40824 | 19/06/2016 | ★★★★★ | ★★★★★★★★★★ | ★★★★★★ | |

| 7,8. *Pitón reticulado* <br> *Python reticulatus* | bolsos combinados con 400cm2, en piel de pitón (con la misma información de la sección A, casilla 9) | II <br> C | 11. <br> 11a. Cupo nacional |
|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| REP. LAOS | 053/12 | 26/01/2012 | ESPAÑA | ES-LC-50109/13E | 12/04/2013 | |

| 7,8. ★★★★★ <br> ★★★★★★ | ★★★★★★★★ | 10. <br> ★ <br> ★★ | 11. <br> ★★★★★★ <br> 11a. Cupo nacional |
|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★ | ★★★★★★★★★ | ★★★★ | ★★★★★ | ★★★★ | ★★★★ | |

★   Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos y criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★   Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención.

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

LUIS FRANCISCO CAMARGO FAJARDO
Director (E) Dirección de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          28-junio-2016
Lugar                 Fecha          Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION     15. Conocimiento de embarque/carga de porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 46 Art |
| B | combinados |
| C | |

CALI          1 4 JUL 2016
Puerto de exportación     Fecha     Firma

Corporación Autónoma
Regional del Valle del Cauca
CVC
Sello Cargo Oficial
REPUBLICA DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

**PERMISO/CERTIFICADO No. CO   40824**

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO   40824

FECHA DE EMBARQUE:   1 4 JUL 2016

C.I. DISEÑO Y MODA
NOMBRE DEL ESTABLECIMIENTO: INTERNACIONAL S.A.S

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:

SALVOCONDUCTO No.   1356460

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL:

DEX No.

OBSERVACIONES: 46 bolsos combinados

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

EX K

Powered by  CamScanner

**CITES**

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

PERMISO/CERTIFICADO No. CO **40716**

| | 1. | ☐ EXPORTACIÓN |
| | | ☐ RE-EXPORTACIÓN |
| | | ☐ IMPORTACIÓN |
| | | ☐ OTRO: |

2. Válido hasta el **23-noviembre-2016**

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA

*Diana A. de Díaz*

Firma del Titular

3a. País del destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales   En la casilla No. 11 debe decir: 150 Artículos, de
acuerdo a lo mencionado en la casilla No. 9.

*Nicaragua*

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se
ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del
transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

5a. Fin de la transacción (ver al respaldo)   **T**

5b. Estampilla de seguridad   **CO1332016**

| 7./8. NOMBRE COMÚN Y NOMBRE CIENTÍFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| **A** | 7./8. *Babilla* <br> *Caiman crocodilus fuscus* | 150 bolsos de 1200 cm2, con marquillas numeradas del 648501 al 648650 | 10. <br> **II** <br> C | 11 **150** <br> Pieles <br> 11a. Cupo nacional |
| | 12. País de origen ★ COLOMBIA | Permiso No. CO40716 | Fecha 24/05/2016 | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★★★★★★ | Fecha ★★★★★★ | 12b. No. de la operación★ o fecha de la adquisición★ ★ ★ |
| **B** | 7./8. ★★★★★★ <br> ★★★★★★★★ | ★★★★★★★★★ | 10. ★★ <br> ★★ | 11. <br> 11a. Cupo nacional |
| | 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación ★★★★★★ | No. de certificado ★★★★★★★★★ | Fecha ★★★★ | 12b. No. de la operación★ o fecha de la adquisición★ ★ ★ |
| **B** | 7./8. ★★★★★ <br> ★★★★★★ | ★★★★★★★★★ | 10. ★ <br> ★★ | 11. <br> ★★★★★★ <br> 11a. Cupo nacional |
| | 12. País de origen ★ ★★★★ | Permiso No. ★★★★★★★★ | Fecha ★★★★★★ | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★ | Fecha ★★★★★ | 12b. No. de la operación★ o fecha de la adquisición★ ★ ★ |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación)
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención.

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

MARIA CLAUDIA GARCIA DAVILA
Directora de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

| BOGOTA, D.C. | 24-mayo-2016 | | |
| Lugar | Fecha | Estampilla de seguridad, firma y sello oficiales |

14. APROBACIÓN DE LA EXPORTACIÓN   15. Conocimiento de embarque/carga o porte aéreo:

**CVC**
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOM...

| Sección | Cantidad |
|---|---|
| A | 85 Art |
| B | |
| C | |

CALI **1 9 JUL 2016**   *Andres G. Aubuop*

Puerto de exportación   Fecha   Firma   Sello y cargo oficiales

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE   PERMISO/CERTIFICADO No. CO **40716**

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
**1 9 JUL 2016**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **40716**

**CVC**
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOME...

FECHA DE EMBARQUE:

NOMBRE DEL ESTABLECIMIENTO: **C.I. DISEÑO Y MODA
INTERNACIONAL S.A.S**

SALVOCONDUCTO No. *1356443*

DEX No.

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO: *Diana Tejada D...*
*1.111.819.311*

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL: *Andres L. Aubuop*

OBSERVACIONES: *85 Bolsos Piel de Babilla*

**EX L**

Powered by  CS CamScanner

PERMISO/CERTIFICADO No. CO 40720

CONVENCION SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

| | |
|---|---|
| X | EXPORTACION |
| | RE-EXPORTACION |
| | IMPORTACION |
| | OTRO: |

2. Válido hasta el:
23-noviembre-2016

3. Importador (nombre y dirección)

SZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

3a. País del destino (y puerto de entrada)     ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales
En la casilla No. 11 debe decir 150 Artículos, de
acuerdo a lo mencionado en la casilla No. 9

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se
ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del
transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

| 5a. Fin de la transacción (ver al respaldo) | 5b. Estampilla de seguridad |
|---|---|
| T | CO1332020 |

| 7,8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| 7,8. Babilla  Caiman crocodilus fuscus | 150 bolsos de 1200 cm2, con marquillas numeradas del 649101 al 649250 | 10. II C | 11. 150 Pieles 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO40720 | 24/05/2016 | ***** | ********** | ****** | |

| 7,8. ****** |  |  | ******** | | | 10. ** | 11. ** |
|---|---|---|---|---|---|---|---|
| ******** | | | | | | ** | 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| ****** | | | ****** | *********** | **** | |

| 7,8. ****** | | | ******** | | | 10. ** ***** | 11. |
|---|---|---|---|---|---|---|
| ****** | | | | | | ** | 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| ****** | ********** | ****** | ****** | ***** | **** | |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

MARIA CLAUDIA GARCIA DAVILA
Directora de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

| BOGOTA, D.C. | 24-mayo-2016 | |
|---|---|---|
| Lugar | Fecha | Estampilla de seguridad, firma y sello oficiales |

14. APROBACION DE LA EXPORTACION          15. Conocimiento de embarque/carga de porte aéreo:

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

| Sección | Cantidad |
|---|---|
| A | 90 AR+ |
| B | |
| C | |

CALI     2 1 JUL 2016

| Puerto de exportación | Fecha | Firma | Sello y cargo oficiales |

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE          PERMISO/CERTIFICADO No. CO

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
2 1 JUL 2016

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 40720

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

FECHA DE EMBARQUE:
NOMBRE DEL ESTABLECIMIENTO: C.I. DISEÑO Y MODA INTERNACIONAL S.A.S

NOMBRE, IDENTIFICACION Y FIRMA DE RECIBIDO:

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL:

SALVOCONDUCTO No.

DEX No.                                    OBSERVACIONES: 90 Bolsos Piel d Babilla

EX M          Powered by CamScanner

PERMISO/CERTIFICADO No. CO **40825**

| | |
|---|---|
| CONVENCION SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE | ☐ EXPORTACION |
| | ☐ RE-EXPORTACION |
| | ☐ IMPORTACION |
| | ☐ OTRO: |

2. Válido hasta el
27-diciembre-2016

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

3a. País del destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales   Las pieles de Python reticulatus utilizadas en los artículos son especimenes de reexportación (Conf. 12.3 Sección II e.).

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE**
**Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

5a. Fin de la transacción (ver al respaldo)   T
5b. Estampilla de seguridad   CO1332123

| 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| A | 7./8. *Babilla* *Caiman crocodilus fuscus* | 50 bolsos combinados en babilla de 800 cm2 y piton reticulado de 400 cm2, con manguillas numeradas del 650551 al 650600 | 10. II C | 11. 50 Articulos |
| | | | 11a. Cupo nacional |
| | 12. País de origen ★  Permiso No.  Fecha | 12a. País de la última reexportación   No. de certificado   Fecha | 12b. No. de la operación ★ o fecha de adquisición★ ★ ★ |
| | COLOMBIA   CO40825   28.06.2016 | ★★★★   ★★★★★★★★★   ★★★★★★ | |
| B | 7./8. *Piton reticulado* *Python reticulatus* | bolsos combinados con 400cm2, en piel de piton (con la misma información de la sección A, casilla 9 ) | 10. II C | 11. |
| | | | 11a. Cupo nacional |
| | 12. País de origen ★  Permiso No.  Fecha | 12a. País de la última reexportación   No. de certificado   Fecha | 12b. No. de la operación ★ o fecha de adquisición★ ★ ★ |
| | REP. LAOS   063/12   26/01/2012 | ESPAÑA   ES4 C-50109/13F   12/04/2013 | |
| B | 7./8. ★★★★★ ★★★★★★★ | ★★★★★★★★ | 10. ★ ★★★★★★ |
| | | | 11a. Cupo nacional |
| | 12. País de origen ★  Permiso No.  Fecha | 12a. País de la última reexportación   No. de certificado   Fecha | 12b. No. de la operación ★ o fecha de la adquisición★ ★ ★ |
| | ★★★★★★   ★★★★★★ | ★★★★★   ★★★★★   ★★★★★ | |

★ Indicar el país en el cual los especimenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especimenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especimenes Pre-Convención.

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

LUIS FRANCISCO CAMARGO FAJARDO
Director (E) Dirección de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          28-junio-2016
Lugar                       Fecha                          Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION          15. Conocimiento de embarque/carga o porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 37 ART |
| B | Combinadas |
| C | |

CALI                          2 7 JUL 2016
Puerto de exportación     Fecha          Firma          Sello y cargo oficiales

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**          PERMISO/CERTIFICADO No. CO **40825**

República de Colombia
**MINISTERIO DE AMBIENTE**
**Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **40825**

FECHA DE EMBARQUE:   2 7 JUL 2016

C.I. DISEÑO Y MODA
NOMBRE DEL ESTABLECIMIENTO: INTERNACIONAL S.A.S

NOMBRE, IDENTIFICACION Y FIRMA DE RECIBO: John Luis Bonilla

SALVOCONDUCTO No.   1356423

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

DEX No.

OBSERVACIONES: 37 Bolsos Combinados en piel de babilla y piton reticulado.

Powered by  CS CamScanner

EX N

Case 1:22-cr-20170-RNS  Document 60-3  Entered on FLSD Docket 04/18/2024  Page 23 of 85

PERMISO/CERTIFICADO No. CO **40719**

CONVENCION SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

| | |
|---|---|
| ☐ | EXPORTACION |
| ☐ | RE-EXPORTACION |
| ☐ | IMPORTACION |
| ☐ | OTRO: |

2. Válido hasta el
23-noviembre-2016

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

3a. País de destino (y puerto de entrada)  ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales   En la casilla No. 11 debe decir 150 Articulos, de
acuerdo a lo mencionado en la casilla No. 9.

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se
ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del
transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

| 5a. Fin de la transacción (ver al respaldo) | 5b. Estampilla de seguridad |
|---|---|
| T | CO1332019 |

| | 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|---|
| A | 7./8. Babilla  *Caiman crocodilus fuscus* | 150 bolsos de 1200 cm2, con marquillas numeradas del 648951 al 649100 | 10. II  C | 150 Pieles  11a. Cupo nacional |
| | **12. País de origen ★** COLOMBIA **Permiso No.** CO40719 **Fecha** 24/05/2016 | **12a. País de la última reexportación** ***** **No. de certificado** ********** **Fecha** ****** | | **12b. No. de la operación ★ o fecha de la adquisición ★ ★** |
| B | 7./8. ******  ********** | ********* | 10. **  **  | 11.  11a. Cupo nacional |
| | **12. País de origen ★** ****** **Permiso No.** ********** **Fecha** ******* | **12a. País de la última reexportación** ****** **No. de certificado** ********** **Fecha** ***** | | **12b. No. de la operación ★ o fecha de la adquisición ★ ★** |
| B | 7./8. ******  ****** | ****** | 10. **  **  | 11.  *****  11a. Cupo nacional |
| | **12. País de origen ★** ****** **Permiso No.** ********** **Fecha** ******* | **12a. País de la última reexportación** ****** **No. de certificado** ********** **Fecha** ***** | | **12b. No. de la operación ★ o fecha de la adquisición ★ ★** |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención

13. ÉSTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

MARIA CLAUDIA GARCIA DAVILA
Directora de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

| BOGOTA, D.C. | 24-mayo-2016 | Estampilla de seguridad, firma y sello oficiales |
|---|---|---|
| Lugar | Fecha | |

14. APROBACION DE LA EXPORTACION

15. Conocimiento de embarque/carga o porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 139 ART |
| B | |
| C | |

CALI

Puerto de exportación

3 0 JUL 2016

Fecha

Firma

Sello y cargo oficiales

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

PERMISO/CERTIFICADO No. CO **40719**

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **40719**

FECHA DE EMBARQUE: 3 0 JUL 2016

NOMBRE DEL ESTABLECIMIENTO: _____

SALVOCONDUCTO No. 135647?

DEX No. _____

NOMBRE, IDENTIFICACION Y FIRMA DE RECIBO: *John Luis Banilla*

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL: Técnico Operativo   16 934 013

OBSERVACIONES: 139 Bolsos en piel de babilla

EX O

Powered by CamScanner

PERMISO/CERTIFICADO No. CO **40872**

CONVENCION SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

| | |
|---|---|
| ☐ | EXPORTACION |
| ☐ | RE-EXPORTACION |
| ☐ | IMPORTACION |
| ☐ | OTRO: |

2. Válido hasta el

18-enero-2017

**3. Importador (nombre y dirección)**

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

**4. Exportador/Reexportador (nombre, dirección y país)**

C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

**3a. País del destino (y puerto de entrada)**   ESTADOS UNIDOS (NEW YORK)

**5. Condiciones especiales**   Las pieles de Python reticulatus utilizadas en los
artículos son especímenes de reexportación (Conf. 12.3 Sección II e.)

Para animales vivos: Este permiso es válido solo si las condiciones de transporte se
ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del
transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

**6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa**

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

**5a. Fin de la transacción (ver al respaldo)**   T

**5b. Estampilla de seguridad**   CO1332166

| 7/8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado; marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| **7/8.** *Babilla*  *Caiman crocodilus fuscus* | 50 bolsos combinados en babilla de 800 cm2, piton reticulado de 400 cm2, con marquillas numeradas del 632701 al 632750 | 10. II  C | 11. 50 Artículos  11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO40872 | 19/07/2016 | ★★★★★ | ★★★★★★★★★ | ★★★★★★ | |

| 7/8. *Piton reticulado*  *Python reticulatus* | bolsos combinados con 400cm2, en piel de piton (con la misma información de la sección A, casilla 9 ) | 10. II  C | 11.  11a. Cupo nacional |
|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| REP. LAOS | 152/11 | 12/08/2011 | ESPAÑA | ES-LC-50014/12E | 25/01/2012 | |

| 7/8. ★★★★★  ★★★★★★★ | ★★★★★★★★★ | 10. ★  ★ ★ | 11. ★★★★★★  11a. Cupo nacional |
|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★ | ★★★★★★★★★ | ★★★★★★ | ★★★★★ | ★★★ | ★★★★★ | |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención.

**13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:**

LUIS FRANCISCO CAMARGO FAJARDO
Director (E) Dirección de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.   19-julio-2016

Lugar   Fecha   Estampilla de seguridad, firma y sello oficiales

**14. APROBACION DE LA EXPORTACION**   **15. Conocimiento de embarque/carta de porte aéreo:**

| Sección | Cantidad |
|---|---|
| A | 29 ART |
| B | Combinados |
| C | |

CALI   0 2 AGO 2016

Puerto de exportación   Fecha   Firma   Sello y cargo oficiales

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE   PERMISO/CERTIFICADO No. CO **40872**

---

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

**FORMATO DE ENTREGA DEL PERMISO CITES**

No. DEL PERMISO **40872**

FECHA DE EMBARQUE:   0 2 AGO 2016

NOMBRE DEL ESTABLECIMIENTO:   C.I. DISEÑO Y MODA

NOMBRE, IDENTIFICACION Y FIRMA DE RECIBIDO
John Luis Bonilla

SALVOCONDUCTO No.   1356496

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL:   Técnico Operativo

REPUBLICA DE COLOMBIA

DEX No.   OBSERVACIONES:   29 Bolsos combinados en piel
de babilla y piton reticulado

EX P

Powered by [CS] CamScanner

PERMISO/CERTIFICADO No. CO __40967__

| | |
|---|---|
| **CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE** | [X] EXPORTACION |
| | [ ] RE-EXPORTACION |
| | [ ] IMPORTACION |
| | [ ] OTRO: |

2. Válido hasta el
15-febrero-2017

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

3a. País del destino (y puerto de entrada)  ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

5a. Fin de la transacción (ver al respaldo)
T

5b. Estampilla de seguridad
CO1332253

| 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| **A** | 7./8. Babilla *Caiman crocodilus fuscus* | 100 bolsos de 1200 cm2 , con marquillas numeradas del 650401 al 650500 | 10. II C | 11. 100 Artículos 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO40967 | 16/08/2016 | ★★★★★ | ★★★★★★★★★ | ★★★★ | |

| 7./8. ★★★★ | | | ★★★★★ | | | 10. ★★ | 11. ★★★ |
|---|---|---|---|---|---|---|---|
| **B** | ★★★★★★★★★★ | | | | | ★★ | 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★ | ★★★★★★ | ★★★★★★ | ★★★★★★ | ★★★★★★★★★ | ★★★★ | ★★ |

| 7./8. ★★★★ | | | ★★★★★ | | | 10. ★★ | 11. |
|---|---|---|---|---|---|---|---|
| **B** | ★★★★★★★★★★★★ | | | | | ★★ | 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★ | ★★★★★★ | ★★★★★★ | ★★★★★★ | ★★★★★★★★★ | ★★★★ | ★★ |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

TITO GERARDO CALVO SERRATO
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

| BOGOTA, D.C. | 16-agosto-2016 | |
|---|---|---|
| Lugar | Fecha | Estampilla de seguridad, firma y sello oficiales |

14. APROBACION DE LA EXPORTACION

15. Conocimiento de embarque/carga de porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 88 ART |
| B | |
| C | |

CALI
Puerto de exportación

0 3 SEP 2016
Fecha

Firma

Corporación Autónoma Regional del Valle del Cauca
REPUBLICA DE COLOMBIA
Sello y cargo oficiales

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

PERMISO/CERTIFICADO No. CO 40967

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 40967

FECHA DE EMBARQUE: 0 3 SEP 2016

C.I. DISEÑO Y MODA

NOMBRE DEL ESTABLECIMIENTO: INTERNACIONAL S.A.S

SALVOCONDUCTO No. 1369-31

DEX No.

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBO:
John Luis Bonilla

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

OBSERVACIONES: 88 Bolsos en Piel de Babilla

Corporación Autónoma Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

EX Q

Powered by CamScanner

CONVENCION SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

PERMISO/CERTIFICADO No. CO **40717**

| | |
|---|---|
| ☒ | EXPORTACION |
| ☐ | RE-EXPORTACION |
| ☐ | IMPORTACION |
| ☐ | OTRO: |

2. Válido hasta el
23-noviembre-2016

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA

3a. País del destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

Firma del Titular

5. Condiciones especiales
En la casilla No. 11 debe decir 150 Artículos,
de acuerdo a lo mencionado en la casilla No. 9

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se
ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del
transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

5a. Fin de la transacción (ver al respaldo)   T

5b. Estampilla de seguridad
CO1332017

| 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluido unidad de medida) |
|---|---|---|---|
| 7./8. Babilla *Caiman crocodilus fuscus* | 150 bolsos de 1200 cm2, con marquillas numeradas del 648651 al 648800 | 10. II | 11. 150 Pieles |
| | | C | 11a. Cupo nac |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO40717 | 24/05/2016 | ***** | ******** | ****** | |

| 7./8. ***** | | | | ***** | | 10. ** | 11. |
|---|---|---|---|---|---|---|---|
| ********* | | | | | | ** | 11a. Cupo na |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ o fecha de la adquisición★ ★ |
|---|---|---|---|---|---|---|
| ***** | ******* | ****** | ****** | ********** | **** | |

| 7./8. ***** | | | | ***** | | 10. * | 11. |
|---|---|---|---|---|---|---|---|
| ****** | | | | | | ** | 11a. Cupo n |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ o fecha de la adquisición★ ★ |
|---|---|---|---|---|---|---|
| **** | ******* | ******* | ****** | ********** | ***** | |

★    Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★  Solamente para los especímenes nacidos o criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención.

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

MARIA CLAUDIA GARCIA DAVILA
Directora de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.                24-mayo-2016
Lugar                       Fecha

Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION     15. Conocimiento de embarque/carga de porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 89 P 27 |
| B | |
| C | |

CALI
Puerto de exportación

0 4 AGO 2016
Fecha

Firma

Corporación Autónoma
Regional del Valle del Cauca
Sello Corporación
REPÚBLICA DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE     PERMISO/CERTIFICADO No. CO **40717**

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

FECHA DE EMBARQUE: 0 4 AGO 2016

No. DEL PERMISO **40717**

NOMBRE DEL ESTABLECIMIENTO: C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.

1414 619 3/1

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:

SALVOCONDUCTO No. 1356 V 96

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: John Luis Bonilla
Técnico Operativo

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

DEX No.

OBSERVACIONES: 89 Bolsos en Piel de Babilla

Powered by CamScanner

PERMISO/CERTIFICADO No. CO **40973**

**CITES**

CONVENCION SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

| | |
|---|---|
| | RE-EXPORTACION |
| | IMPORTACION |
| | OTRO: |

2. Válido hasta el
15-febrero-2017

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I DISENO Y MODA INTERNACIONAL'S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

3a. País de destino (y puerto de entrada) ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se
ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del
transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

5a. Fin de la transacción (ver al respaldo)
T

5b. Estampilla de seguridad
CO1332259

| 7./8. NOMBRE COMÚN Y NOMBRE CIENTÍFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. Babilla *Caiman crocodilus fuscus* | 50 bolsas de 1200 cm2 , con marquillas numeradas del 649551 al 649600 | 10. II C | 11. 50 Articulos |
| | | | 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO40973 | 16/08/2016 | ★★★★★★ | ★★★★★★★★★ | ★★★★ | |

| 7./8. ★★★★ | | | ★★★★★★ | | | 10. ★★ | 11a.★★★★ |

★★★★★★★★★★★

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★ | ★★★★★★ | ★★★★★★ | ★★★★★★ | ★★★★★★★★★ | ★★★★ | |

| 7./8. ★★★★ | | | ★★★★★★★ | | | 10. ★★ | 11. |

★★★★★★★★★★★★★

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★ | ★★★★★★ | ★★★★★★ | ★★★★★★ | ★★★★★★★★★ | ★★★★ | |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos y criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

TITO GERARDO CALVO SERRATO
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

| BOGOTA, D.C. | 16-agosto-2016 | |
|---|---|---|
| Lugar | Fecha | Estampilla de seguridad, firma y sello oficiales |

14. APROBACION DE LA EXPORTACION

15. Conocimiento de embarque/carga de porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 19112T |
| B | |
| C | |

CALI

0 7 SEP 2016

Puerto de exportación | Fecha | Firma

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA de COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

PERMISO/CERTIFICADO No. CO **40973**

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **40973**

FECHA DE EMBARQUE 0 7 SEP 2016

NOMBRE DEL ESTABLECIMIENTO: *John Luis Bonilla*
Técnico Operativo

SALVOCONDUCTO: *7367766 0776*

DEX No. *6c 33/05720425*

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO: 11441810 *John Luis Bonilla* an Rivas
NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

OBSERVACIONES: *19 Bolsos en piel debull*

EX S

Powered by CamScanner

# CITES

**CONVENCION SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

PERMISO/CERTIFICADO No. CO **40718**

- [X] EXPORTACION
- [ ] RE-EXPORTACION
- [ ] IMPORTACION
- [ ] OTRO:

2. Válido hasta el **23-noviembre-2016**

| 3. Importador (nombre y dirección) | 4. Exportador/Reexportador (nombre, dirección y país) |
|---|---|
| GZUNIGA, LTD<br>5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,<br>NEW YORK | C.I. DISEÑO Y MODA INTERNACIONAL SAS<br>CALI, VALLE DEL CAUCA<br>COLOMBIA<br><br>_Diseño Moda Dicol_<br>Firma del Titular |

3a. País del destino (y puerto de entrada)  **ESTADOS UNIDOS (NEW YORK)**

5. Condiciones especiales    En la casilla No. 11 debe decir 150 Articulos, de acuerdo a lo mencionado en la casilla No. 9.

_Li. Uldulir G._

Para animales vivos: Este permiso es válido solo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

| 5a. Fin de la transacción (ver al respaldo)<br>T | 5b. Estampilla de seguridad<br>CO1332018 |
|---|---|

| 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado; marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| **7./8.**<br>_Babilla_<br>_Caiman crocodilus fuscus_ | 150 bolsos de 1200 cm2, con marquillas numeradas del 648901 al 648950 | 10.<br>II<br><br>C | 11<br>150<br>Pieles<br><br>11a. Cupo nacional |

| A | 12. País de origen ★<br>COLOMBIA | Permiso No.<br>CO40718 | Fecha<br>24/05/2016 | 12a. País de la última reexportación<br>★★★★★★ | No. de certificado<br>★★★★★★★★★ | Fecha<br>★★★★★★ | 12b. No. de la operación ★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|---|

| B | 7./8.<br>★★★★★<br>★★★★★★★★★ | | | ★★★★★★★★★ | | | 10.<br>★★<br>★★<br>11.<br><br>11a. Cupo nacional |
|---|---|---|---|---|---|---|---|

| | 12. País de origen ★<br>★★★★★★ | Permiso No.<br>★★★★★★★★★ | Fecha<br>★★★★★★ | 12a. País de la última reexportación<br>★★★★★★ | No. de certificado<br>★★★★★★★★★ | Fecha<br>★★★★★ | 12b. No. de la operación ★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|---|

| B | 7./8.<br>★★★★★<br>★★★★★★★★★ | | | ★★★★★★★★★ | | | 10.<br>★<br>★★<br>11.<br>★★★★★★<br>11a. Cupo nacional |
|---|---|---|---|---|---|---|---|

| | 12. País de origen ★<br>★★★★★ | Permiso No.<br>★★★★★★★★★ | Fecha<br>★★★★★★★★ | 12a. País de la última reexportación<br>★★★★★★ | No. de certificado<br>★★★★★★★★★ | Fecha<br>★★★★★ | 12b. No. de la operación ★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|---|

★ Indicar el país en el cual los especimenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especimenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especimenes Pre-Convención.

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

MARIA CLAUDIA GARCIA DAVILA
Directora de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

| BOGOTA, D.C. | 24-mayo-2016 | Estampilla de seguridad, firma y sello oficiales |
|---|---|---|
| Lugar | Fecha | |

14. APROBACION DE LA EXPORTACION    15. Conocimiento de embarque/carga de porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 110 ART |
| B | |
| C | |

CALI

Puerto de exportación

**0 8 AGO 2016**

Fecha

Firma

_Corporación Autónoma Regional del Valle del Cauca_
_Señor Director de la_ **REPUBLICA DE COLOMBIA**

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**    PERMISO/CERTIFICADO No. CO **40718**

---

| República de Colombia<br>**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE** | FORMATO DE ENTREGA DEL PERMISO CITES |
|---|---|

**No. DEL PERMISO 40718**

FECHA DE EMBARQUE  **0 8 AGO 2016**

NOMBRE DEL ESTABLECIMIENTO  C.I. DISEÑO Y MODA INTERNACIONAL S.A.S

SALVOCONDUCTO No.  1356 V95

DEX No.

NOMBRE, IDENTIFICACION Y FIRMA DE RECIBIDO
_John Luis Bonilla_

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL  Tecnico Operativo

OBSERVACIONES  110 Bolsos en piel de babilla

_Corporación Autónoma Regional del Valle del Cauca_
**REPUBLICA DE COLOMBIA**

EX T

PERMISO/CERTIFICADO No. CO 40875

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

☐ EXPORTACIÓN
☒ RE-EXPORTACIÓN    08 · 01 ⊤ A 2 Еоб
☐ IMPORTACIÓN
☐ OTRO:

2. Válido hasta el
31 Enero 2017

**3. Importador (nombre y dirección)**
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR, NEW YORK, NY 10022,
NEW YORK

**4. Exportador/Reexportador (nombre, dirección y país)**
C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del titular

**3a. País del destino (y puerto de entrada)**  ESTADOS UNIDOS (NEW YORK)

**5. Condiciones especiales**   Las piezas de Python reticulatus utilizadas en los artículos son especímenes de reexportacion (Conf. 12,3 Sección II e.).

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

**6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa**

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

**5a. Fin de la transacción (ver al respaldo)**
T

**5b. Estampilla de seguridad**
CO1332169

| 7./8. NOMBRE COMÚN Y NOMBRE CIENTÍFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado; marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| **7./8.**<br>Babilla<br><br>*Caiman crocodilus fuscus* | 53 bolsos combinados en babilla de 800 cm2, piton reticulado de 400 cm2, con marquillas numeradas del 649848 al 649900 | 10.<br><br>II<br><br>C | 11.<br>53<br>Artículos<br><br>11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO40875 | 19/07/2015 | ★★★★★ | ★★★★★★★★★★ | ★★★★★★ | |

| 7./8.<br>Piton reticulado<br><br>*Python reticulatus* | bolsos combinados con 400cm2, en piel de piton (con la misma información de la sección A, casilla 9 ) | II<br><br>C | 11.<br><br>11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| VIETNAM | 12/VN0015S/CT-KL | 04/01/2012 | ESPAÑA | ES-LC-50125/13E | 16/05/2013 | |

| 7./8.<br>★★★★★<br><br>★★★★★★★ | ★★★★★★★★★ | 10.<br><br>★<br><br>★★ | 11.<br>★★★★★<br><br>11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★ | ★★★★★★★★★ | ★★★★★★ | ★★★★★ | ★★★★★ | ★★★★★ | |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención

**13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:**

LUIS FRANCISCO CAMARGO FAJARDO
Director (E) Dirección de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          19-julio-2016
Lugar                 Fecha

Estampilla de seguridad, firma y sello oficiales

**14. APROBACIÓN DE LA EXPORTACIÓN**        15. Conocimiento de embarque/carga o porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 4 ART |
| B | Combinados |
| C | |

CALI

1 0 SEP 2016
Fecha          Firma

Puerto de exportación

Corporación Autónoma
Regional del Valle del Cauca
**CVC**
REPÚBLICA DE COLOMBIA

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

PERMISO/CERTIFICADO No. CO  **40875**

---

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

**FORMATO DE ENTREGA DEL PERMISO CITES**

No. DEL PERMISO  **40875**

FECHA DE EMBARQUE  1 0 SEP 2016

NOMBRE DEL ESTABLECIMIENTO  C.I. DISEÑO Y MODA
INTERNACIONAL S.A.S

SALVOCONDUCTO No. CVC/1369/44  04/04/11

DEX No. 6027655437687

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO
John Luis Bonilla

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL  Técnico Operativo

OBSERVACIONES: Objetos combinados en piel de babilla
y piton reticulado

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

EX U

Powered by CamScanner

**CITES**

CONVENCION SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

PERMISO/CERTIFICADO No. CO **40971**

- [ ] EXPORTACION
- [ ] RE-EXPORTACION
- [ ] IMPORTACION
- [ ] OTRO:

2. Válido hasta el 15-febrero-2017

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

3a. País del destino (y puerto de entrada)  ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE**
**Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se
ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del
transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

5a. Fin de la transacción (ver al respaldo)
T

5b. Estampilla de seguridad
CO1332257

| 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado; marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. *Babilla* *Caiman crocodilus fuscus* | 60 bolsos de 1200 cm2 , con marquillas numeradas del 651171 al 651230 | 10. II C | 11. 60 Articulos 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ ★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO40971 | 15/08/2016 | ★★★★★★ | ★★★★★★★★★★ | ★★★★ | |

| 7./8. ★★★ ★★★★★★★★★★ | | | ★★★★★ | | | 10. ★★ ★★ | 11★★★★ ★★★★★★ 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ ★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★ | ★★★★★★ | ★★★★★★ | ★★★★★ | ★★★★★★★★★★ | ★★★★ | |

| 7./8. ★★★★★ ★★★★★★★★★★ | | | ★★★★★ | | | 10. ★★ ★★ | 11. |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ ★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★ | ★★★★★★ | ★★★★★★ | ★★★★★ | ★★★★★ | ★★★★★ | |

★  Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos y criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★  Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★  Para los especímenes Pre-Convención

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

TITO GERARDO CALVO SERRATO
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.              16-agosto-2016
Lugar                           Fecha                        Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION        15. Conocimiento de embarque/carga de porte aéreo:

CALI

| Sección | Cantidad |
|---|---|
| A | 47 A2T |
| B | |
| C | |

Puerto de exportación

1 2 SEP 2016
Fecha          Firma

**CVC**
Corporación Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE          PERMISO/CERTIFICADO No. CO **40971**

República de Colombia
**MINISTERIO DE AMBIENTE**
**Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **40971**

FECHA DE EMBARQUE: 1 2 SEP 2016

NOMBRE DEL ESTABLECIMIENTO: C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.

NOMBRE, IDENTIFICACION Y FIRMA DE RECIBIDO: John Luis Bonilla

SALVOCONDUCTO No. CVC 1369LY 04/09/16

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

**CVC**
Corporación Autónoma
regional del Valle del Cauca
REPUBLICA DE COLOMBIA

DEX No. 602705437087

OBSERVACIONES: 47 Bolsos en Piel de babilla

**EX V**

Powered by CS CamScanner

**PERMISO/CERTIFICADO No. CO** 40968

CONVENCION SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

- [X] EXPORTACION
- [ ] RE-EXPORTACION
- [ ] IMPORTACION
- [ ] OTRO:

2. Válido hasta el **15-febrero-2017**

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

3a. País del destino (y puerto de entrada) ESTADOS UNIDOS (NEW YORK)

4. Exportador/Reexportador (nombre, dirección y país)

C.I DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

5. Condiciones especiales

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

5a. Fin de la transacción (ver al respaldo)
T

5b. Estampilla de seguridad
CO1332254

| 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| **A** 7./8. *Babilla* *Caiman crocodilus fuscus* | 100 bolsos de 1200 cm2 , con marquillas numeradas del 650901 al 651000 | 10. II C | 11. 100 Articulos 11a. Cupo nacional |
| 12. País de origen ★ COLOMBIA | Permiso No. CO40968 | Fecha 16/08/2016 | 12a. País de la última reexportación ★★★★★★ | No. de certificado ★★✦★★★★★★★ | Fecha ✦★★★ | 12b. No. de la operación★ ★ o fecha de la adquisición★ ★ ★ |
| **B** 7./8. ★★★★ ★★★★★★★★★★ | ★★★★★ | 10. ★★ ★★ | 11. ★★★★ ★★★★★ 11a. Cupo nacional |
| 12. País de origen ★ ★★★★ | Permiso No. ★★★★★★ | Fecha ★★★★★★ | 12a. País de la última reexportación ★★★★★★ | No. de certificado ★★★★★★★★★ | Fecha ✦★★★ | 12b. No. de la operación★ ★ o fecha de la adquisición★ ★ ★ |
| **B** 7./8. ★★★★★ ★★★★★★★★★★★★ | ★★★★★ | 10. ★★ ★★ | 11. ★★ 11a. Cupo nacional |
| 12. País de origen ★ ★★★★ | Permiso No. ★★★★★★ | Fecha ★★★★★★ | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★★★★ | Fecha ★★★★★ | 12b. No. de la operación★ ★ o fecha de la adquisición★ ★ ★ |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención.

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

TITO GERARDO CALVO SERRATO
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

| BOGOTA, D.C. | 16-agosto-2016 | |
|---|---|---|
| Lugar | Fecha | Estampilla de seguridad, firma y sello oficiales |

14. APROBACION DE LA EXPORTACION

15. Conocimiento de embarque/carga de porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 56 ART |
| B | — |
| C | — |

CALI
Puerto de exportación

2 1 SEP 2016
Fecha

Firma

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOM...
Sello y cargo oficiales

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

**PERMISO/CERTIFICADO No. CO** 40968

---

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

**No. DEL PERMISO** 40968

FECHA DE EMBARQUE: 2 1 SEP 2016

C.I. DISEÑO Y MODA
NOMBRE DEL ESTABLECIMIENTO: INTERNACIONAL S.A.S

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:

SALVOCONDUCTO No. 1369717

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL:

DEX No. 60276058 0106

OBSERVACIONES: 56 bolsos en piel BC billa

EX W

Powered by CamScanner

PERMISO/CERTIFICADO No. CO **41087**

**CITES**

CONVENCION SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

| | |
|---|---|
| ☐ | EXPORTACION |
| ☐ | RE-EXPORTACION |
| ☐ | IMPORTACION |
| ☐ | OTRO: |

2. Válido hasta el

25-marzo-2017

**3.** Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022
NEW YORK

**3a.** País del destino (y puerto de entrada) ESTADOS UNIDOS (NEW YORK)

**4.** Exportador/Reexportador (nombre, dirección y país)

C.I DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

**5.** Condiciones especiales

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se
ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del
transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

**6.** Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

**5a.** Fin de la transacción (ver al respaldo)

T

**5b.** Estampilla de seguridad

CO1332366

| 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. *Babilla* <br> *Caiman crocodilus fuscus* | 149 bolsas de 1200 cm2, con marquillas numeradas del 652651 al 652799 | 10. <br> II <br> C | 149 <br> Articulos <br> 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO41087 | 26/09/2016 | ***** | ***** | ****** | |

| 7./8. ***** <br> ***** | ***** | | | | | 10. ** <br> ** | 11. ***** <br> 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| ***** | *** | *** | ***** | *** | *** | |

| 7./8. ****** <br> ***** | *** | | | | | 10. ** <br> ** | 11. *** <br> 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| ***** | *** | *** | ***** | *** | *** | |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos y criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención

**13.** ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

TITO GERARDO CALVO SERRATO
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.        26-septiembre-2016
Lugar               Fecha

Estampilla de seguridad, firma y sello oficiales

**14.** APROBACION DE LA EXPORTACION     **15.** Conocimiento de embarque/carga de porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 55 ART |
| B | |
| C | |

CALI

Puerto de exportación

0 4 OCT 2016
Fecha            Firma

**CVC**
Corporación Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

PERMISO/CERTIFICADO No. CO **41087**

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **41087**

FECHA DE EMBARQUE: 0 4 OCT 2016

NOMBRE DEL ESTABLECIMIENTO: C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.

SALVOCONDUCTO No. CVC 1369999/0VSU-11

DEX No. 6077606443141

NOMBRE, IDENTIFICACION Y FIRMA DE RECIBO: John Luis Bonilla

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

**CVC**
Corporación Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

OBSERVACIONES: 55 Bolsos en Piel de babilla

EX X

Powered by CamScanner

**CITES**

CONVENCION SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

PERMISO/CERTIFICADO No. CO **41087**

| | |
|---|---|
| ☐ EXPORTACION | |
| ☐ RE-EXPORTACION | |
| ☐ IMPORTACION | |
| ☐ OTRO: | 2. Válido hasta el **25-marzo-2017** |

**3. Importador (nombre y dirección)**
GZUNIGA, LTD
S EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022
NEW YORK

**4. Exportador/Reexportador (nombre, dirección y país)**
C.I DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

*Firma del Titular*

**3a. País del destino (y puerto de entrada)** ESTADOS UNIDOS (NEW YORK)

**5. Condiciones especiales**

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

**6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa**

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

*Libertad y Orden*

| 5a. Fin de la transacción (ver al respaldo) T | 5b. Estampilla de seguridad CO1332366 |
|---|---|

| 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| **7./8.** Babilla *Caiman crocodilus fuscus* | 149 bolsas de 1200 cm2, con marquillas numeradas del 652651 al 652799 | 10. II C | 11. 149 Articulos 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO41087 | 26/09/2016 | ***** | ***** | ****** | |

| 7./8. ***** | ***** | | ***** | | | 10. ★★ ★★ | 11. ★★★★ |
|---|---|---|---|---|---|---|---|
| ***** | | | | | | | 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| ***** | ★★★ ★★★ | | ***** | ★★★ | ★★★ | |

| 7./8. ****** | ***** | | ★★★ | | | 10. ★★ ★★★ | 11. ★★★ |
|---|---|---|---|---|---|---|---|
| ***** | | | | | | ★★ | 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| ***** | ★★★ ★★★ | | ***** | ★★★ | ★★★ | |

★ ★★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos y criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención.

**13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:**

TITO GERARDO CALVO SERRATO
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.    26-septiembre-2016
*Lugar*    *Fecha*        *Estampilla de seguridad, firma y sello oficiales*

**14. APROBACION DE LA EXPORTACION**    **15. Conocimiento de embarque/carga de porte aéreo:**

| Sección | Cantidad | | | |
|---|---|---|---|---|
| A | 55 ART | CALI | 0 4 OCT 2016 | CVC |
| B | | *Puerto de exportación* | *Fecha*   *Firma* | Corporación Autónoma Regional del Valle del Cauca |
| C | | | | REPUBLICA DE COLOMBIA |

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**      **PERMISO/CERTIFICADO No. CO 41087**

---

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

**FORMATO DE ENTREGA DEL PERMISO CITES**

**No. DEL PERMISO 41087**

FECHA DE EMBARQUE: **0 4 OCT 2016**

NOMBRE DEL ESTABLECIMIENTO: **C.I. DISEÑO Y MODA
INTERNACIONAL S.A.S.**

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBO: John Luis Rivera

NOMBRE Y FIRMA DEL FUNCIONARIO: John Luis Bonilla
DE LA AUTORIDAD AMBIENTAL: **Técnico Operativo**

SALVOCONDUCTO No: **CVC 1369999/**

DEX No.: **607260644 3141**

OBSERVACIONES: **55 Bolsos en Piel de babilla**

CVC
Corporación Autónoma Regional del Valle del Cauca
REPUBLICA DE COLOMBIA



**EX Y**

 Powered by CamScanner

PERMISO/CERTIFICADO No. CO 41086

CONVENCION SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

| | |
|---|---|
| X | EXPORTACION |
| | RE-EXPORTACION |
| | IMPORTACION |
| | OTRO: |

2. Válido hasta el
25-marzo-2017

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Andrea Rivas
Firma del Titular

3a. País de destino (y puerto de entrada)  ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales  Las pieles de Python reticulatus utilizadas en los artículos son especímenes de reexportación (Conf. 12.3 Sección II e.).

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

| 5a. Fin de la transacción (ver al respaldo) | 5b. Estampilla de seguridad |
|---|---|
| T | CO1332365 |

| 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| **A** 7./8. Babilla _Caiman crocodilus fuscus_ | 30 bolsos combinados en babilla de 800 cm2 y piton reticulado de 400 cm2, con marquillas numeradas del 652601 al 652630 | 10. II C | 11. 30 Articulos 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO41086 | 26/09/2016 | ★★★★★ | ★★★★★ | ★★★★★★★ | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **B** 7./8. Piton reticulado _Python reticulatus_ | | bolsos combinados con 400cm2, en piel de piton reticulado (con la misma información de la seccion A, casilla 9 ) | | 10. II C | | 11.★★ ★★★★ 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| REP. LAOS | 152/11 | 12/08/2011 | ESPAÑA | ES-LC-50014/12E | 25/01/2012 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **B** 7./8. ★★★★★★★ | | ★★★ | | 10.★★★ ★★ | | 11.★★★★ ★★★★ 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★ | ★★★ | ★★★ | | ★★★ | ★★★ | |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

TITO GERARDO CALVO SERRATO
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

| BOGOTA, D.C. | 26-septiembre-2016 | |
|---|---|---|
| Lugar | Fecha | Estampilla de seguridad, firma y sello oficiales |

14. APROBACION DE LA EXPORTACION

15. Conocimiento de embarque/carga de porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 20 ART |
| B | Combinados |
| C | |

CALI
Puerto de exportación

0 4 OCT 2016
Fecha

Firma

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

PERMISO/CERTIFICADO No. CO 41086

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 41086
1149 181065

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

FECHA DE EMBARQUE: 0 4 OCT 2016

NOMBRE DEL ESTABLECIMIENTO C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO
Andrea Rivas

SALVOCONDUCTO No. CVC 1369800/04-10-16

NOMBRE, Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: John Luis Bonilla
Técnico Operativo

DEX No. 607 7606436166

OBSERVACIONES: 28 Bolsos Combinados en piel de babilla y Piton reticulado

EX Z

Powered by  CS CamScanner

**CITES**
CONVENCION SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

PERMISO/CERTIFICADO No. CO **41074**

| | |
|---|---|
| X | EXPORTACION |
| | RE-EXPORTACION |
| | IMPORTACION |
| | OTRO: |

2. Válido hasta el
**14-marzo-2017**

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

3a. País del destino (y puerto de entrada)  ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales  Las pieles de *Varanus salvator* utilizadas en los artículos son especímenes de reexportación (Conf. 12,3 Sección II e .)

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

5a. Fin de la transacción (ver al respaldo)  T
5b. Estampilla de seguridad  CO1332353

| 7,8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| A | 7,8. *Babilla* / *Caiman crocodilus fuscus* | 20 bolsas combinados en babilla de 800 cm2 y serpiente del ratti de 400 cm2, con marquillas numeradas del 570301 al 570320 | 10. / II / C | 11. 20 / Articulos / 11a. Cupo nacional |
| | 12. País de origen ★ COLOMBIA / Permiso No. CO41074 / Fecha 15/09/2016 | 12a. País de la última reexportación ★★★★★ / No. de certificado ★★★★★★★★★ / Fecha ★★★★★★ | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ ★ | |
| B | 7,8. *Serpiente del ratti indiano* / *Ptyas mucosus* | bolsos combinados con 400cm2, en piel de serpiente y babilla de 800cm2, (con la misma información de la sección A, casilla 9) | 10. / II / W | 11. / 11a. Cupo nacional |
| | 12. País de origen ★ INDONESIA / Permiso No. 02073/VI/SATS-LN/1999 / Fecha 19/03/1999 | 12a. País de la última reexportación ITALIA / No. de certificado IT/RX/2010/FI/00020 / Fecha 11/01/2010 | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ ★ | |
| B | 7,8. ★★★★★ / ★★★★★★★ | ★★★★★★★★ | 10. ★ / ★★ | 11. ★★★★★ / 11a. Cupo nacional |
| | 12. País de origen ★ ★★★★ / Permiso No. ★★★★★★★★★ / Fecha ★★★★★★ | 12a. País de la última reexportación ★★★★★ / No. de certificado ★★★★★ / Fecha ★★★★★ | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ ★ | |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

TITO GERARDO CALVO SERRATO
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.  15-septiembre-2016
Lugar  Fecha
Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION

15. Conocimiento de embarque/carga o porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 16 ART |
| B | combinados |
| C | |

CALI
Puerto de exportación  **2 9 OCT 2016**  Fecha  Firma

REPUBLICA DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE  PERMISO/CERTIFICADO No. CO **41074**

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

FECHA DE EMBARQUE: **2 9 OCT 2016**

No. DEL PERMISO **41074**

NOMBRE DEL ESTABLECIMIENTO: C.I. DISEÑO Y MODA INTERNACIONAL S.A.S

SALVOCONDUCTO No.

DEX No. 602-76D7542401

NOMBRE, IDENTIFICACION Y FIRMA DE REGIDO: *John Luis Bonilla*
NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

REPUBLICA DE COLOMBIA

OBSERVACIONES: 16 Bolsos combinados en piel de babilla y serpiente del ratti indiano

EX AA

Powered by CamScanner

PERMISO/CERTIFICADO No. CO **41309**

**CONVENCION SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

☐ EXPORTACION
☐ RE-EXPORTACION
☐ IMPORTACION
☐ OTRO:

2. Válido hasta el
01-junio-2017

3. Importador (nombre y dirección)
SZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

3a. País del destino (y puerto de entrada) ESTADOS UNIDOS (NEW YORK)

Firma del Titular

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

5a. Fin de la transacción (ver al respaldo)
T

5b. Estampilla de seguridad
CO1332572

| 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. *Babilla* *Caiman crocodilus fuscus* | 100 bolsos de 1200 cm2, con marquillas numeradas del 632221 al 632300 y del 649981 al 649880 | 10. II C | 11. 100 Articulos 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO41309 | 02/12/2016 | ***** | | | |

| 7./8. ***** ***** | | ***** | | | 10. ** | 11.** 11a. Cupo nacional |
|---|---|---|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| **** | *** | *** | ***** | *** | *** | |

| 7./8. ****** ***** | | *** | | | 10. ** | 11. ***** 11a. Cupo nacional |
|---|---|---|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| **** | *** | *** | ***** | *** | *** | |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos y criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

TITO GERARDO CALVO SERRATO
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          02-diciembre-2016
Lugar                 Fecha                    Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION

15. Conocimiento de embarque/carga o porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 58 ART. |
| B | |
| C | |

CALI                    0 3 ENE 2017          CVC
Puerto de exportación    Fecha                 REPUBLICA DE COLOMBIA    Sello y cargo oficiales

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

PERMISO/CERTIFICADO No. CO **41309**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **41309**

FECHA DE EMBARQUE: 0 3 ENE 2017

NOMBRE DEL ESTABLECIMIENTO: C.I. DISEÑO Y MODA INTERNACIONAL S.A.S,

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:

SALVOCONDUCTO No. CVC 1369938

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Tito Murillo V.

DEX No. G02761015801?

OBSERVACIONES: 58 ADRENALINA BIEL SC BABILLA

EX BB

Powered by  CamScanner

**CONVENCION SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

PERMISO/CERTIFICADO No. CO 41314

- [X] EXPORTACION
- [ ] RE-EXPORTACION
- [ ] IMPORTACION
- [ ] OTRO:

2. Válido hasta el **01-junio-2017**

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022, NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

3a. País del destino (y puerto de entrada) ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**
Libertad y Orden

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

5a. Fin de la transacción (ver al respaldo) T
5b. Estampilla de seguridad CO1332577

| 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. Babilla Caiman crocodilus fuscus | 100 bolsos de 1200 cm2, con marquillas numeradas del 648751 al 648900, del 654001 al 654050 | 10: II C | ¹100 Artículos |
|  |  |  | 11a. Cupo nacional |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO41314 | 02/12/2016 | ★★★★★ |  |  |  |

(repeated empty rows B)

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos y criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención.

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

TITO GERARDO CALVO SERRATO
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.  02-diciembre-2016
Lugar  Fecha  Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION
15. Conocimiento de embarque/carga de porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 69 Art |
| B |  |
| C |  |

CALI  17 ENE 2017  Olga Gutierrez
Puerto de exportación  Fecha  Firma  Sello y cargo oficiales

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE  PERMISO/CERTIFICADO No. CO 41314

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES
No. DEL PERMISO 41314

FECHA DE EMBARQUE: 17 ENE 2017
NOMBRE DEL ESTABLECIMIENTO:
SALVOCONDUCTO No 1369-55
DEX No. 60276(0733832

NOMBRE, IDENTIFICACION Y FIRMA DE RECIBIDO:
NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Olga Viviana Gutierrez
OBSERVACIONES:

EX CC — Powered by CamScanner

CITES

**CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

| | |
|---|---|
| ☐ | EXPORTACIÓN |
| ☑ | RE-EXPORTACIÓN |
| ☐ | IMPORTACIÓN |
| ☐ | OTRO: |

2. Válido hasta el
18-octubre-2017

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador /Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA
Firma del Solicitante

3a. País del destino (y puerto de entrada)     ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre Nacional y país de la Autoridad Administrativa
República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA
Libertad y Orden

5a. Propósito de la transacción (véase al dorso)

5b. Estampilla de seguridad Nº
CO1332937

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. *Piton reticulado*   *Python reticulatus* | 9.  20 bolsos de 800 cm2 con marquillas numeradas del 655151 al 655170 | 10.  II   W | 11.  20 Artículos   11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| INDONESIA | 15660/IV/SATS-LN/2010 | 10/09/2010 | ESPAÑA | ES-LC-90298/16ES-LC-160 | 05/12/2016 | |

| 7./8. ***** | 9. ***** | 10. ** | 11. |
|---|---|---|---|
| ***** | | | 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| ***** | ***** | **** | ****** | | **** | |

| 7./8. **** | 9. ************ | 10. ** | 11. |
|---|---|---|---|
| ************* | | | 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| *********** | | | ***** | | ***** | |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación)
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales
★ ★ ★ Para los especímenes preidentificados

13. Permiso / Certificado expedido por:
CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.              19-abril-2017

Lugar          Fecha          Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

CALI
03 MAY 2017
Fecha          Puerto de exportación

15. Nº de solicitud de autorización de embarque
FMM: 920312971

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 17 ART |
| B | |
| C | |

CVC
Corporación Autónoma Regional del Valle del Cauca
Firma

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**     REPUBLICA DE COLOMBIA     **PERMISO/CERTIFICADO No. CO** 41703

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FECHA DE EMBARQUE:  03 MAY 2017

NOMBRE DEL ESTABLECIMIENTO: C.I. DISEÑO Y MODA INTERNACIONAL S.A.S

SALVOCONDUCTO No. CVC 1370066

SAE No. FMM 920312971

FORMATO DE ENTREGA DEL PERMISO CITES     161734.021
No. DEL PERMISO  41703

NOMBRE, IDENTIFICACIÓN Y FIRMA DE REPARTIDO
John Luis Bonilla

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

OBSERVACIONES: 17 bolsos en piel de piton reticulada

CVC
Corporación Autónoma Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

EX DD

Powered by CS CamScanner

PERMISO/CERTIFICADO No. CO **41630**

CONVENCION SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

| | |
|---|---|
| X | EXPORTACION |
| | RE-EXPORTACION |
| | IMPORTACION |
| | OTRO: |

2. Válido hasta el
**30-septiembre-2017**

3. Importador (nombre y dirección)

COMMON WEALTH
ART TOWER 2F - 23 EONJU RO 172 GIL GANGNAM GU SEOL

3a. País del destino (y puerto de entrada)   KOREA (SEOUL)

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Titular

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Para animales vivos: Este permiso es válido sólo si las condiciones de transporte se ajustan a las directrices CITES sobre el transporte de animales vivos o, en caso del transporte aéreo, a la reglamentación de la IATA sobre el transporte de animales vivos.

Libertad y Orden

5a. Fin de la transacción (ver al respaldo)
T

5b. Estampilla de seguridad
CO1332873

| 7./8. NOMBRE COMUN Y NOMBRE CIENTIFICO (género y especie) DEL ANIMAL O PLANTA | 9. Descripción parte o derivado: marca o números de identificación (edades/sexo si vivos) | 10. Apéndice y origen (ver al respaldo) | 11. Cantidad (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. *Babilla* *Caiman crocodilus fuscus* | 50 bolsas en babilla de 1200 cm2, con marquillas numeradas del 635941 al 635980, del 631671 al 631680, del 637091 al 637100, del 637891 al 637900, del 637931 al 637940 | 10. **II** **C** | 11. **50** **Artículos** 11a. Cupo nacional |

A

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO41630 | 31/03/2017 | ★★★★★ | ★★★★★★★★★ | ★★★★★★ | |

| 7./8. ★★★★★ ★★★ | ★★★★★ | 10. ★★ | 11. ★★★ ★★★ 11a. Cupo nacional |
|---|---|---|---|

B

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★★★ | ★★★★★ | ★★★★ | ★★★★★★ | ★★★★★★★★★★ | ★★★★ | ★★ |

| 7./8. ★★★★ ★★★★★★★★★★★★ | ★★★★★★★★★★★★ | 10. ★★ | 11. 11a. Cupo nacional |
|---|---|---|---|

B

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. de la operación ★ o fecha de la adquisición★ ★ ★ |
|---|---|---|---|---|---|---|
| | | | | | | |

★ Indicar el país en el cual los especímenes fueron capturados o recolectados en la naturaleza, nacidos o criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación)
★ ★ Solamente para los especímenes nacidos y criados en cautividad con fines comerciales.
★ ★ ★ Para los especímenes Pre-Convención

13. ESTE PERMISO ES EMITIDO POR LA AUTORIDAD SIGUIENTE:

CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.
Lugar

31-marzo-2017
Fecha

Estampilla de seguridad, firma y sello oficiales

14. APROBACION DE LA EXPORTACION     15. Conocimiento de embarque/carga de porte aéreo:

| Sección | Cantidad |
|---|---|
| A | 36 ART |
| B | |
| C | |

CALI
Puerto de exportación

0 9 MAY 2017
Fecha

Firma

Corporación Autónoma Regional del Valle del Cauca
Sello oficial

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

PERMISO/CERTIFICADO No. CO **41630**

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **41630**

FECHA DE EMBARQUE: 0 9 MAY 2017

NOMBRE DEL ESTABLECIMIENTO: **C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.**

NOMBRE, IDENTIFICACION *John Luis Bonilla*

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

SALVOCONDUCTO No. CVC1370069

DEX No. 60276/5248768

OBSERVACIONES: 36 Bolsos en piel de babilla

EX EE

Powered by CamScanner

PERMISO/CERTIFICADO No. CO **41692**

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

- [x] EXPORTACIÓN
- [ ] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el
18-octubre-2017

3. Importador (nombre y dirección)
COMMON WEALTH
ART TOWER 2F - 23 EONJU RO 172 GIL GANGNAM GU
SEUL

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA

3a. País de destino (y puerto de entrada)
KOREA (SEOUL)

5. Condiciones especiales
Las piezas de *Python reticulatus* utilizadas en los articulados la
sección B, son especimens de reexportacion (Conf. 12,3 Sección II e.).

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa
República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

5a. Propósito de la transacción (véase al dorso)

5b. Estampilla de seguridad N°
CO133292B

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especimens: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especimens (incluso la unidad de medida) |
|---|---|---|---|
| **A** 7./8. *Babilla* *Caiman crocodilus fuscus* | 9. 10 bolsos combinadas en babilla de 800 cm2, *python reticulatus* de 400 cm2 con marquillas numeradas 650458, 612070, 629646, 649917, 570090, 611929, 570959, 622814, 540854, 566301 | 10. II C | 11. **10 Artículos** 11a. Total exportado/Cupo |
| 12. País de origen ★ COLOMBIA / Permiso No. CO41692 / Fecha 19/04/2017 | 12a. País de la última reexportación / No. de certificado / Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ | |
| **B** 7./8. *Piton reticulado* *Python reticulatus* | 9. 10 bolsos combinadas en babilla de 800 cm2, *python reticulatus* de 400 cm2 con marquillas numeradas 650458, 612070, 629646, 649917, 570090, 611929, 570959, 622814, 540854, 566301 | 10. II C | 11. 11a. Total exportado/Cupo |
| 12. País de origen ★ VIETNAM / Permiso No. 15VN2741S/CT-KL / Fecha 03/11/2015 | 12a. País de la última reexportación ESPAÑA / No. de certificado ES-LC-50298/16E / Fecha 05/12/2016 | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ | |
| **C** 7./8. ★★★★ ★★★★★★★★★★★★ | 9. ★★★★★★★★★★★ | 10. ★★ ★★★ | 11. 11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★★★★★ / Permiso No. ★★★★★★★★★ / Fecha | 12a. País de la última reexportación ★★★★★ / No. de certificado / Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ | |

★ País en el que los especimens fueron recolectados en la naturaleza; criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especimens de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especimens preconvención.

13. Permiso / Certificado expedido en:
CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.        19-abril-2017
Lugar                    Fecha

Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN
0 9 MAY 2017
Fecha

15. N° de solicitud de autorización de embarque
602 7615248768

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 8 ART |
| B | Combinados |
| C | |

Firma    Puerto de Embarque
CVC
Corporación Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE        PERMISO/CERTIFICADO No. CO **41692**

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES
No. DEL PERMISO **41692**

FECHA DE EMBARQUE 0 9 MAY 2017
NOMBRE DEL ESTABLECIMIENTO C.I Diseño y Moda Internacional SAS
NOMBRE, IDENTIFICACION Y FIRMA DE RECIBIDO John Luis Bonilla
SALVOCONDUCTO No. CVC 137007?
NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL Técnico Operativo
SAE No. 602 7615248768
OBSERVACIONES 8 Bolsos Combinadas en piel bab. lla y Piton reticulada

CVC
Corporación Autónoma
regional del Valle del Cauca
REPUBLICA DE COLOMBIA

Powered by CamScanner

EX FF

**CITES**

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el
09-enero-2018

3. Importador (nombre y dirección)
AL TAYER INSIGNIA LLC
AL TAYER LOGISTICS WAREHOUSE AL QUOZ INDUSTRIAL
AREA 3 DUBAI UAE DUBAI

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País de destino (y puerto de entrada)  UNITED ARAB EMIRATES (DUBAI)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Si se aplica a los animales vivos, este permiso / certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecederas de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

Libertad y Orden

5a. Propósito de la transacción (véase al dorso)
T

5b. Estampilla de seguridad Nº
CO1333168

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| A | 7./8. *Babilla* — Caiman crocodilus fuscus | 9. 20 bolsos de babilla de 2400 cm con marquillas numeradas del 554811 al 554830 | 10. II — C | 11. 20 Artículos — 11a. Total exportado/Cupo |
| | 12. País de origen ★ COLOMBIA | Permiso No. CO/41064 | Fecha 12/09/2016 | 12a. País de la última reexportación | No. de certificado ES-LC-50017/17E | Fecha 11/04/2017 | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| B | 7./8. *Babilla* — Caiman crocodilus fuscus | 9. 10 bolsos de babilla de 2400 cm con marquillas numeradas del 554831 al 554840 | 10. II — C | 11. 10 Artículos — 11a. Total exportado/Cupo |
| | 12. País de origen ★ COLOMBIA | Permiso No. CO/41054 | Fecha 12/09/2016 | 12a. País de la última reexportación | No. de certificado ES-LC-50008/17E | Fecha 11/04/2017 | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| C | 7./8. #### ############ | 9. *********** | 10. ** | 11. — 11a. Total exportado/Cupo |
| | 12. País de origen ★ ********** | Permiso No. ********** | Fecha | 12a. País de la última reexportación ***** | No. de certificado ***** | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención

13. Permiso / Certificado expedido por:
CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          10-julio-2017

Lugar          Fecha          Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN          2 3 AGO 2017     CALI

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 12 ARt |
| B | — |
| C | — |

Firma

CVC
Corporación Autónoma
Sello entidad
REPUBLICA DE COLOMBIA

Firma

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**          **PERMISO/CERTIFICADO No. CO 41950**

---

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 41950

FECHA DE EMBARQUE 2 3 AGO 2017

C.I. DISEÑO Y MODA
INTERNACIONAL S.A.S

NOMBRE DEL ESTABLECIMIENTO

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO

SALVOCONDUCTO No. CVC 142 /513

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL

SAE No. 602716969534V          OBSERVACIONES: 12 Bolsos Piel Babilla

EX GG          Powered by   CS CamScanner

PERMISO/CERTIFICADO No. CO **42038**

**CITES**

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

- [ ] EXPORTACIÓN
- [ ] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el
02-febrero-2018

3. Importador (nombre y dirección)
GZUNIGA LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País del destino (y puerto de entrada) ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)
T

5b. Estampilla de seguridad Nº
CO1333244

| | 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes; incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|---|
| A | 7./8. Babilla<br>Caiman crocodilus fuscus | 9. 150 bolsos de 2400 cm2 con marquillas numeradas del 244701 al 244800 y del 587201 al 587250 | 10. II | 11. 150 Artículos |
| | | | | 11a. Total exportado/Cupo |
| | 12. País de origen ★ COLOMBIA Permiso No. CO42038 Fecha 1/08/2017 | 12a. País de la última reexportación No. de certificado ***** Fecha **** | | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
| B | 7./8. ****<br>************ | 9. ***** | 10. ** | 11. **** |
| | | | | 11a. Total exportado/Cupo |
| | 12. País de origen ★ ***** Permiso No. ****** Fecha ***** | 12a. País de la última reexportación No. de certificado ******** ***** Fecha ***** | | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
| C | 7./8. ****<br>************* | 9. *********** | 10. ** | 11. |
| | | | | *** 11a. Total exportado/Cupo |
| | 12. País de origen ★ ********** Permiso No. *********** Fecha | 12a. País de la última reexportación No. de certificado ***** Fecha | | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★★★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
CÉSAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          03-agosto-2017

Lugar          Fecha          Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

0 1 SEP 2017       CALI

15. Nº de solicitud de autorización de embarque:
602 262 0705081

Fecha          Puerto de exportación

16. Espacio para la autoridad aduanera

| Sección | Cantidad | | | |
|---|---|---|---|---|
| A | 123 ART | | Firma | Sello entidad | Firma |
| B | | | | | |
| C | | | | | |

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

PERMISO/CERTIFICADO No. CO **42038**

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **42038**

FECHA DE EMBARQUE 0 1 SEP 2017

NOMBRE DEL ESTABLECIMIENTO C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.

NOMBRE, IDENTIFICACIÓN Y FIRMA DE QUIEN ENTREGA ... Bonilla

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL. Técnic Operativo

SALVOCONDUCTO No. N2133 CVC

SAE No. 6032620705081

OBSERVACIONES: 123 Bolsos ... piel Babilla

EX HH

Powered by CamScanner

**CITES**

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

PERMISO / CERTIFICADO No. CO **42043**

- [ ] EXPORTACIÓN
- [ ] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el: 02 febrero 2018

**3. Importador (nombre y dirección)**
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR, NEW YORK, NY 10022,
NEW YORK

**4. Exportador/Reexportador (nombre, dirección y país)**
C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA

*Firma del Solicitante*

**3a. País del destino (y puerto de entrada)** ESTADOS UNIDOS (NEW YORK)

**5. Condiciones especiales**
Las piezas de Python reticulatus, utilizadas en los artículos
son especímenes de reexportación (Conf. 12.3 Sección II e.)

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

**5a. Propósito de la transacción (véase el dorso)**    **5b. Estampilla de seguridad Nº**    CO1333249

**6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa**
República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

*Libertad y Orden*

| | 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes, incluso las marcas o los números de identificación (edad/sexo; si vivos) | 10. Apéndice y origen (véase el dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|---|
| A | 7./8. Babilla / Caiman crocodilus fuscus | 9. 50 bolsos combinados en babilla de 1400 cm2 y piton reticulado de 1000 cm2 con marquillas numeradas del 545851 al 545900 | 10. II  C | 11. 50 Artículos  11a. Total exportado/Cupo |
| | 12. País de origen ★ COLOMBIA  Permiso No. CO42043  Fecha 03/08/2017 | 12a. País de la última reexportación ★★★★★★  No. de certificado ★★★★★★  Fecha | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ | |
| B | 7./8. Piton reticulado / Python reticulatus | 9. bolsos combinados en piton reticulado 1000 cm2 y babilla de 1400 cm2 (con la misma informacion de la seccion A, casilla 9.) | 10. II  W | 11.  11a. Total exportado/Cupo |
| | 12. País de origen ★ INDONESIA 06523/IV/SATS-LN/2008  Permiso No.  Fecha 10/06/2008 | 12a. País de la última reexportación ★★★★★  No. de certificado ES-LC-00033/09E  Fecha 18/11/2009 | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ | |
| C | 7./8. ★★★★  ★★★★★★★★★★ | 9. ★★★★★★★★★★★ | 10. ★★  ★★★ | 11.  11a. Total exportado/Cupo ★★★ |
| | 12. País de origen ★ ★★★★★★★★★★  Permiso No. ★★★★★★★★★  Fecha | 12a. País de la última reexportación ★★★★★  No. de certificado ★★★★★  Fecha | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ | |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente.
★★★ Para los especímenes preconvención.

**13. Permiso / Certificado expedido por:**
CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          03-agosto-2017

*Lugar          Fecha          Estampilla de seguridad, firma y sello oficial*

**14. APROBACIÓN DE LA EXPORTACIÓN**
CALI          0 7 SEP 2017
*Fecha*
Puerto de exportación

**15. Nº de solicitud de autorización de embarque**
6027620344361

**16. Espacio para la autoridad aduanera**

| Sección | Cantidad |
|---|---|
| A | 48 ART |
| B | (combinado) |
| C | |

*Firma*

Copia entidad Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

PERMISO/CERTIFICADO No. CO **42043**

---

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

FECHA DE EMBARQUE: 0 7 SEP 2017

No. DEL PERMISO **42043**

NOMBRE DEL ESTABLECIMIENTO: C.I. DISEÑO Y MODA INTERNACIONAL S.A.S

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBO:
John Camilo Ayala
CC 1118.248.089

SALVOCONDUCTO No. CVC 1421529

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: John Luis Bonilla
Técnico Operativo

SAE No. 6027620344361

OBSERVACIONES: 48 Bolsos combinados en piel de babilla y piton reticulado

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

**EX II**

Powered by CamScanner

**CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

- EXPORTACIÓN
- RE-EXPORTACIÓN
- IMPORTACIÓN
- OTRO:

2. Válido hasta el

3. Importador (nombre y dirección)
ZZUNIGA, LTD
3 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País del destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa
República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

5a. Propósito de la transacción (véase al dorso)

5b. Estampilla de seguridad Nº   CO133325

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. Caiman crocodilus fuscus | 9. 150 bolsos de 2400 cm2 con marquillas numeradas del 658701 al 658900 y del 520821 al 520870 | 10. II | 11. 150 Artículos |
| | | C | 11a. Total exportado/Cupo |

| 12. País de origen | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento o fecha de adquisición |
|---|---|---|---|---|---|---|
| COLOMBIA | CO42069 | 24/08/2017 | | | | |

13. Permiso / Certificado expedido por:
CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible
BOGOTA, D.C.    24-agosto-2017

14. APROBACIÓN DE LA EXPORTACIÓN
0 9 SEP 2017   CALI

| Sección | Cantidad |
|---|---|
| A | 71 ART |
| B | |
| C | |

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

PERMISO/CERTIFICADO No. CO 42069

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
0 9 SEP 2017
FECHA DE EMBARQUE
**C.I. DISEÑO Y MODA INTERNACIONAL S.A.S**
NOMBRE DEL ESTABLECIMIENTO
SALVOCONDUCTO No. CVC-1421530
SAE No. 6027620436461

FORMATO DE ENTREGA DEL PERMISO CITES
No. DEL PERMISO 42069
NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO
NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Técnico Operativo
OBSERVACIONES: 71 Bolsos en piel de babilla

John Luis Bonilla

EX JJ

CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE

- [X] EXPORTACIÓN
- [ ] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el 12-marzo-2018

**3. Importador (nombre y dirección)**
GZUNIGA, LTD
5 EAST 57TH FLOOR 9TH FLOOR NEW YORK, NY 10022, NEW YORK

**4. Exportador/Reexportador (nombre, dirección y país)**
C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

**3a. País de destino (y puerto de entrada)** ESTADOS UNIDOS (NEW YORK)

**5. Condiciones especiales**
Las pieles de Ayhen reticulase utilizadas en los artículos son especímenes de reexportación (Com. 12.3 Sección II e.)

**6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa**
República de Colombia
MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA
Libertad y Orden

**5a. Propósito de la transacción (véase al dorso)**
T

**5b. Estampilla de seguridad Nº**
CO133370

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndices y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. Babilla *Caiman crocodilus fuscus* | 9. 50 bolsos combinados en babilla de 1400 cm2 y piton reticulado de 1000 cm2 con marquillas numeradas del 368922 al 368967 y del 584951 al 584954 | 10. II C | 11. 50 Artículos 11a. Total exportado/Cupo |
| 12. País de origen ★ COLOMBIA | Permiso No. CO42174 | Fecha 13/09/2017 | 12a. País de la última reexportación *********** | No. de certificado ****** | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| 7./8. Piton reticulado *Python reticulatus* | 9. bolsos combinados en piton reticulado 1000 cm2 y babilla de 1400 cm2 (con la misma informacion de la seccion A, casilla 9 ) | 10. II W | 11. 11a. Total exportado/Cupo |
| 12. País de origen ★ INDONESIA | Permiso No. 06622/IV/SATS-LN/2008 | Fecha 10/06/2008 | 12a. País de la última reexportación ESPAÑA | No. de certificado ES-LC-50033/09E | Fecha 18/12/2009 | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| 7./8. ★★★★ ★★★★★★★★★★★ | 9. ★★★★★★★★★★★ | 10. ★★ ★★★ | 11. 11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★★★★★★★ | Permiso No. ★★★★★ | Fecha | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★ | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

**13. Permiso / Certificado expedido por:**
CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible
BOGOTA, D.C.      13-septiembre-2017

Lugar      Fecha      Estampilla de seguridad, firma y sello oficial

**14. APROBACIÓN DE LA EXPORTACIÓN**
2 2 SEP 2017     CALI
Fecha

| Sección | Cantidad |
|---|---|
| A | 27 ART |
| B | (combinados) |
| C | |

Firma
REPÚBLICA DE COLOMBIA

**15. Nº de solicitud de autorización de embarque:** 602762091681
**16. Espacio para la autoridad aduanera** 601 13

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE      PERMISO/CERTIFICADO No. CO **42174**

República de Colombia
MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **42174**

FECHA DE EMBARQUE: 2 2 SEP 2017
C.I. DISEÑO Y MODA
NOMBRE DEL ESTABLECIMIENTO: INTERNACIONAL S.A.S
SALVOCONDUCTO No. CVC 142552
SAE No. 602762009/684

John Camilo Aguilar
CC 1 118.293 GA
NOMBRE, IDENTIFICACION Y FIRMA DE RECIBIDO
NOMBRE Y FIRMA DEL FUNCIONARIO Luis Bahilla
DE LA AUTORIDAD AMBIENTAL    Tecnico Operativo
Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA
OBSERVACIONES: 27 bolsos combinados babilla y piton reticulado

EX KK

Case 1:22-cr-20170-RNS   Document 60-3   Entered on FLSD Docket 04/18/2024   Page 46 of 85

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

- [ ] EXPORTACIÓN
- [ ] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el
05-mar-2017

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País de destino (y puerto de entrada)    ESTADOS UNIDOS (NEW YORK.)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)
T

5b. Estampilla de seguridad Nº
CO1333331

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes; incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. Babilla  Caimán crocodilus fuscus | 9. 130 bolsos de 2400 cm2 con marquillas numeradas del 488902 al 488986 y del 421626 al 421670 | 10. II | 11. 130 Artículos  11a. Total exportado/Cupo C |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO42130 | 05/09/2017 | ★★★★★ | ★★★★★ | | |

| 7./8. ★★★★ |  9. ★★★★★ | 10. ★★ | 11. ★★★★ |
|---|---|---|---|
| ★★★★★★★★★ | | ★ | 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★★ | ★★★★★★ | ★★★★★ | | ★★★★★★★★ ★★★★★ | | |

| 7./8. ★★★★ | 9. ★★★★★★★★★★★ | 10. ★★ | 11. |
|---|---|---|---|
| ★★★★★★★★★★★★ | | ★★★ | 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★★★★★★★★ | ★★★★★★★★★★★ | | | ★★★★★ | | |

★ ★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes precconvención.

13. Permiso / Certificado expedido por

CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.        06-septiembre-2017
Lugar                Fecha

Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

2 9 SEP 2017        CALI
Fecha

15. Nº de solicitud de autorización de embarque:
6022621187376

16. Espacio para la autoridad aduanera

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

| Sección | Cantidad | | |
|---|---|---|---|
| A | 50 ART | | |
| B | — | | |
| C | — | | |

Firma

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE        PERMISO/CERTIFICADO No. CO 42130

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 42130

FECHA DE EMBARQUE   2 9 SEP 2017

NOMBRE DEL ESTABLECIMIENTO C.I. DISEÑO Y MODA
INTERNACIONAL S.A.S

SALVOCONDUCTO No.

SAE No.

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL:

OBSERVACIONES:  50 Bolsos pcl de Bebilla

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

EX LL        Powered by   CS CamScanner

PERMISO / CERTIFICADO No. CO 42124

CONVENCION SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

| | |
|---|---|
| [X] | EXPORTACIÓN |
| [ ] | RE-EXPORTACIÓN |
| [ ] | IMPORTACIÓN |
| [ ] | OTRO: |

2. Válido hasta el
05-marzo-2018

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR, NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País del destino (y puerto de entrada) ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplan las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecederas de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivas.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 · Bogotá, D.C.
COLOMBIA

Libertad y Orden

5a. Propósito de la transacción (véase al dorso)
T

5b. Estampilla de seguridad Nº
CO1333326

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes; incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| A | 7./8. Babilla<br><br>*Caiman crocodilus fuscus* | 9. 100 bolsos de 2400 cm2 con marquillas numeradas del 659101 al 659200 | 10.<br>II<br>C | 11. 100<br>Articulos<br><br>11a. Total exportado/Cupo |
| | 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| | COLOMBIA | CO42124 | 06/09/2017 | ***** | ***** | ***** | |
| B | 7./8. ****<br><br>*********** | 9. ***** | | | | 10.<br>**<br>* | 11.<br>*****<br><br>11a. Total exportado/Cupo |
| | 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| | ***** | ****** | ***** | ********* ***** | | | |
| C | 7./8. ****<br><br>************ | 9. ***********<br><br> | | | | 10.<br>**<br>*** | 11.<br><br>11a. Total exportado/Cupo |
| | 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| | ********** | ********** | | ***** | | ***** | |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido en:

CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C. 06-septiembre-2017

Lugar          Fecha

Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

0 3 OCT 2017    CALI

Fecha            Puerto

15. Nº de solicitud/de autorización de embarque
602 762 1478342

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 81 ART |
| B | — |
| C | — |

Firma

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

Firma

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

PERMISO/CERTIFICADO No. CO 42124

---

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 42124

FECHA DE EMBARQUE: 0 3 OCT 2017

NOMBRE DEL ESTABLECIMIENTO: C.I. DISEÑO Y MODA
INTERNACIONAL S.A.S

John Camilo Águila
EC 11A 295.0?

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:
John Luis Bonilla

SALVOCONDUCTO No. CVC 142 1559

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

SAE No. 602 762 1478342

OBSERVACIONES: 81 Bolsos en piel de babilla

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

EX MM

Powered by CamScanner

CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE

PERMISO/CERTIFICADO No. CO 42576

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el: 27-junio-2018

**3. Importador (nombre y dirección)**
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022, NEW YORK

**4. Exportador/Reexportador (nombre, dirección y país)**
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S
CALI, VALLE DEL CAUCA
COLOMBIA

**3a. País del destino y/o puerto de entrada)** ESTADOS UNIDOS (NEW YORK)

**6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa**
República de Colombia
MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

**5a. Propósito de la transacción (véase al dorso)**

**5b. Estampilla de seguridad Nº** CO1333745

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. *Babilla* *Caiman crocodilus fuscus* | 9. 100 bolsos de 2400 cm2 con marquillas numeradas del 374728 al 374749, del 388022 al 388056 y del 215122 al 215165 | 10. II C | 11. 100 Artículos 11a. Total exportado/Cupo |

| 12. País de origen | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento o fecha de adquisición |
|---|---|---|---|---|---|---|
| COLOMBIA | CO41597 | 08/03/2017 | ESPAÑA | ES-LC-50340/17E | 06/11/2017 | |

13. Permiso / Certificado expedido por:
CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible
BOGOTA, D.C.    28-diciembre-2017

14. APROBACIÓN DE LA EXPORTACIÓN   23 ENE 2018   CALI

| Sección | Cantidad |
|---|---|
| A | 27 ART |
| B | |
| C | |

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

PERMISO/CERTIFICADO No. CO 42576

República de Colombia
MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE
No. DEL PERMISO 42576
FECHA DE EMBARQUE: 23 ENE 2018
NOMBRE DEL ESTABLECIMIENTO: C.I. DISEÑO Y MODA INTERNACIONAL S.A.S
NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBO: John
NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Técnico Operativo
SALVOCONDUCTO No:
SAE No: 6027626559256
OBSERVACIONES: 27 Bolsos en Babilla

Powered by CamScanner

EX NN

PERMISO/CERTIFICADO No. CO 42573

CITES

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el

27-junio-2018

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR, NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País del destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la
Reglamentación para el transporte de animales vivos de la IATA, si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía
perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres
vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

5a. Propósito de la transacción (véase al dorso)

T

5b. Estampilla de seguridad NF

CO1333742

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes, incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. *Babilla* <br> *Caiman crocodilus fuscus* | 9.   20 agendas de 1000 cm2 numeradas con marquillas del 335140 al 335159 | 10. <br> II | 11.   20 <br> Artículos |
| | | C | 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO40887 | 19/07/2016 | | ES-LA-50292/17E | 02/10/2017 | |

| 7./8. ★★★★★ <br> ★★★★★ | 9. ★★★★★ | 10. ★★ <br> ★★ | 11. <br> 11a. Total exportado/Cupo |
|---|---|---|---|

| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★★★★★★★★ | Fecha ★★★★ | 12b. No. del establecimiento ★ ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|

| 7./8. ★★★★★ <br> ★★★★★★★★★★ | 9. ★★★★★ | 10. ★★ <br> ★★ | 11. ★★★★ <br> ★★★ <br> 11a. Total exportado/Cupo |
|---|---|---|---|

| 12. País de origen ★ ★★★★★★ | Permiso No. ★★★★★★ | Fecha ★★★★★ | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★ ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes provenance.

13. Permiso / Certificado expedido por:

CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          28-diciembre-2017

Lugar          Fecha

Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN          CALI

2 6 ENE 2018
Fecha

15. Nº de solicitud de autorización de embarque

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 10  ART |
| B | — |
| C | — |

Firma

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

Firma

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**          PERMISO/CERTIFICADO No. CO 42573

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 42573

FECHA DE EMBARQUE   2 6 ENE 2018

NOMBRE DEL ESTABLECIMIENTO   C.I. DISEÑO Y MODA
INTERNACIONAL S.A.S

NOMBRE, IDENTIFICACION Y    *John Luis Bonilla*
John Camilo Aquilar
c.c 1187935009

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL   Técnico Operativo

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

SALVOCONDUCTO No.   CVC 1421642

SAE No.   60276267 ✓ 3828

OBSERVACIONES   10 Agendas en piel de babilla

EX OO          Powered by   CS CamScanner

**CITES**

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

| | |
|---|---|
| | EXPORTACIÓN |
| x | RE-EXPORTACIÓN |
| | IMPORTACIÓN |
| | OTRO: |

2. Válido hasta el

19 abril 2018

3. Importador (nombre y dirección)

COMMON WEALTH
ART TOWER 2F - 23 EONJU RO 172 GIL GANGNAM GU,
SEOUL

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL SAS
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País del destino (y puerto de entrada)   KOREA (SEOUL)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres.

5a. Propósito de la transacción (véase al dorso)

T

5b. Estampilla de seguridad Nº

CO1333478

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| **A** 7./8. *Babilla* *Caiman crocodilus fuscus* | 9. 100 bolsos de 2400 cm2 con marquillas numeradas del 555401 al 555474 y del 513465 al 513490 | 10. **II** C | 11. 1.00 **Artículos** 11a. Total exportado/Cupo |
| 12. País de origen ★ COLOMBIA   Permiso No. CO41536   Fecha 21/02/2017 | 12a. País de la última reexportación   No. de certificado ES-LC-90251/17E   Fecha 25/08/2017 | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ | |
| **B** 7./8. ##### ####       | 9. ########                                      | 10. ##     | 11. 11a. Total exportado/Cupo |
| 12. País de origen ★ ########   Permiso No. ######   Fecha #### | 12a. País de la última reexportación   No. de certificado ########   Fecha ##### | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ | |
| **C** 7./8. ####  ############       | 9. ############                                  | 10. ##     | 11. 11a. Total exportado/Cupo |
| 12. País de origen ★ ###########   Permiso No. ######   Fecha #### | 12a. País de la última reexportación   No. de certificado ########   Fecha ##### | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ | |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención

13. Permiso / Certificado expedido por:

CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.

20-octubre-2017

Lugar          Fecha

Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

CALI

0 1 FEB 2018
Fecha

15. Nº de solicitud de autorización de embarque

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 82 ART |
| B | |
| C | |

Firma

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

Firma

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE          PERMISO/CERTIFICADO No. CO 42288

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 42288

FECHA DE EMBARQUE 0 1 FEB 2018

NOMBRE DEL ESTABLECIMIENTO C.I. DISEÑO Y MODA INTERNACIONAL S.A.S

NOMBRE, IDENTIFICACIÓN Y FIRMA DE QUIEN RECIBE John Camilo Aguiloy
CC 448.295.261

NOMBRE, Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL John Luis Bonilla   Técnico Operativo

SALVOCONDUCTO No. CVC 147 1645

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

SAE No. 607962715 6608

OBSERVACIONES: 82 Bolsos en piel

Powered by   CS CamScanner

EX PP

CITES

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

- [ ] EXPORTACIÓN
- [ ] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTROS

2. Válido hasta el: 30-mayo-2019

3. Importador (nombre y dirección):
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR. NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país):
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

3a. País del destino (y puerto de entrada):
ESTADOS UNIDOS (NEW YORK)

Firma del Solicitante

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

5a. Propósito de la transacción (véase al dorso)

5b. Estampilla de seguridad Nº
CO133362B

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes, incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice n. (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. Babilla<br>*Caiman crocodilus fuscus* | 9. 150 bolsos de 2400 cm2 con marquillas numeradas del 664201 al 664250 y del 664601 al 664700 | 10. II | 11. 150 Artículos |
| | | | 11a. Total exportado/Cupo |
| | | C | |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO 41536 | 21/02/2017 | | ES-LC-00291/17E | 02/10/2017 | |
| 7./8. ★★★★ | | | 9. ★★★★★ | | | 10. 11. |
| | | | | | | 11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★★★ | Permiso No. ★★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación | No. de certificado ★★★★★★ | Fecha ★★★★ | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
| 7./8. ★★★★ | | | 9. ★★★★★★ | | | 10. ★★ 11. |
| | | | | | | 11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★★★ | Permiso No. ★★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación | No. de certificado ★★★★★★ | Fecha ★★★★ | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación)
★★ Sólamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales
★★★ Para los especímenes preconvención

13. Permiso / Certificado expedido por:
CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          01-diciembre-2017

Lugar          Fecha          Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

CALI

0 1 FEB 2018
Fecha

15. Nº de solicitud de autorización de embarque

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 51 ART |
| B | |
| C | |

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

Firma          Firma

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE          PERMISO/CERTIFICADO No. CO 42451

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 42451

FECHA DE EMBARQUE 0 1 FEB 2018

NOMBRE DEL ESTABLECIMIENTO C.I. DISEÑO Y MODA
INTERNACIONAL S.A.S

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO

NOMBRE Y FIRMA DEL FUNCIONARIO John Luis Bonilla
DE LA AUTORIDAD AMBIENTAL Técnico Operativo

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

SALVOCONDUCTO No. CVC 142/653

SAE No. 602762 7E4 67 01          OBSERVACIONES: S.I Bolsos en Piel de Babilla

EX QQ

Powered by  CS CamScanner

**CITES**

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

PERMISO/CERTIFICADO No. CO 42773

- [ ] EXPORTACIÓN
- [X] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el

07-septiembre-2018

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País de destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, si se aplica a las plantas vivas, de la Reglamentación para el transporte de plantas perecederas de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivas.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

5a. Propósito de la transacción (véase al dorso)
T

5b. Estampilla de seguridad No.
CO133933

| 7/8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes; incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| **A** 7/8. *Babilla* / *Caiman crocodilus fuscus* | 9. 30 bolsos combinados en babilla de 1200 cm2 y piton reticulado de 1000 cm2 con marquillas numeradas del 654371 al 654400 | 10. II C | 11. 30 Articulos 11a. Total exportado/Cupo |
| **B** 7/8. *Piton reticulado* / *Python reticulatus* | 9. bolsos combinados en babilla de 1200 cm2 y piton de reticulado de 1000 cm2 (con la misma información de la sección A, casilla 9) | 10. II C | 11. 11a. Total exportado/Cupo |
| **C** 7/8. **** / *********** | 9. | 10. ** *** | 11. 11a. Total exportado/Cupo |

| | 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|---|
| A | COLOMBIA | CO41598 | 08/03/2017 | | ES-LA-50708/17E | 07/12/2017 | |
| B | VIETNAM | 14VN2617N/CT-KL | 24/10/2014 | | ES-LC-00040/17E | 02/10/2017 | |
| C | ****** | *********** | | | ***** | | |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación)
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
NATALIA MARIA RAMIREZ MARTINEZ
Directora (E) de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          08-marzo-2018

Lugar          Fecha          Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN          CALI

0 3 ABR 2018
Fecha          Puerto de exportación

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 15 (combinados) |
| B | |
| C | |

Firma

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

Firma

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

PERMISO/CERTIFICADO No. CO 42773

---

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 42773

FECHA DE EMBARQUE: 0 3 ABR 2018
C.I. DISEÑO Y MODA
NOMBRE DEL ESTABLECIMIENTO: INTERNACIONAL S.A.S
SALVOCONDUCTO No. CVC 142/A11
SAE No. 6027629672906

John Camilo Aju...
cc 1118295-08(?)
John Luis Bonilla

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

OBSERVACIONES: 15 Bolsos combinados en piel de babilla y piton reticulado

EX RR

Powered by CamScanner

**PERMISO/CERTIFICADO N° CO42975**

CITES

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

☐ EXPORTACIÓN
☒ RE-EXPORTACIÓN
☐ IMPORTACIÓN
☐ OTRO:

2. Válido hasta el
06-noviembre-2018

| 3. Importador (nombre y dirección) | 4. Exportador/Reexportador (nombre, dirección y país) |
|---|---|
| GZUNIGA, LTD 5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022, NEW YORK | C.I. DISEÑO Y MODA INTERNACIONAL S.A.S. CALI. VALLE DEL CAUCA COLOMBIA |

3a. País del destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

Firma del Solicitante

| 5. Condiciones especiales | 6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa |
|---|---|
| Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos. | República de Colombia MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE Calle 37 No. 8-40 • Bogotá, D.C. COLOMBIA  Libertad y Orden |

| 5a. Propósito de la transacción (véase al dorso) | 5b. Estampilla de seguridad N° CO1334124 |
|---|---|

| 7,8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7,8. Babilla *Caiman crocodilus fuscus* | 9. 50 bolsos de 2400 cm2 con marquillas numeradas del 385203 al 385219 y del 242607 al 242639 | 10. II C | 11. 50 Articulos 11a. Total exportado/Cupo |

| 12. País de origen ★ COLOMBIA | Permiso No. CO42031 | Fecha 03/08/2017 | 12a. País de la última reexportación | No. de certificado ES-LA-50141/18E | Fecha 28/03/2018 | 12b. No. del establecimiento ★★★ o fecha de adquisición ★★★ |
|---|---|---|---|---|---|---|

| 7,8. ***** ***** | 9. ***** | | | | | 10. ** 11. 11a. Total exportado/Cupo |
|---|---|---|---|---|---|---|

| 12. País de origen ★ ***** | Permiso No. ********** | Fecha **** | 12a. País de la última reexportación | No. de certificado ********** | Fecha **** | 12b. No. del establecimiento ★★★ o fecha de adquisición ★★★ |
|---|---|---|---|---|---|---|

| 7,8. ***** ********** | 9. ***** | | | | | 10. ***** *** 11. 11a. Total exportado/Cupo |
|---|---|---|---|---|---|---|

| 12. País de origen ★ ***** | Permiso No. ***** | Fecha ***** | 12a. País de la última reexportación | No. de certificado ********** | Fecha ***** | 12b. No. del establecimiento ★★★ o fecha de adquisición ★★★ |
|---|---|---|---|---|---|---|

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación)
★★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★★★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          07-mayo-2018

Lugar                    Fecha                    Estampilla de seguridad, firma y sello oficial

| 14. APROBACIÓN DE LA EXPORTACIÓN | 15. N° de solicitud de autorización de embarque: |
|---|---|
| 1 9 MAY 2018   CALI Fecha | 16. Espacio para la autoridad aduanera |

| Sección | Cantidad |
|---|---|
| A | 42 ART |
| B | |
| C | |

Firma

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE      PERMISO/CERTIFICADO No. CO **42975**

---

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

FECHA DE EMBARQUE: 1 9 MAY 2018

No. DEL PERMISO **42975**
n. 16'724.021

NOMBRE DEL ESTABLECIMIENTO: C.I. DISEÑO Y MODA INTERNACIONAL S.A.S

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO: John Luis Bonilla

SALVOCONDUCTO N° CVC 19113008289

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

Cobijo de mercancías=FCS61912

SAE No. 16027631717556

OBSERVACIONES: 42 Bolsos en piel de babilla

EX SS

Powered by CS CamScanner

**CITES**

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

PERMISO/CERTIFICADO No. CO **42978**

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el **06-noviembre-2018**

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País del destino (y puerto de entrada) ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa
República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)
T

5b. Estampilla de seguridad Nº
CO1334126

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes; incluso las marcas o los números de identificación (edad/sexo; si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. Pitón reticulado *Python reticulatus* | 9. 10 bolsos de 2400 cm2 con marquillas numeradas del 651041 al 651050 | 10. II W | 11. 10 Artículos 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| INDONESIA | 15459/IV/SATS-LN/2010 | 30/09/2010 | ESPAÑA | ES-LC-50497/17E | 28/12/2017 | |

| 7./8. ★★★★★ ★★★★★★ | 9. ★★★★★★ | 10. ★★ | 11. 11a. Total exportado/Cupo |
|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★ | ★★★★★★ | ★★★★ | ★★★★★ | ★★★★★ | ★★★★★★ | |

| 7./8. ★★★★ ★★★★★★★★★★★★ | 9. ★★★★★★★★★★★ | 10. ★★ | 11. 11a. Total exportado/Cupo ★★★★ |
|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★★★★★★★★ | ★★★★★★★★★ | ★★★★ | ★★★★★★★★★★★ | ★★★★★★ | ★★★★★ | |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvenio.

13. Permiso / Certificado expedido por:
CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.        07-mayo-2018

Lugar        Fecha        Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

2 3 MAY 2018        CALI
Fecha

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 10 ART |
| B | |
| C | |

Firma

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

Firma

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE        PERMISO/CERTIFICADO No. CO **42978**

---

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **42978**

2 3 MAY 2018
FECHA DE EMBARQUE:

C.I. DISEÑO Y MODA
NOMBRE DEL ESTABLECIMIENTO: INTERNACIONAL S.A.S
CVC 19113 00 83032
SALVOCONDUCTO No. Codigo Seguridad N° (9760370)
SAE No. 60276319191415

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO: John Camilo Aguilar
C.C. 1116.767.360
NOMBRE Y FIRMA DEL FUNCIONARIO: John Luis Bonilla
DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

OBSERVACIONES: 10 Bolsos en piel de Pitón reticulado

EX TT

Powered by CamScanner

CITES

**CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

PERMISO/CERTIFICADO No. CO

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el
**03-noviembre-2018**

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
*C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.*
*CALI, VALLE DEL CAUCA*
*COLOMBIA*

3a. País del destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

Firma del Solicitante

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

Si aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreos de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)
T

5b. Estampilla de seguridad Nº
**C01334106**

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes; incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. **D-L-B. Chávez** *Caimán crocodilus fuscus* | 9. 100 bolsos de 2400 cm2 con marquillas numeradas del 1-H001 al 1-H030, del 408329 al 408360 y del 537626 al 537663 | 10. **II** **C** | 11. **100** Artículos |
| | | | 11a. Total exportado/Cupo |

| 12. País de origen ★ COLOMBIA | Permiso No. CO 42000 | Fecha 24/07/2017 | 12a. País de la última reexportación | No. de certificado ES-LA-50140/18E | Fecha 28/03/2018 | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|

| 7./8. ★★★★★ ★★★★★ | 9. ★★★★★ | 10. ★★ ★★ | 11. |
|---|---|---|---|
| | | | 11a. Total exportado/Cupo |

| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación | No. de certificado ★★★★★★★★★★ | Fecha ★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|

| 7./8. ★★★★★ ★★★★★★★★★ | 9. ★★★★★ | 10. ★★ ★★ | 11. ★★★★ ★★★ ★★★★ |
|---|---|---|---|
| | | | 11a. Total exportado/Cupo |

| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★ | Fecha ★★★★★ | 12a. País de la última reexportación | No. de certificado ★★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          04-mayo-2018

Lugar          Fecha          Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

CALI

3 0 MAY 2018
Fecha

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 100 ART |
| B | — |
| C | — |

Firma

Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

Firma

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

PERMISO/CERTIFICADO No. CO **42957**

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **42957**

FECHA DE EMBARQUE: 3 0 MAY 2018

NOMBRE DEL ESTABLECIMIENTO C.I. DISEÑO Y MODA INTERNACIONAL S.A.S

CVC 11 M300 83028

SALVOCONDUCTO No. Código Seguridad: TRR84726

SAE No. 6027632182496

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBO:
John. Camilo Ayala
Cc 1 118.298029
John Luis Bonilla

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

OBSERVACIONES: 100 Bolsos en Piel de Babilla

**EX UU**

Powered by CamScanner

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

PERMISO / CERTIFICADO

☐ EXPORTACIÓN
☒ RE-EXPORTACIÓN
☐ IMPORTACIÓN
☐ OTRO:

2. Válido hasta el
01-febrero-2019

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

3a. País del destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

Firma del Solicitante

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)   T

5b. Estampilla de seguridad Nº   CO1334361

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los los especímenes, incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. Babilla <br> Caiman crocodilus fuscus | 9. 70 bolsos de 2400 cm2 con marquillas numeradas del 659236 al 659300 y del 360405 al 360409 | 10. II <br> C | 11. 70 Artículos <br> 11a. Total exportado/Cupo |
| 12. País de origen ★ COLOMBIA | Permiso No. CO42362 | Fecha 09/11/2017 | 12a. País de la última reexportación | No. de certificado ES-LA-50297/18E | Fecha 14/06/2018 | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
| 7./8. ★★★ <br> ★★★★ | 9. ★★★ | | | | 10. ★★ | 11. <br> ★★ <br> 11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación ★★★★★ | No. de certificado | Fecha ★★★★★ | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
| 7./8. ★★★ <br> ★★★★★ | 9. ★★★ | | | | 10. ★ | 11. <br> ★★★★ <br> 11a. Total exportado/Cupo |
| 12. País de origen ★ | Permiso No. ★★★★ | Fecha ★★★★ | 12a. País de la última reexportación ★★★★ | No. de certificado ★★★★ | Fecha ★★★★ | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★★★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por
NATALIA MARIA RAMIREZ MARTINEZ
Directora (E) de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          02-agosto-2018

Lugar                    Fecha                    Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN          2 3 AGO 2018   CALI

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 70 ALT |
| B | |
| C | |

Fecha          Firma

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE     PERMISO/CERTIFICADO No. CO 43221

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 43221

FECHA DE EMBARQUE: 2 3 AGO 2018

NOMBRE DEL ESTABLECIMIENTO: C.I. DISEÑO Y MODA
INTERNACIONAL S.A.S

John Camilo Ajus
cc 7118.295.039

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:

CFC 1111390 84647 / 22-08-70

SALVOCONDUCTO No. Codigo segundo / # UNM168

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL:
John Luis Bonilla
Técnico Operativo

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

SAE No. 602 76355 8100 S

OBSERVACIONES: 70 Bolsos en piel de babilla

EX VV

Powered by CamScanner

140

## CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE

**CITES**

PERMISO/CERTIFICADO No. CO **43222**

01-febrero-2019

| | |
|---|---|
| EXPORTACIÓN | |
| RE-EXPORTACIÓN | [x] |
| IMPORTACIÓN | |
| OTRO: | |

2. Válido hasta el
01-febrero-2019

**3. Importador (nombre y dirección)**
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

**4. Exportador/Reexportador (nombre, dirección y país)**
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

**3a. País de destino (y puerto de entrada)** ESTADOS UNIDOS (NEW YORK)

**5. Condiciones especiales**

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancías perecederas de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

**6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa**

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

**5a. Propósito de la transacción (véase al dorso)**
T

**5b. Estampilla de seguridad Nº**
CO1334362

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes; incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. **Babilla** | 9. 70 bolsos de 2400 cm2 con marquillas numeradas del #49117 al #49143 y del 664808 al 664850 | 10. | 11. 70 |
| **Caiman crocodilus fuscus** | | **II** | **Artículos** |
| | | **C** | 11a. Total exportado/Cupo |
| 12. País de origen ★ COLOMBIA | Permiso No. CO42362 | Fecha 09/11/2017 | 12a. País de la última reexportación COLOMBIA | No. de certificado ES-LA-50297/18E | Fecha 14/06/2018 | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

| 7./8. ★★★ | 9. ★★★ | 10. | 11. |
|---|---|---|---|
| ★★★★ | | ★★ | ★★ |
| | | | 11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

| 7./8. ★★★ | 9. ★★★ | 10. | 11. |
|---|---|---|---|
| ★★★★★ | | | ★★★★ |
| | | | 11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★ | Fecha ★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes procedentes.

**13. Permiso / Certificado expedido por:**
NATALIA MARIA RAMIREZ MARTINEZ
Directora (E) de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          02-agosto-2018

Lugar          Fecha

Estampilla de seguridad, firma y sello oficial

| **14. APROBACIÓN DE LA EXPORTACIÓN** | | 15. Nº de solicitud de autorización de embarque: |
|---|---|---|
| CALI | | 16. Espacio para la autoridad aduanera |
| 2 7 AGO 2018 | | |
| Fecha | Puerto de exportación | |

| Sección | Cantidad | | |
|---|---|---|---|
| A | 59 ART | Firma | Sello entidad |
| B | | | |
| C | | | Firma |

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

**PERMISO/CERTIFICADO No. CO** **43222**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

**FORMATO DE ENTREGA DEL PERMISO CITES**

FECHA DE EMBARQUE: 2 7 AGO 2018

NOMBRE DEL ESTABLECIMIENTO **C.I. DISEÑO Y MODA INTERNACIONAL S.A.S**
CVC 19113D084729 / 24-08-2018

SALVOCONDUCTO No Codigo Seguridad DT531698

SAE No. 6027635765075

**No. DEL PERMISO** **43222**

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:
John Camilo Aguilera
CC 711856,089

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: John Luis Bonilla
Técnico Operativo

OBSERVACIONES: 59 Bolsos en Piel di babilla

**EX WW**

Powered by CamScanner

PERMISO DE EXPORTACIÓN No. CO 43226

**CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

- EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- IMPORTACIÓN
- OTRO:

2. Válido hasta el **01-febrero-2019**

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País del destino (y puerto de entrada)   **ESTADOS UNIDOS (NEW YORK)**

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancías perecederas de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

Libertad y Orden

5a. Propósito de la transacción (véase al dorso)
**T**

5b. Estampilla de seguridad Nº
**CO1334366**

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 8. Descripción de los especímenes, incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluye la unidad de medida) |
|---|---|---|---|
| 7./8. **Bolsillos**  Caiman crocodilus fuscus | 100 bolsos de 2400 cm2 con marquillas numeradas del 554825 al 554940, del 317838 al 317872 y del 213511 al 213559 | 10. **II** C | 11. **100 Artículos**  11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| **COLOMBIA** | CO42363 | 09/11/2017 | **ESPAÑA** | ES-LA-50326/18E | 19/06/2018 | |

| 7./8. ★★★ | | | 9. ★★★ | | | 10. ★★ | 11. ★★ |
| ★★★★ | | | | | | | ★★  11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. ★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación | No. de certificado ★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|

| 7./8. ★★★ | | | 9. ★★★ | | | 10. ★★ | 11. ★★★★ |
| ★★★★★ | | | | | | | 11a. Total exportado/Cupo |

| 12. País de origen ★ ★★★★ | Permiso No. ★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación ★★★★ | No. de certificado ★★★★★ | Fecha ★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|

★  ★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes precosecha.

13. Permiso / Certificado expedido por:
NATALIA MARÍA RAMIREZ MARTINEZ
Directora (E) de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          02-agosto-2018

Lugar          Fecha          Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

CALI

3 1 AGO 2018

Fecha

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | |
| B | |
| C | |

Firma

Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

Firma

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

PERMISO/CERTIFICADO No. CO **43226**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **43226**

FECHA DE EMBARQUE: **3 1 AGO 2018**

**C.I. DISEÑO Y MODA INTERNACIONAL S.A.S**

NOMBRE DEL ESTABLECIMIENTO

CVC 19113/0084835 / 30-08-20
SALVOCONDUCTO No

John Camilo Aguilar
CC 1118.205.089
NOMBRE, IDENTIFICACIÓN Y FIRMA

John Luis Bonilla
NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL

Técnico Operativo

Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

SAE No. 602-763/5958260

OBSERVACIONES: 53 Bolsos en piel de babilla

EX XX

Powered by CamScanner

Case 1:22-cr-20170-RNS   Document 60-3   Entered on FLSD Docket 04/18/2024   Page 59 of 85

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

PERMISO/CERTIFICADO No. CO 42953

- [ ] EXPORTACIÓN
- [ ] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el
03-noviembre-2018

3. Importador (nombre y dirección)
HARRODS LTD
MILL LANE THATCHAM BERKSHIRE,RG19 4AL LONDON

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País del destino y (puerto de entrada)    UNITED KINGDOM (LONDON)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA
Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)
T

5b. Estampilla de seguridad Nº
CO1334101

| | 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo; si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|---|
| A | 7./8. Babilla<br>Caiman crocodilus fuscus | 9. 100 bolsos de 2400 cm2 con marquillas numeradas del 303601 al 303612, del 545657 al 545700 y del 270555 al 270598 | 10.<br>II | 11. 100<br>Articulos<br><br>11a. Total exportado/Cupo<br>C |
| | 12. País de origen ★ COLOMBIA | Permiso No. CO 42000 | Fecha 24/07/2017 | 12a. País de la última reexportación | No. de certificado reexportación EFI-LA-50140/18E | Fecha 28/03/2018 | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| B | 7./8. ★★★★★<br>★★★★★ | 9. ★★★★★ | 10. ★★<br>★★ | 11.<br><br>11a. Total exportado/Cupo |
| | 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★★★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación | No. de certificado ★★★★★★★★★★★ | Fecha ★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| C | 7./8. ★★★★★<br>★★★★★★★★★★★ | 9. ★★★★★ | 10. ★★<br>★★ | 11. ★★★★<br>★★★<br><br>11a. Total exportado/Cupo |
| | 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★★★★★★★ | Fecha ★★★★★ | 12a. País de la última reexportación | No. de certificado ★★★★★★★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
CÉSAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTÁ, D.C.          04-mayo-2018

Lugar          Fecha          Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN          CALI

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

0 1 SEP 2018
Fecha

| Sección | Cantidad |
|---|---|
| A | 35 ART |
| B | |
| C | |

Firma

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE          PERMISO/CERTIFICADO No. CO 42953

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

FECHA DE EMBARQUE          0 1 SEP 2018

No. DEL PERMISO 42953

NOMBRE DEL ESTABLECIMIENTO C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.

NOMBRE, IDENTIFICACIÓN Y FIRMA DE REGIDOR:
John Luis Bonilla

CVC 1111

SALVOCONDUCTO No

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

SAE No.   602 763 600 28 68

OBSERVACIONES: 35 Bolsos en piel

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA


EX YY


Powered by CamScanner

PERMISO/CERTIFICADO No. CO 43066

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

| | |
|---|---|
| | EXPORTACIÓN |
| ✓ | RÉ-EXPORTACIÓN |
| | IMPORTACIÓN |
| | OTRO: |

2. Válido hasta el
19-diciembre- 2018

3. Importador (nombre y dirección)
JANNET
BUKEYHANA STR. 16 (GOODS IN TRANSIT) ASTANA -
KAZAKHSTAN

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País del destino (y puerto de entrada)   KAZAKHSTAN (ASTANA)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA
Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA, o en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)

5b. Estampilla de seguridad Nº
CO1334212

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. Babilla  Caiman crocodilus fuscus | a. 10 bolsos de 2400 cm2; con marquillas numeradas del 387291 al 387300 | 10.  II  C | 11.  10  Artículos  11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO42000 | 24/07/2017 | ESPAÑA | EN-LA-50195/19E | 24/05/2018 | |

| 7./8. | ★★★★★   ★★★★★ | | b. ★★★★★ | | | 10.  ★★  ★★ | 11.  11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★★ | ★★★★★★★★★★★ | ★★★★ | ★★★★★ | ★★★★★★★★★★★ | ★★★★ | |

| 7./8. | ★★★★★   ★★★★★★★★★★ | | b. ★★★★★ | | | 10.  ★★  ★★ | Mexxx  xxx  vx  11a. Total exportado/Cupo  xxxx |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★★ | ★★★★★ | ★★★★★ | ★★★★★★ | ★★★★★ | ★★★★★ | |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
CESAR AUGUSTO REY ÁNGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          20-junio-2018

Lugar          Fecha          Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

2 1 SEP 2018
Fecha

| Sección | Cantidad |
|---|---|
| A | 6 Art |
| B | |
| C | |

Firma

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA
Sello entidad

15. Nº de solicitud de autorización de embarque

16. Espacio para la autoridad aduanera

Firma

PERMISO/CERTIFICADO No. CO 43066

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
2 1 SEP 2018

FECHA DE EMBARQUE:

C.I. DISEÑO Y MODA
NOMBRE DEL ESTABLECIMIENTO INTERNACIONAL S.A.S

SALVOCONDUCTO No. 191/30095256

SAE No. CO 27637588752

FORMATO DE ENTREGA DEL PERMISO CITES
No. DEL PERMISO 43066

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLO..

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL:

OBSERVACIONES:  b. Bolsos piel de Babilla

EX ZZ          Powered by   CamScanner

PERMISO CITES/CITES PERMIT No. 43078

CITES CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

| | |
|---|---|
| | EXPORTACIÓN |
| X | RE-EXPORTACIÓN |
| | IMPORTACIÓN |
| | OTRO: |

2. Válido hasta el
19 diciembre 2018

3. Importador (nombre y dirección)

COMMON WEALTH
ART TOWER 2F - 23 EONJU RO 172 GIL GANGNAM GU,
SEOUL

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País del destino (y puerto de entrada)   KOREA (SEOUL)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)   T

5b. Estampilla de seguridad Nº   CO1334223

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes; incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| **A** 7./8. Babilla  *Caiman crocodilus fuscus* | 9. 70 bolsos de 2400 cm2 con marquillas numeradas del 207463 al 207500 y del 132519 al 132550 | 10. II   C | 11. 70 Artículos  11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO42413 | 21/11/2017 | ESPAÑA | ES-LA-50244/18E | 22/05/2018 | |

| 7./8. | | 9. | 10. | 11. |
|---|---|---|---|---|
| **B** ★★★★★  ★★★★★★ | | ★★★★★★ | ★★  ★★ | 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★★★ | ★★★★★ | ★★★★★ | ★★★★★ | ★★★★★★ | ★★★★★★ | |

| 7./8. | | 9. | 10. | 11. |
|---|---|---|---|---|
| **C** ★★★★★  ★★★★★ | | ★★★★ | | 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★★★ | ★★★★★ | ★★★★★ | ★★★★★ | ★★★★★★ | ★★★★★★ | |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (solo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:

CESAR AUGUSTO REY ANGEL
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.        20-junio-2018

Lugar        Fecha        Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

0 7 SEP 2018        CALI
Fecha

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 44 ART |
| B | |
| C | |

Firma

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE        PERMISO/CERTIFICADO No. CO 43078

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 43078

FECHA DE EMBARQUE 0 7 SEP 2018

C.I. DISEÑO Y MODA
INTERNACIONAL S.A.S.

NOMBRE DEL ESTABLECIMIENTO

CVC 19113008495 91 / 03-09-2018

SALVOCONDUCTO No

SAE No 60276362885533

John Camilo Aguilar
Cc 9 118.295.089
NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO

John Luis Bonilla
NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL Técnico Operativo

OBSERVACIONES 44 Bolsos en Piel de Babilla

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

EX AAA

Powered by CS CamScanner

**CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el **10 enero 2019**

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País del destino (y puerto de entrada)  ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)

5b. Estampilla de seguridad Nº
CO1334284

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes, incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| **A** 7./8. *Piton reticulado* *Python reticulatus* | 9. 20 bolsos de 2400 cm2 con marquillas numeradas del 221801 al 221820 | 10. II | 11. 20 Articulos 11a. Total exportado/Cupo W |
| 12. País de origen ★ INDONESIA | Permiso No. 20265/IV/SATS-LN/2016 | Fecha 28/12/2016 | 12a. País de la última reexportación ESPAÑA | No. de certificado ES-LA-50317/17E | Fecha 06/11/2017 | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
| **B** 7./8. ***** ***** | 9. ***** | 10. ** | 11. 11a. Total exportado/Cupo |
| 12. País de origen ★ ***** | Permiso No. *********** | Fecha **** | 12a. País de la última reexportación ***** | No. de certificado *********** | Fecha **** | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
| **C** 7./8. ***** ********** | 9. ***** | 10. ** | 11. **** *** |
| 12. País de origen ★ ***** | Permiso No. *********** | Fecha **** | 12a. País de la última reexportación ***** | No. de certificado *********** | Fecha ***** | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad,o reproducidos artificialmente con fines comerciales.
★★★ Para los especímenes preconvención

13. Permiso / Certificado expedido por:

NATALIA MARIA RAMIREZ MARTINEZ
Directora (E) de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.           11-julio-2018

Lugar           Fecha           Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

2 3 OCT 2018
Fecha

CALI

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 11 ART |
| B | |
| C | |

Firma

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

PERMISO/CERTIFICADO No. CO **43140**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **43140**

FECHA DE EMBARQUE: 2 3 OCT 2018

C.I. DISEÑO Y MODA
NOMBRE DEL ESTABLECIMIENTO: INTERNACIONAL S.A.S.

CVC#191130085696/16-10-2018
SALVOCONDUCTO No. codigo segundo +28055995

SAE No. 602763844013

John Camilo Aguirre
CC 1118.515.029
NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:

Jorge Luis Bonilla
NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

OBSERVACIONES: 11 Bolsos en piel de Piton reticulado

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

EX BBB

Powered by CamScanner

Case 1:22-cr-20170-RNS   Document 60-3   Entered on FLSD Docket 04/18/2024   Page 63 of 85



PERMISO/CERTIFICADO No. CO 43256

EX CCC

Powered by CamScanner

PERMISO/CERTIFICADO No. CO 43299

CITES CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE

- ☐ EXPORTACIÓN
- ☐ RE-EXPORTACIÓN
- ☐ IMPORTACIÓN
- ☐ OTRO:

2. Válido hasta el: 04-marzo-2019

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 5TH STREET 9TH FLOOR, NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País de destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte por aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)
T

5b. Estampilla de seguridad Nº
CO133437

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|---|
| A | 7./8. Babilla *Caiman crocodilus fuscus* | 9. 150 bolsas de 2400 cm2 con marquillas numeradas del 664501 al 664600, del 411725 al 411746 y del 360101 al 360129 | 10. II C | 11. 150 Artículos 11a. Total exportado/Cupo |
| | 12. País de origen ★ COLOMBIA  Permiso No. C042352  Fecha 09/11/2017 | 12a. País de la última reexportación  No. de certificado ES-LA-50176/18E  Fecha 05/07/2018 | | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| B | 7./8. | 9. | 10. | 11. 11a. Total exportado/Cupo |
| | 12. País de origen ★  Permiso No.  Fecha | 12a. País de la última reexportación  No. de certificado  Fecha | | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| C | 7./8. | 9. | 10. | 11. 11a. Total exportado/Cupo |
| | 12. País de origen ★  Permiso No.  Fecha | 12a. País de la última reexportación  No. de certificado  Fecha | | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación)
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
NATALIA MARIA RAMIREZ MARTINEZ
Directora (E) de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.    05-septiembre-2018

Lugar             Fecha

Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

0 9 OCT 2018    CALI
Fecha

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección. | Cantidad | |
|---|---|---|
| A | 140 ART | |
| B | | |
| C | | |

Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

Firma

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**    PERMISO/CERTIFICADO No. CO **43299**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **43299**

FECHA DE EMBARQUE: 0 9 OCT 2018

C.I. DISEÑO Y MODA

NOMBRE DEL ESTABLECIMIENTO: INTERNACIONAL S.A.S.
CVC 1911300085 491 / 04-10-2018

SALVOCONDUCTO No. Cochi 30 Regional No 1799170

SAE No. 602763 7858732

NOMBRE, IDENTIFICACIÓN Y FIRMA DEL PEDIDO:
John Camilo Aguilar
CC 1118.29...

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL:
John Luis Bonilla
Técnico Operativo

OBSERVACIONES: 140 Bolsos en Piel de babilla

Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

EX DDD          Powered by   CS CamScanner

Case 1:22-cr-20170-RNS Document 60-3 Entered on FLSD Docket 04/18/2024 Page 65 of 85

**CITES**

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

PERMISO/CERTIFICADO No. CO 43271

☐ EXPORTACIÓN
☒ RE-EXPORTACIÓN
☐ IMPORTACIÓN
☐ OTRO:

2. Válido hasta el
26-febrero-2019

| 3. Importador (nombre y dirección) | 4. Exportador/Reexportador (nombre, dirección y país) |
|---|---|
| AOI COMPANY LIMITED 2-3-5, MINATOJIMA NAKAMACHI, CHUO-KU, KOBE, JAPAN (650-0046 ) KOBE | C.I. DISEÑO Y MODA INTERNACIONAL S.A.S. CALI, VALLE DEL CAUCA COLOMBIA |

3a. País de destino (y puerto de entrada)  JAPON (KOBE)

Firma del Solicitante

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancías perecederas de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

Libertad y Orden

5a. Propósito de la transacción (véase al dorso)
T

5b. Estampilla de seguridad Nº
CO1334410

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| **A** 7./8. Babilla *Caiman crocodilus fuscus* | 30 bolsos de 2400 cm2 con marquillas numeradas del 650871 al 650900 | 10. **II** C | 11. **30** Artículos 11a. Total exportado/Cupo |
| 12. País de origen COLOMBIA Permiso No. CO42363 Fecha 09/11/2017 | 12a. País de la última reexportación | No. de certificado ES-LA-50326/18E Fecha 19/06/2018 | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| **B** 7./8. ★★★ ★★★★ | 9. ★★★ | 10. ★★ | 11. ★★ 11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★★ Permiso No. ★★★★★ Fecha ★★★★ | 12a. País de la última reexportación | No. de certificado ★★★★★ Fecha ★★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| **C** 7./8. ★★★ ★★★★★ | 9. ★★★ | 10. | 11. ★★★★ 11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★★ Permiso No. ★★★★★ Fecha ★★★★ | 12a. País de la última reexportación | No. de certificado ★★★★★ Fecha ★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
NATALIA MARIA RAMIREZ MARTINEZ
Directora (E) de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          27-agosto-2018
Lugar                          Fecha

Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

1 0 ENE 2019          CALI
Fecha

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 26 ART |
| B | |
| C | |

Firma

**CVC**
Corporación Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE          PERMISO/CERTIFICADO No. CO **43271**

---

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **43271**

FECHA DE EMBARQUE: 1 0 ENE 2019
C.I. DISEÑO Y MODA
NOMBRE DEL ESTABLECIMIENTO INTERNACIONAL S.A.S
CVC # 1911300 87368 del 10-01-2019
SALVOCONDUCTO No. # LWV94782
SAE No. 602764/906197

John Camilo Agudo
CC 1118.295.089
NOMBRE, IDENTIFICACIÓN Y FIRMA DE QUIEN RECIBE
John Luis Bonilla
NOMBRE Y FIRMA DEL FUNCIONARIO: Técnico Operativo
DE LA AUTORIDAD AMBIENTAL:

**CVC**
Corporación Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

OBSERVACIONES: 26 Bolsos en Piel de babilla

EX EEE          Powered by **CS** CamScanner

CITES

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

PERMISO/CERTIFICADO No. CO

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el
**05-marzo-2019**

3. Importador (nombre y dirección)
MODERN HOME - BD AND P
P.O.Box 615 (GOODS IN TRANSIT) DOHA

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País de destino (y puerto de entrada)
QATAR (DOHA)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado sólo es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)
T

5b. Estampilla de seguridad Nº
**CO1334441**

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluye la unidad de medida) |
|---|---|---|---|
| 7./8. **Babilla** *Caiman crocodilus fuscus* | 9. 80 bolsos de 2400 cm2 con marquillas numeradas del 254655 al 254700 y del 515664 al 515697 | 10. **II** **C** | 11. **80** Artículos 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO43263 | 09/11/2017 | ESPAÑA | ES-LA-50310/18E | 03/07/2018 | |

| 7./8. ★★★ ★★★★ | 9. ★★★ | 10. ★★ | 11. ★ ★★ 11a. Total exportado/Cupo |
|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
|---|---|---|---|---|---|---|
| ★★★★★ | ★★★★★ | ★★★★ | ★★★★★ | ★★★★★ | ★★★★★ | |

| 7./8. ★★★ ★★★★★ | 9. ★★★ | 10. ★ | 11. ★★★★ 11a. Total exportado/Cupo |
|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
|---|---|---|---|---|---|---|
| ★★★★★ | ★★★★★ | ★★★★ | ★★★★★ | ★★★★★ | ★★★★★ | |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★★★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
NATALIA MARIA RAMIREZ MARTINEZ
Directora (E) de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.
Lugar

06-septiembre-2018
Fecha

Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

**16 ENE 2019**
Fecha

CALI
CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

15. Nº de solicitud de autorización de embarque

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 29 A 2T |
| B | — |
| C | — |

Firma

Firma

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

PERMISO/CERTIFICADO No. CO **43303**

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

FECHA DE EMBARQUE **16 ENE 2019**
C.I. DISEÑO Y MODA

NOMBRE DEL ESTABLECIMIENTO INTERNACIONAL S.A.S.
CVC # 19113008 7486 2a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

SALVOCONDUCTO No. unidad 7. UTI60182

SAE No. 60276 X2220362

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **43303**

John Camilo Aguilar
CC 1118 293 089
NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO

John Luis Bonilla
NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL Técnico Operativo

OBSERVACIONES: 29 bolsos en piel de babilla

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

EX FFF

Powered by CamScanner

**CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE**

PERMISO/CERTIFICADO

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el
29-abril-2019

| 3. Importador (nombre y dirección) | 4. Exportador/Reexportador (nombre, dirección y país) |
|---|---|
| AOI COMPANY LIMITED 2-3-5, MINATOJIMA NAKAMACHI, CHUO-KU, KOBE, JAPAN (650-0046 ) KOBE | C.I. DISEÑO Y MODA INTERNACIONAL S.A.S. CALI, VALLE DEL CAUCA COLOMBIA |

3x. País del destino (y puerto de entrada)   JAPON (KOBE)

Firma del Solicitante

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancías perecederas de la IATA, o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

| 5a. Propósito de la transacción (véase al dorso) T | 5b. Estampilla de seguridad Nº CO1334598 |
|---|---|

| | 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|---|
| **A** | 7./8. Babilla *Caiman crocodilus fuscus* | 9. 20 bolsos de 2400 cm2 con marquillas numeradas del 635681 al 635700 | 10. II C | 11. 20 Artículos 11a. Total exportado/Cupo |
| | 12. País de origen ★   Permiso No.   Fecha | 12a. País de la última reexportación   No. de certificado   Fecha | | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
| | COLOMBIA   CO42362   09/11/2017 | ESPAÑA   ES-LA-50310/18E   03/07/2018 | | |
| **B** | 7./8. ★★★ ★★★★ | 9. ★★★ | 10. ★★ | 11. ★ ★★ 11a. Total exportado/Cupo |
| | 12. País de origen ★   Permiso No.   Fecha ★★★★★   ★★★★   ★★★★ | 12a. País de la última reexportación   No. de certificado   Fecha ★★★★★   ★★★★★   ★★★★★ | | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
| **C** | 7./8. ★★★ ★★★★★ | 9. ★★★ | 10. ★ | 11. ★★★★ |
| | 12. País de origen ★   Permiso No.   Fecha ★★★★★   ★★★★★   ★★★★ | 12a. País de la última reexportación   No. de certificado   Fecha ★★★★★   ★★★★★   ★★★★★ | | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★★★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
LUIS FRANCISCO CAMARGO FAJARDO
Director (E) de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          31-octubre-2018

| Lugar | Fecha | Estampilla de seguridad, firma y sello oficial |
|---|---|---|

| 14. APROBACIÓN DE LA EXPORTACIÓN | 15. Nº de solicitud de autorización de embarque: |
|---|---|
| 2 5 FEB 2019   CALI | 16. Espacio para la autoridad aduanera |
| Fecha | |

| Sección | Cantidad |
|---|---|
| A | 10 ART |
| B | |
| C | |

Firma

REPÚBLICA DE COLOMBIA

Firma

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**     **PERMISO/CERTIFICADO No. CO** 43470

---

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

**No. DEL PERMISO** 43470

FECHA DE EMBARQUE: 2 5 FEB 2019
C.I. DISEÑO Y MODA
NOMBRE DEL ESTABLECIMIENTO INTERNACIONAL S.A.S.
CVC # 1911 30088292 del 19-02-2019
Guía Conductor Rumichal ★ ZOB56344

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO
John Camilo Aguilar
Cc 1/18.295.089
NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL   Técnico Operativo
John Luis Bonilla

REPÚBLICA DE COLOMBIA

SAE No. 60276V3930032     OBSERVACIONES: 10 Bolsos en Piel de babilla

EX GGG

Powered by CamScanner

**CITES**

CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE

PERMISO/CERTIFICADO No. CO **43487**

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el **01-mayo-2019**

| 3. Importador (nombre y dirección) | 4. Exportador/Reexportador (nombre, dirección y país) |
|---|---|
| MILLI LTD · 310 MAIN STREET, WEST HAMILTON ONTARIO L8P 1J8, ONTARIO | C.I. DISEÑO Y MODA INTERNACIONAL S.A.S, CALI, VALLE DEL CAUCA, COLOMBIA |

*Firma del Solicitante*

3a. País de destino (y puerto de entrada)  CANADA (ONTARIO)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)

5b. Estampilla de seguridad Nº  **CO1334614**

| 7/A. Nombre científico (género y especie) y nombre común del animal o planta | 8. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7/A. **Babilla** *Caiman crocodilus fuscus* | 8. 10 bolsos de 2400 cm2, con marquillas numeradas del 656061 al 656070 | 10. **II** | 11. **10 Artículos** |
| | | | 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO42279 | 119/10/2017 | | ES-LA-00034/18E | 26/07/2018 | **C** |

| 7/B. ★★★ | ★★★★ | | 9. ★★★ | | | 10. ★★ | 11. ★★ |
| 12. País de origen ★ ★★★★ | Permiso No. ★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★★★★★ o fecha de adquisición ★★★★★ | 11a. Total exportado/Cupo |

| 7/B. ★★★ | ★★★★★ | | 9. ★★★ | | | 10. ★★★★ | 11. ★★★★ |
| 12. País de origen ★ ★★★★ | Permiso No. ★★★★ | Fecha ★★★★ | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★ | Fecha ★★★★ | 12b. No. del establecimiento ★★★ o fecha de adquisición ★★★★ | 11a. Total exportado/Cupo ★★★★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★★★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
LUIS FRANCISCO CAMARGO FAJARDO
Director (E) de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.        02-noviembre-2018

*Lugar        Fecha*

Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

CALI

2 3 FEB 2019
*Fecha*

15. Nº de solicitud de autorización de embarque

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 8 PAZT |
| B | |
| C | |

*Firma*

**CVC** Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

*Firma*

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

PERMISO/CERTIFICADO No. CO **43487**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **43487**

FECHA DE EMBARQUE  2 3 FEB 2019

NOMBRE DEL ESTABLECIMIENTO  C.I. DISEÑO Y MODA INTERNACIONAL S.A.S
CVC #1911300 88293 del 19-02-2019

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO
John Camilo Aguilar
CC 1.118,295.689
*John Luis Bonilla*

SALVOCONDUCTO Regional # HQ415611

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

**CVC** Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

SAE No.  602764 3856582

OBSERVACIONES: 8 Bolsos en piel de Babilla

EX HHH

Powered by CamScanner

**CONVENCION SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

PERMISO/CERTIFICADO No. CO **43492**

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el
07-mayo-2019

3. Importador (nombre y dirección)
PEDDER VISION LIMITED
CENTRAL WAREHOUSE HK UNITS AE 23F TSUEN WAN INTERNATIONAL CENTRE WANG LUNG STREET TSUEN WAN NT HONG KONG

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

3a. País de destino (y puerto de entrada) HONG KONG (HONG KONG)

Firma del Solicitante

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancías perecederas de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreos de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)
T

5b. Estampilla de seguridad Nº
CO1334619

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| **A** 7./8. *Babilla* *Caiman crocodilus fuscus* | 9. 30 bolsos de 2400 cm2 con marquillas numeradas del 658571 al 658600 | 10. II C | 11. 30 Artículos 11a. Total exportado/Cupo |
| 12. País de origen ★ COLOMBIA | Permiso No. CO42413 | Fecha 21/11/2017 | 12a. País de la última reexportación COLOMBIA | No. de certificado BS-LA-00034/18E | Fecha 26/07/2018 | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
| **B** 7./8. ★★★ | ★★★★ | 9. ★★★ | 10. ★★ 11. ★★ 11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
| **C** 7./8. ★★★ | ★★★★★ | 9. ★★★ | 10. ★★ 11. ★★★★ 11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★ | Fecha ★★★★ | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★★★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
LUIS FRANCISCO CAMARGO FAJARDO
Director (E) de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.        08-noviembre-2018

| Lugar | Fecha | Estampilla de seguridad, firma y sello oficial |

14. APROBACIÓN DE LA EXPORTACIÓN
CALI
2 5 FEB 2019
Fecha

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 22 ART |
| B | — |
| C | — |

Firma

CVC
Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE        PERMISO/CERTIFICADO No. CO **43492**

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES
No. DEL PERMISO **43492**

FECHA DE EMBARQUE
2 5 FEB 2019
C.I. DISEÑO Y MODA
NOMBRE DEL ESTABLECIMIENTO INTERNACIONAL S.A.S

NOMBRE, IDENTIFICACIÓN Y FIRMA DEL RECEPTOR:
John Camilo Aguilar
CC 1182395989

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL
John Luis Bonilla
Técnico Operativo

CVC # 19113008829 1 d11 19-02-
GUÍA/CONDUCTOR: VFN 28727

SAE No. 60776V385 4371

OBSERVACIONES: 22 Bolsos en piel de babilla

CVC
Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

**EX III**

Powered by CamScanner

PERMISO/CERTIFICADO No. CO 43499

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el
07-mayo-2019

3. Importador (nombre y dirección)
COMMON WEALTH
ART TOWER 2F - 23 EONJU RO 172 GIL GANGNAM GU,
SEOUL

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País del destino (y puerto de entrada)
KOREA (SEOUL)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivas.

5a. Propósito de la transacción (véase al dorso)
T

5b. Estampilla de seguridad Nº
CO1334626

| | 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (etiqueta/nº, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|---|
| A | 7./8. *Babilla*  *Caiman crocodilus fuscus* | 9. 15 bolsas de 2400 cm2 con marquillas numeradas del #49714 al #49728 | 10. II | 11. 15 Artículos |
| | | | | 11a. Total exportado/Cupo 9 |
| | 12. País de origen ★ COLOMBIA  Permiso No. CO42364  Fecha 09/11/2017 | 12a. País de la última reexportación COLOMBIA  No. de certificado #S-LA-00034/18E  Fecha 26/07/2018 | | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| B | 7./8. *Babilla*  *Caiman crocodilus fuscus* | 9. 35 bolsas de 2400 cm2 con marquillas numeradas del #49729 al #49740 y del 530432 al 530454 | 10. II C | 11. 35 Artículos |
| | | | | 11a. Total exportado/Cupo |
| | 12. País de origen ★ COLOMBIA  Permiso No. CO42413  Fecha 21/11/2017 | 12a. País de la última reexportación COLOMBIA  No. de certificado #S-LA-00034/18E  Fecha 26/07/2018 | | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| C | 7./8. ★★★  ★★★★★ | 9. ★★★ | 10. ● | 11. ★★★★ |
| | | | | 11a. Total exportado/Cupo ★★★ |
| | 12. País de origen ★ ★★★★★  Permiso No. ★★★★★  Fecha ★★★★★ | 12a. País de la última reexportación ★★★★★  No. de certificado ★★★★★  Fecha ★★★★★ | | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
LUIS FRANCISCO CAMARGO FAJARDO
Director (E) de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.       08-noviembre-2018

Lugar       Fecha       Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN
CALI
0 8 MAR 2019
Fecha

15. Nº de solicitud de autorización de embarque

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 15 ART |
| B | |
| C | |

Firma

REPÚBLICA DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

PERMISO/CERTIFICADO No. CO 43499

---

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 43499

FECHA DE EMBARQUE 0 8 MAR 2019

NOMBRE DEL ESTABLECIMIENTO C.I. DISEÑO Y MODA INTERNACIONAL S.A.S

código seguridad # KLK 7 4639 210

SALVOCONDUCTO No. CVC 19 113 00887 10

SAE No. 60231 4438025 1

John Carlo Ayala
CC 1/18. 295.089
NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO

John Luis Bonilla
NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL  Técnico Operativo

OBSERVACIONES: 15 Bolsos en piel de babilla

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

Powered by CamScanner

EX JJJ

CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE

| | |
|---|---|
| | EXPORTACIÓN |
| X | RE-EXPORTACIÓN |
| | IMPORTACIÓN |
| | OTRO: |

2. Válido hasta el: 20-agosto-2019

3. Importador (nombre y dirección)
HARRODS LTD
MILL LANE THATCHAM BERKSHIRE, RG19 4AL LONDON

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

3a. País del destino (y puerto de entrada) UNITED KINGDOM (LONDON)

Firma del Solicitante

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa.

En la casilla No. 14 el puerto de exportacion debe decir BARRANQUILLA

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; el se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

República de Colombia
MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

5a. Propósito de la transacción (véase al dorso)

5b. Estampilla de seguridad Nº
CO1334861

| 7/8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes; incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7,8. Babilla *Caiman crocodilus fuscus* | 9. 60 bolsas de 2400 cm2 con marquillas numeradas del 091909 al 091932, del 536375 al 536400 y del 559901 al 559910 | 10. II C | 11. 60 Artículos 11a. Total exportado/Cupo |
| 12. País de origen COLOMBIA | Permiso No. CO42383 | Fecha 09/11/2017 | 12a. País de la última reexportación ESPAÑA | No. de certificado ES-LA-50406/18E | Fecha 24/09/2018 | 12b. No. del establecimiento o fecha de adquisición |
| 7,8. ****** ******** | 9. ******* | 10. ** | 11. *** *** 11a. Total exportado/Cupo |
| 12. País de origen ★ ***** | Permiso No. ****** | Fecha **** | 12a. País de la última reexportación | No. de certificado ***** | Fecha ***** | 12b. No. del establecimiento o fecha de adquisición ★ ★ ★ |
| 7,8. *** ***** | 9. *** | 10. * | 11. ** **** 11a. Total exportado/Cupo |
| 12. País de origen ★ ***** | Permiso No. ***** | Fecha **** | 12a. País de la última reexportación | No. de certificado ***** | Fecha ***** | 12b. No. del establecimiento o fecha de adquisición ★ ★ ★ |

★ ★ ★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
EDGAR EMILIO RODRIGUEZ BASTIDAS
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTÁ, D.C.          21-febrero-2019
Lugar          Fecha

Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN
23 MAR 2019
Fecha          CALI

15. Nº de solicitud o autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 57 ART |
| B | |
| C | |

Firma          Sello entidad          Firma

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

PERMISO/CERTIFICADO No. CO 43745

---

República de Colombia
MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 43745

FECHA DE EMBARQUE: 23 MAR 2019

John Camilo Aguilar
CC 1.118.295.087

NOMBRE DEL ESTABLECIMIENTO: C.I. DISEÑO Y MODA INTERNACIONAL S.A.S
Codigo seguridad CVC # LOC SS 16
SALVOCONDUCTO No. CVC 1911300B9028

NOMBRE, IDENTIFICACION Y FIRMA DE RECIBIDO:
21/03/2019
NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Nuber Edith Emurez Garcia

SAE No. 603645067431          OBSERVACIONES: 57 bolsas en piel de babilla

EX KKK          Powered by CamScanner

PERMISO/CERTIFICADO No. CO 43747

CONVENCION SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el **26-agosto-2019**

**3. Importador (nombre y dirección)**
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR, NEW YORK, NY 10022,
NEW YORK

**4. Exportador/Reexportador (nombre, dirección y país)**
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

**3a. País del destino (y puerto de entrada)** ESTADOS UNIDOS (NEW YORK)

**5. Condiciones especiales**

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, o se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivas.

**6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa**

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

**5a. Propósito de la transacción (véase al dorso)**
T

**5b. Estampilla de seguridad Nº**
CO1334863

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes; incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| **A** 7./8. Babilla  Caiman crocodilus fuscus | 8. 70 bolsos de 2400 cm2 con marquillas numeradas del 460217 al 460263 y del 485601 al 485623 | 10. II | 11. 70 Artículos  11a. Total exportado/Cupo C |
| 12. País de origen ★ COLOMBIA | Permiso No. CO42383 | Fecha 09/11/2018 | 12a. País de la última reexportación ESPAÑA | No. de certificado ES-LA-50406/18E | Fecha 24/08/2018 | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
| **B** 7./8. ★★★★★★★  ★★★★★★★ | 9. ★★★★★★★ | 10. ★★ | 11. ★★★  ★★★  11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación ★★★★★★ | No. de certificado ★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
| **C** 7./8. ★★★  ★★★★★ | 9. ★★★ | 10. ★ | 11.  ★★★★  11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación ★★★★★★ | No. de certificado ★★★★★ | Fecha ★★★★ | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (solo en caso de reexportación)
★★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★★★ Para los especímenes preconvención.

**13. Permiso / Certificado expedido por**
EDGAR EMILIO RODRIGUEZ BASTIDAS
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo SoG86rAZ93stenible

BOGOTA, D.C.          27-febrero-2019

Lugar          Fecha          Estampilla de seguridad, firma y sello oficial

**14. APROBACIÓN DE LA EXPORTACIÓN**          CALI

0 8 MAR 2019
Fecha

| Sección | Cantidad |
|---|---|
| A | 68 ART |
| B | — |
| C | — |

Firma

Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

**15. Nº de solicitud de autorización de embarque:**

**16. Espacio para la autoridad aduanera**

Firma

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

**PERMISO/CERTIFICADO No. CO 43747**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

**FORMATO DE ENTREGA DEL PERMISO CITES**

**No. DEL PERMISO 43747**

FECHA DE EMBARQUE: 0 8 MAR 2019

NOMBRE DEL ESTABLECIMIENTO C.I. DISEÑO Y MODA INTERNACIONAL S.A.S

SALVOCONDUCTO No. CVC 1911300 88709

SAE No. 6027644395588

John Camilo Aguilar
CC 1118.28.889
NOMBRE, IDENTIFICACION Y FIRMA DE REDIBIDO:
08-03-2019     John Luis Bonilla
NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

Codigo seguridad # JDI 86729 del

Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

OBSERVACIONES: 68 Bolsos en piel de babilla

Powered by CamScanner

EX LLL

CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el
26-agosto-2019

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK., NY 10022, NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.,
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País de destino (y puerto de entrada)    ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa
República de Colombia
MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones del transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)
T

5b. Estampilla de seguridad Nº
CO1334867

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| **A** 7./8. *Pitón reticulado* / *Python reticulatus* | 9. 30 bolsos de 2400 cm2 con marquillas numeradas del 531130 al 531151 y del 517335 al 517342 | 10. II | 11. 30 Artículos / 11a. Total exportado/Cupo |
| 12. País de origen ★ VIETNAM | Permiso No. 15VN1056N/CT-KL | Fecha 19/06/2015 | 12a. País de la última reexportación ITALIA | No. de certificado IT.RX/2018/FI/02314 | Fecha 03/05/2018 | 12b. No. del establecimiento ★ ★ ★ o fecha de adquisición ★ ★ ★ |
| **B** 7./8. ★★★★★★ / ★★★★★★★★ | 9. ★★★★★★★ | 10. ★★ | 11. ★★★ / ★★★ / 11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★★ | Fecha ★★★★ | 12a. País de la última exportación ★★★★★ | No. de certificado ★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★ ★ ★ o fecha de adquisición ★ ★ ★ |
| **C** 7./8. ★★★ / ★★★★★ | 9. ★★★ | 10. | 11. ★★★★ / ★★★★ |
| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación | No. de certificado ★★★★★ | Fecha ★★★★ | 12b. No. del establecimiento ★ ★ ★ o fecha de adquisición ★ ★ ★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
EDGAR EMILIO RODRIGUEZ BASTIDAS
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          27-febrero-2019

Lugar          Fecha          Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN
CALI
1 6 MAR 2019
Fecha

| Sección | Cantidad |
|---|---|
| A | 20 ART |
| B | — |
| C | — |

Firma

CVC
Corporación Autónoma Regional del Valle del Cauca

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

Firma

REPÚBLICA DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

PERMISO/CERTIFICADO No. CO 43751

República de Colombia
MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.

FORMATO DE ENTREGA DEL PERMISO CITES
No. DEL PERMISO 43751

FECHA DE EMBARQUE 1 6 MAR 2019

NOMBRE DEL ESTABLECIMIENTO CVC ♦ 19113008T855 del 15-03-2019

SALVOCONDUCTO Nº artical ♦ QEM 14404

SAE No. 602 764467 0336

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO
Jhon Camilo Aguilar
CC 1118.295.689

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Técnico Operativo
John Luis Bonilla

OBSERVACIONES: 20 Bolsos en piel de pitón reticulado

CVC
Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

EX MMM          Powered by   CamScanner

CITES
CONVENCION SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

PERMISO/CERTIFICADO No.

| | EXPORTACIÓN |
| X | RE-EXPORTACIÓN |
| | IMPORTACIÓN |
| | OTRO: |

2. Válido hasta el

26-agosto-2019

| 3. Importador (nombre y dirección) | 4. Exportador/Reexportador (nombre, dirección y país) |
|---|---|
| GZUNIGA, LTD<br>5 EAST 57TH STREET 9TH FLOOR, NEW YORK, NY, 10022,<br>NEW YORK | C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.<br>CALI, VALLE DEL CAUCA<br>COLOMBIA |

| 3a. País del destino (y puerto de entrada) | Firma del Solicitante |
|---|---|
| ESTADOS UNIDOS (NEW YORK) | |

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

Libertad y Orden

| 5a. Propósito de la transacción (véase al dorso) | 5b. Estampilla de seguridad Nº |
|---|---|
| T | CO1334868 |

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. Babilla<br>*Caiman crocodilus fuscus* | 9. 100 bolsos de 2400 cm2 con marquillas numeradas del 498324 al 498370, del 410601 al 410623, del 650986 al 651000 y del 383542 al 383556 | 10.<br>II<br>C | 11. 100<br>Articulos<br>11a. Total exportado/Cupo |
| 12. País de origen ★<br>COLOMBIA | Permiso No.<br>CO42360 | Fecha<br>09/11/2017 | 12a. País de la última reexportación | No. de certificado<br>ES4A-50406/18E | Fecha<br>14/08/2018 | 12b. No. del establecimiento ★ ★<br>o fecha de adquisición ★ ★ ★ |
| 7./8. ★★★★★★<br>★★★★★★★★ | 9. ★★★★★★★ | 10.<br>★★<br>★★★ | 11. ★★★<br>★★★<br>11a. Total exportado/Cupo ★★★★ |
| 12. País de origen ★<br>★★★★★ | Permiso No.<br>★★★★★★ | Fecha<br>★★★★ | 12a. País de la última reexportación | No. de certificado<br>★★★★★ | Fecha<br>★★★★★ | 12b. No. del establecimiento ★ ★<br>o fecha de adquisición ★ ★ ★ |
| 7./8. ★★★<br>★★★★★ | 9. ★★★ | 10.<br>★ | 11. ★<br>★★★★<br>★★★★ |
| 12. País de origen ★<br>★★★★★ | Permiso No.<br>★★★★★★ | Fecha<br>★★★★ | 12a. País de la última reexportación | No. de certificado<br>★★★★★ | Fecha<br>★★★★★ | 12b. No. del establecimiento ★ ★<br>o fecha de adquisición ★ ★ ★ |

A
B
C

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación)
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:

EDGAR EMILIO RODRIGUEZ BASTIDAS
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

| BOGOTA, D.C. | 27-febrero-2019 | |
|---|---|---|
| Lugar | Fecha | Estampilla de seguridad, firma y sello oficial |

14. APROBACIÓN DE LA EXPORTACIÓN

CALI

**1 3 MAR 2019**
Fecha

| Sección | Cantidad |
|---|---|
| A | 51 ART |
| B | I |
| C | |

Firma

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

PERMISO/CERTIFICADO No. CO **43752**

Firma

---

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **43752**

FECHA DE EMBARQUE: **1 3 MAR 2019**

C.I. DISEÑO Y MODA

NOMBRE DEL ESTABLECIMIENTO: INTERNACIONAL S.A.S

CNC # 91130058742 del 11-03-2019

SALVOCONDUCTO No. Vndal # EWX84099

SAE No. 6027644525646

John Camilo Aguilar
cc 118.295.085

NOMBRE, IDENTIFICACIÓN Y FIRMA DEL IMPORTADOR

John Luis Bonilla

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL: Técnico Operativo

Corporación Autónoma
Regional del Valle del Cauca
REPUBLICA DE COLOMBIA

OBSERVACIONES: 51 Bolsos en piel de babilla

EX NNN

Powered by CamScanner

**CITES**

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

PERMISO / CERTIFICADO No. CO **43791**

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el
**11 septiembre 2019**

| 3. Importador (nombre y dirección) | 4. Exportador/Reexportador (nombre, dirección y país) |
|---|---|
| GZUNIGA, LTD 5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022, NEW YORK | C.I. DISEÑO Y MODA INTERNACIONAL S.A.S. CALI, VALLE DEL CAUCA COLOMBIA |

3a. País del destino (y puerto de entrada) **ESTADOS UNIDOS (NEW YORK)**

Firma del Solicitante

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancías perecederas de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)

5b. Estampilla de seguridad Nº
**C01334903**

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. Babilla *Caiman crocodilus fuscus* | 9. 100 bolsos de 2400 cm2 con marquillas numeradas del 560091 al 560054 y del 667725 al 667800 | 10. **II** C | 11. **100 Artículos** |
| | | | 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO43145 | 11/07/2018 | ESPAÑA | ES-LE-51253/18E | 17/12/2018 | |

| 7./8. | | | 9. | | | 10. | 11. |
|---|---|---|---|---|---|---|---|
| | | | | | | | 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|

| 7./8. | | | 9. | | | 10. | 11. |
|---|---|---|---|---|---|---|---|
| | | | | | | | 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación)
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
**EDGAR EMILIO RODRIGUEZ BASTIDAS**
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          12-marzo-2019

Lugar          Fecha

Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

**CALI**

**2 0 MAR 2019**
Fecha

15. Nº de solicitud de autorización de embarque

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 74 ART |
| B | |
| C | |

Firma

**CVC**
Corporación Autónoma
Regional del Valle del Cauca
**REPÚBLICA DE COLOMBIA**

Firma

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

PERMISO/CERTIFICADO No. CO **43791**

---

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

FECHA DE EMBARQUE **2 0 MAR 2019**

No. DEL PERMISO **43791**

John Camilo Agu
CC 1116295-087

**CVC**
Corporación Autónoma
Regional del Valle del Cauca
**REPÚBLICA DE COLOMBIA**

NOMBRE DEL ESTABLECIMIENTO **C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.**
CVC I F11300088-707 JEI 18-03-201

SALVOCONDUCTO No. AFH50938
60276U4374440

SAE No. 602764 4895431

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:
*John Luis Bonilla*
NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: **Técnico Operativo**

OBSERVACIONES: 74 Bolsos en piel de babilla

EX 000

Powered by CamScanner

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

EXPORTACIÓN
[X] RE-EXPORTACIÓN
IMPORTACIÓN
OTRO:

2. Válido hasta el
17-junio-2019

| 3. Importador (nombre y dirección) | 4. Exportador/Reexportador (nombre, dirección y país) |
|---|---|
| GZUNIGA, LTD<br>5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,<br>NEW YORK | C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.<br>CALI, VALLE DEL CAUCA<br>COLOMBIA |

3a. País de destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

Firma del Solicitante

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase el dorso)

5b. Estampilla de seguridad Nº
C01334727

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase el dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. _Babilla_<br>_Caiman crocodilus fuscus_ | a. 20 bolsos de 1800 cm2 y correa adicional de 600 cm2 con marquillas numeradas del 623381 al 623400 | 10.<br>II<br>C | 11. 20<br>**Artículos**<br>11a. Total exportado/Cupo |
| 12. País de origen ★ COLOMBIA | Permiso No. CO42740 | Fecha 01/03/2018 | 12a. País de la última reexportación | No. de certificado ES-LA-50404/18E | Fecha 06/07/2018 | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| 7./8. ★★★★<br>★★★★★ | | | 9. ★★★★★ | | | 10. ★★ | 11. ★★★<br>★★★<br>11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★ | Permiso No. ★★★★★★ | Fecha ★★★★★ | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| 7./8. ★★★<br>★★★★★ | | | 9. ★★★ | | | 10. ★ | 11. ★★★★<br>11a. Total exportado/Cupo ★★★★ |
| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★★★ | Fecha ★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

★  País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★  Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★  Para los especímenes precconvención.

13. Permiso / Certificado expedido por:
LUIS FRANCISCO CAMARGO FAJARDO
Director (E) de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.        18-diciembre-2018

Lugar        Fecha        Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN
CALI
2 3 MAY 2019
Fecha

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 9 A Z T |
| B | — |
| C | — |

Firma

**Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA**

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

PERMISO/CERTIFICADO No. CO 43604

---

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

FECHA DE EMBARQUE 2 3 MAY 2019

No. DEL PERMISO 43604

John Camilo Agular
CC 1418.248.09

NOMBRE DEL ESTABLECIMIENTO INTERNACIONAL S.A.S C.I. DISEÑO Y MODA

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO

CVC 17113009C223 J-1 23-03-7319

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL Técnico Operativo
John Luis Bonilla

SALVOCONDUCTO Nº 1 E3 2 3 1319

SAE No. 6071cv2278130

OBSERVACIONES: 9 Bolsos

**Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA**

EX PPP

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

| | |
|---|---|
| ☐ | EXPORTACIÓN |
| ☒ | RE-EXPORTACIÓN |
| ☐ | IMPORTACIÓN |
| ☐ | OTRO: |

2. Válido hasta el

19-agosto-2019

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador /Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

3a. País de destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

Firma del Solicitante

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)
T

5b. Estampilla de seguridad Nº
CO1334850

| 7/8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especimenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especimenes (incluso la unidad de medida) |
|---|---|---|---|
| **7,8.** *Pitón de birmania* *Python bivittatus* | 9. 50 bolsos de 2400 cm2 con marquillas numeradas del 663501 al 663550 | 10. II C | 11. 50 Artículos 11a. Total exportado/Cupo |
| 12. País de origen ★ VIETNAM | Permiso No. LI-VN15265/CT-KL | Fecha 28/12/2018 | 12a. País de la última reexportación ESPAÑA | No. de certificado ES-LA-50497/17E | Fecha 28/12/2017 | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| **7,8.** ★★★★★★ ★★★★★★★★ | 9. ★★★★★★★★ | 10. ★★ | 11. ★★★ ★★★ 11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación | No. de certificado ★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| **7,8.** ★★★ ★★★★★ | 9. ★★★ | 10. ★★ | 11. ★★★★★ 11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★ | Fecha ★★★★★ | 12a. País de la última reexportación | No. de certificado ★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

★ País en el que los especimenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especimenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especimenes preconvención.

13. Permiso / Certificado expedido por:

EDGAR EMILIO RODRIGUEZ BASTIDAS
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          20-febrero-2019

Lugar          Fecha          Estampilla de seguridad, firma y sello oficial

| 14. APROBACIÓN DE LA EXPORTACIÓN | 15. Nº de solicitud de autorización de embarque: |
|---|---|
| 2 7 MAY 2019   CALI | 16. Espacio para la autoridad aduanera |

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

| Sección | Cantidad | | |
|---|---|---|---|
| A | 45.814 | | |
| B | | | |
| C | | | |

Firma          Sello entidad          Firma

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE          PERMISO/CERTIFICADO No. CO 43734

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FORMATO DE ENTREGA DEL PERMISO CITES

Daniela Rogelio G          No. DEL PERMISO 43734

FECHA DE EMBARQUE 2 7 MAY 2019

C.I. DISEÑO Y MODA
INTERNACIONAL S.A.S

1149196806

NOMBRE DEL ESTABLECIMIENTO
(VC 19113009 0292   22/5/2019

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:

SALVOCONDUCTO No. (u) 190 segui del
OLR 34794

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL:

SAE No. 6273647698070

OBSERVACIONES 45 Bolsos Piel de Pilon de
birlivia

EX QQQ          Powered by CamScanner

PERMISO/CERTIFICADO No. CO

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL SOBRE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el
17 septiembre-2019

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País de destino (y puerto de entrada)    ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

5a. Propósito de la transacción (véase al dorso)     5b. Estampilla de seguridad Nº
CO1334915

| 7,8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo; si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| **A** 7,8. *Babilla* *Caiman crocodilus fuscus* | 9. 100 bolsos de 2400 cm2 con marquillas numeradas del 670801 al 670900 | II C | 100 Artículos / 11a. Total exportado/Cupo |
| 12. País de origen ★ COLOMBIA / Permiso No. CO43146 / Fecha 11/07/2018 | 12a. País de la última reexportación COLOMBIA / No. de certificado ES-LC-50383/19E / Fecha 12/12/2018 | 12b. No. del establecimiento ★ ★ ★ o fecha de adquisición ★ ★ ★ | |
| **B** 7,8. ★★★★★★ ★★★★★★ | 9. ★★★★★★★ | ★★ ★★ | ★★ / 11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★★ / Permiso No. ★★★★★★★ / Fecha ★★★★ | 12a. País de la última reexportación ★★★★★★ / No. de certificado ★★★★★★ / Fecha ★★★★ | 12b. No. del establecimiento ★ ★ ★ o fecha de adquisición ★ ★ ★ | |
| **C** 7,8. ★★★★★★ ★★★★★★ | 9. ★★★★ | ★ | ★ / 11a. Total exportado/Cupo |
| 12. País de origen ★ ★★★★★ / Permiso No. ★★★★★★ / Fecha ★★ | 12a. País de la última reexportación ★★★★★ / No. de certificado ★★★★★★ / Fecha ★★ | 12b. No. del establecimiento ★ ★ ★ o fecha de adquisición ★ ★ ★ | |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (solo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
EDGAR EMILIO RODRIGUEZ BASTIDAS
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.     18-marzo-2019

Lugar     Fecha     Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN     CALI
0 2 MAY 2019
Fecha

15. Nº de solicitud de autorización de embarque:
16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 57 ART |
| B | — |
| C | — |

Firma

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE     PERMISO/CERTIFICADO No. CO 43804

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
FECHA DE EMBARQUE: 0 2 MAY 2019
C.I. DISEÑO Y MODA
NOMBRE DEL ESTABLECIMIENTO: INTERNACIONAL S.A.S.
CVC #19/13008968V 4429-0V-
SALVOCONDUCTO No. 9ml # REK32291
SAE No. 6027468150/V

FORMATO DE ENTREGA DEL PERMISO CITES
No. DEL PERMISO 43804
John Camilo Aguirre
CC 1.118.295.092
NOMBRE, IDENTIFICACIÓN Y FIRMA DEL RECIBIDO
John Luis Bonilla
NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL: Técnico Operativo
OBSERVACIONES: 57 Bolsos en P.P.I.

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

EX RRR

Powered by CamScanner

**CITES**

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

PERMISO/CERTIFICADO No CO 43753

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el
26-agosto-2019

3. Importador (nombre y dirección)
GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País del destino (y puerto de entrada) ESTADOS UNIDOS /NEW YORK

5. Condiciones especiales
Relación de marquillas en anexo de una (1) hoja

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA
Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones del transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, si se aplica a los planteles vivos la Reglamentación para el transporte de mercancía perecedera de la IATA, o en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)
T

5b. Estampilla de seguridad Nº
CO1334869

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes; incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. Babilla *Caiman crocodilus fuscus* | 9. 500 piezas de 12cm2 c/u para mostrario de colores, identificadas con marquillas identificadas según relación anexa de una (1) hoja | 10. II | 11. 500 Piezas |
| | | | 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO4219 7 | 26/09/2017 | ESPAÑA | ES-LA-50390/18E | 27/08/2018 | |

| 7./8. ★★★★★★ | | | 9. ★★★★★★★ | | | 10. ★★ 11. ★★★ |
|---|---|---|---|---|---|---|
| ★★★★★★ | | | | | | 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★★ | ★★★★★★★ | ★★★★ | ★★★★★★★★ | ★★★★★★★ | ★★★★ | |

| 7./8. ★★★★★★ | | | 9. ★★★★ | | | 10. ★ 11. ★★★★ |
|---|---|---|---|---|---|---|
| ★★★★★★ | | | | | | 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★★ | ★★★★★ | ★★ | ★★★★★★ | ★★★ | | |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Permiso para los especímenes procedentes de

13. Permiso / Certificado expedido por:

EDGAR EMILIO RODRIGUEZ BASTIDAS
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          27-febrero-2019

Lugar          Fecha          Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN          CALI

0 4 JUN 2019
Fecha

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 212 Art |
| B | |
| C | |

Firma

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

PERMISO/CERTIFICADO No. CO 43753

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

0 4 JUN 2019

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO 43753

FECHA DE EMBARQUE:

NOMBRE DEL ESTABLECIMIENTO C.I. DISEÑO Y MODA INTERNACIONAL S.A.S

SALVOCONDUCTO No CVC 191130090 4114 -
(06 599 VUN 19833 del 31/5/2019
SAE No. 602 768 26 55 31

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO

John Jimilo
CC 711 295 089

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL:

OBSERVACIONES: 212 Piezas. Bab.

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMB

EX SSS

Powered by CamScanner

Case 1:22-cr-20170-RNS Document 60-3 Entered on FLSD Docket 04/18/2024 Page 80 of 85

**CONVENCION SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE**

PERMISO / CERTIFICADO No. CO 43899

- [ ] EXPORTACIÓN
- [ ] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el **31 octubre 2019**

3. Importador (nombre y dirección)

HARRODS LTD
MILL LANE THATCHAM BERKSHIRE, RG19 4AL LONDON

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
C LI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País del destino (y puerto de entrada)
UNITED KINGDOM (LONDON)

5. Condiciones especiales

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

5a. Propósito de la transacción (véase al dorso)

5b. Estampilla de seguridad Nº
CO1334998

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes; incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. **Babilla** Caiman crocodilus fuscus | 9. 50 bolsas de 2400 cm2 con marquillas numeradas del 493880 al 493900, del 501422 al 501450 | 10. II C | 11. 50 Artículos 11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO43150 | 11/07/2018 | ESPAÑA | ES-AB-51258/18E | 10/12/2018 | |

| 7./8. ★★★★★ ★★★★★★ | 9. ★★★★★★★ | | | | 10. ★★ ★★ | 11. ★★★ ★★★★★ 11a. Total exportado/Cupo |
|---|---|---|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
|---|---|---|---|---|---|---|
| ★★★★★★ | ★★★★★★ | ★★★★ | ★★★★★★ | ★★★★★★ | ★★★★★ | |

| 7./8. ★★★★★ ★★★★★ | 9. ★★★★ | | | | 10. ★ | 11. ★★★★★ 11a. Total exportado/Cupo |
|---|---|---|---|---|---|---|

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
|---|---|---|---|---|---|---|
| ★★★★★ | ★★★★★★ | ★★ | ★★★★★ | ★★★ | ★★★ | |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación)
★★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★★★ Para los especímenes precautivación.

13. Permiso / Certificado expedido por:

EDGAR EMILIO RODRIGUEZ BASTIDAS
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.            30-abril-2019

Lugar            Fecha

Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

15. Nº de solicitud de autorización de embarque

CALI
1 3 JUN 2019
Fecha

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 47 A 27 |
| B | |
| C | |

Firma

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

**AUTORIDAD AMBIENTAL / PUERTO EMBARQUE**

PERMISO/CERTIFICADO No. CO **43899**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

Daniela Rugelis G            No. DEL PERMISO **43899**

FECHA DE EMBARQUE 1 3 JUN 2019

C.I. DISEÑO Y MODA

1144186806

NOMBRE DEL ESTABLECIMIENTO: INTERNACIONAL S.A.S.

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:

CVC# 17413D090547 del 06-06-201

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL:
Luis Bonilla
Técnico Operativo

SALVOCONDUCTO No. ___ 7 VGH 02513

SAE No. 602KV86597SV

OBSERVACIONES: 47 Bolsas en pie

CVC
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

EX TTT

Powered by CamScanner

**CITES**

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

- [ ] EXPORTACIÓN
- [x] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el
29 septiembre 2019

3. Importador (nombre y dirección)
HARRODS LTD
MILL LANE THATCHAM BERKSHIRE RG19 4AL LONDON

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Mike Brand
Firma del Solicitante

3a. País del destino (y puerto de entrada)   UNITED KINGDOM (LONDON)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

Libertad y Orden

5a. Propósito de la transacción (véase al dorso)
T

5b. Estampilla de seguridad Nº
CO1334996

| 7,8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7,8. Babilla  Caiman crocodilus fuscus | 9. 100 bolsos de 2400 cm2 con marquillas numeradas del 671301 al 671400  Mike Brand | 10. II  C | 11. 100 Artículos  11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| COLOMBIA | CO43151 | 11/07/2018 | PANAMA | 85-AB-51220/18E | 07/12/2018 | |

| 7,8. ★★★★★  ★★★★★★★ | 9. ★★★★★★ | | | | | 10. ★★ ★★  11. ★★★★★  11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★★★ | ★★★★★★ | ★★★★ | | ★★★★★★ | ★★★★★★ | |

| 7,8. ★★★★★★  ★★★★★★ | 9. ★★★★ | | | | | 10. ★★  11. ★★★★  11a. Total exportado/Cupo |

| 12. País de origen ★ | Permiso No. | Fecha | 12a. País de la última reexportación | No. de certificado | Fecha | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
|---|---|---|---|---|---|---|
| ★★★★★ | ★★★★★ | ★★ | | ★★★ | ★★★ | |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación)
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por
EDGAR EMILIO RODRIGUEZ BASTIDAS
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.          30-abril-2019

Lugar          Fecha          Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

0 3 AGO 2019          CALI
Fecha          Puerto de exportación

15. Nº de permiso o de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 40 ART |
| B | |
| C | |

Firma          Firma

Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

PERMISO/CERTIFICADO No. CO 43897

República de Colombia
MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE

FECHA DE EMBARQUE: 0 3 AGO 2019

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S

NOMBRE DEL ESTABLECIMIENTO:

SALVOCONDUCTO No. CVC # 11113007766
codigo seguridad LOE 25 332

SAE No. E0 27650936432

FORMATO DE ENTREGA DEL PERMISO CITES
Mike Brand

No. DEL PERMISO 43897
1144088991  Mike Brand

NOMBRE, IDENTIFICACION Y FIRMA DE RECIBIDO:

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL: Nubia Yulith Ramirez
02/08/2019

OBSERVACIONES: 40 bolsos en piel de babilla

EX UUU

Powered by CamScanner

| | | |
|---|---|---|
| CITES | CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE LA FAUNA Y FLORA SILVESTRE | EXPORTACIÓN ☐ <br> RE-EXPORTACIÓN ☒ <br> IMPORTACIÓN ☐ <br> OTRO: ☐ |

2. Válido hasta el: **13-noviembre-2019**

3. Importador (nombre y dirección)
HARRODS LTD
MILL LANE THATCHAM BERKSHIRE,RG19 4AL LONDON

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País de destino (y puerto de entrada)    UNITED KINGDOM (LONDON)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA, si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecederas de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (al dorso)

5b. Estampilla de seguridad Nº
CO1335043

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. **Pitón reticulado** <br> *Python reticulatus* | 9. 30 bolsos de 2400 cm2 con marquillas numeradas del 648631 al 648650 y del 527724 al 527733 | 10. II <br> C | 11. 30 Artículos <br> 11a. Total exportado/Cupo |
| 12. País de origen ★  Permiso No.  Fecha <br> VIETNAM  1VN05275/CT-KL  07/03/2017 | 12a. País de la última reexportación  No. de certificado  Fecha <br> ESPAÑA  ESLC-50058/19E  13/05/2019 | | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| 7./8. ★★★★★★ <br> ★★★★★★★★ | 9. ★★★★★★★★ | 10. ★★ | 11. ★★★ <br> ★★★ <br> 11a. Total exportado/Cupo |
| 12. País de origen ★  Permiso No.  Fecha <br> ★★★★★  ★★★★★★  ★★★★ | 12a. País de la última reexportación  No. de certificado  Fecha <br> ★★★★★★  ★★★★★  ★★★★★ | | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| 7./8. ★★★ <br> ★★★★★ | 9. ★★★ | 10. ★ | 11. ★★★★ <br> 11a. Total exportado/Cupo |
| 12. País de origen ★  Permiso No.  Fecha <br> ★★★★★  ★★★★★  ★★★★ | 12a. País de la última reexportación  No. de certificado  Fecha <br> ★★★★★★★  ★★★★★  ★★★★ | | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

★ En el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
EDGAR EMILIO RODRIGUEZ BASTIDAS
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTÁ, D.C.          14-mayo-2019

Lugar          Fecha          Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

**1 0 AGO 2019**          CALI

Fecha          Puerto de exportación

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 10 ART |
| B | |
| C | |

Firma          Firma

CVC
Corporación Autónoma Regional del Valle del Cauca

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE  REPÚBLICA DE COLOMBIA  PERMISO/CERTIFICADO No. CO **43946**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FECHA DE EMBARQUE: **1 0 AGO 2019**

C.I. DISEÑO Y MODA
NOMBRE DEL ESTABLECIMIENTO: INTERNACIONAL S.A.S

SALVOCONDUCTO No. CV # 1911300917 34
cartuya unidad QNK XO573
SAE No. 80273.502-1606

FORMATO DE ENTREGA DEL PERMISO CITES

Daniela Rogens 6.  No. DEL PERMISO **43946**

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:
1144196006

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL: Nubia ...

OBSERVACIONES: 10 bolsos en piel de pitón reticulada

EX VVV          Powered by  CS CamScanner

**CITES**

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

PERMISO/CERTIFICADO No. **44034**

- [ ] EXPORTACIÓN
- [✓] RE-EXPORTACIÓN
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el **12 diciembre 2019**

3. Importador (nombre y dirección)

GZUNIGA, LTD
5 EAST 57TH STREET 9TH FLOOR NEW YORK, NY 10022,
NEW YORK

4. Exportador/Reexportador (nombre, dirección y país)

C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.
CALI, VALLE DEL CAUCA
COLOMBIA

Firma del Solicitante

3a. País del destino (y puerto de entrada)   ESTADOS UNIDOS (NEW YORK)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

Si se aplica a los animales vivos, este permiso o certificado es válido únicamente si las condiciones de transporte cumplen las disposiciones de la Reglamentación para el transporte de animales vivos de la IATA; si se aplica a las plantas vivas, de la Reglamentación para el transporte de mercancía perecedera de la IATA o, en el caso del transporte no aéreo, de las Directrices de la CITES para el transporte no aéreo de animales y plantas silvestres vivos.

5a. Propósito de la transacción (véase al dorso)

5b. Estampilla de seguridad Nº
**CO1335128**

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | | 9. Descripción de los especímenes: incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|---|
| **A** | 7./8. Babilla<br>*Caiman crocodilus fuscus* | 9. 100 bolsos de 2400 cm2 con marquillas numeradas del 671001 al 671100 | 10. **II**<br><br>C | 11. **100 Artículos**<br><br>11a. Total exportado/Cupo |
| | 12. País de origen ★ COLOMBIA | Permiso No. CO43147 | Fecha 11/07/2018 | 12a. País de la última reexportación ESPAÑA | No. de certificado ES-LC-50065/19E | Fecha 05/03/2019 | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| **B** | 7./8. ★★★★★<br>★★★★★★★ | 9. ★★★★★★ | 10. ★★<br>★★ | 11. ★★★★★<br><br>11a. Total exportado/Cupo |
| | 12. País de origen ★ ★★★★★★ | Permiso No. ★★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación ★★★★★★ | No. de certificado ★★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |
| **C** | 7./8. ★★★★★★<br>★★★★★★ | 9. ★★★★ | 10. ★★ | 11. ★★★★<br>★★★★ |
| | 12. País de origen ★ ★★★★★ | Permiso No. ★★★★★★ | Fecha ★★ | 12a. País de la última reexportación ★★★★★ | No. de certificado ★★★ | Fecha ★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
RUBEN DARIO GUERRERO USEDA
Director (E) de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

Lugar BOGOTA, D.C.    Fecha 13-junio-2019    Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

**1 7 AGO 2019**    CALI

Fecha    Puerto de exportación

15. Nº de solicitud de autorización de embarque:

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 95 ART |
| B | |
| C | |

Fecha    CVC
Corporación Autónoma
Regional del Valle del Cauca

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE    Firma

REPÚBLICA DE COLOMBIA   PERMISO/CERTIFICADO No. CO **44034**

---

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

No. DEL PERMISO **44034**

FECHA DE EMBARQUE: **1 7 AGO 2019**

NOMBRE DEL ESTABLECIMIENTO: **C.I. DISEÑO Y MODA INTERNACIONAL S.A.S**

SALVOCONDUCTO No. EVC# 1911300720174
(radica seguridad ZEO80076)
SAE No. CO2724522928

Daniela Rogelis
1144196806
NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:

NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL: Nubia Edith Amigas del 16/08/2019

OBSERVACIONES: 95 bolsos en piel de babilla

REPÚBLICA DE COLOMBIA   CVC

EX WWW

Powered by CamScanner

CONVENCIÓN SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

- [ ] EXPORTACIÓN
- [ ] RE-EXPORTACIÓN  [X]
- [ ] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el **25-diciembre-2019**

1. Importador (nombre y dirección)
MODERN HOME - BD AND P
P.O.BOX 615 (GOODS IN TRANSIT) DOHA

4. Exportador/Reexportador (nombre, dirección y país)
C.I. DISEÑO Y MODA INTERNACIONAL S.A.S/
CALI, VALLE DEL CAUCA
COLOMBIA

M. ke Brand
Firma del Solicitante

5a. País de destino y puerto de entrada    QATAR (DOHA)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
**COLOMBIA**

Libertad y Orden

5a. Propósito de la transacción (véase el dorso)
T

5b. Estampilla de seguridad Nº
**CO1634021**

| 7./8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes, incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase al dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7./8. **Babilla** Caiman crocodilus fuscus | 50 bolsos de 2400 cm2 con marquillas numeradas del 102356 al 102378, del 546092 al 546095 y del 412623 al 412645 | 10. **II** C | 11. **50 Artículos** 11a. Total exportado/Cupo |
| 12. País de origen **COLOMBIA** | Permiso No. **CO43146** | Fecha **11/07/2018** | 12a. País de la última reexportación | No. de certificado **ES-LC-50094/19E** | Fecha **14/03/2019** | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

| 7./8. | 9. | 10. | 11. |
|---|---|---|---|
|  |  |  | 11a. Total exportado/Cupo |
| 12. País de origen ★ | Permiso No. ★★★★★★ | Fecha ★★★★ | 12a. País de la última reexportación | No. de certificado ★★★★★ | Fecha ★★★★★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

| 7./8. | 9. | 10. | 11. |
|---|---|---|---|
|  |  |  | 11a. Total exportado/Cupo |
| 12. País de origen ★ | Permiso No. ★ | Fecha ★ | 12a. País de la última reexportación | No. de certificado ★ | Fecha ★ | 12b. No. del establecimiento ★ ★ o fecha de adquisición ★ ★ ★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★ ★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★ ★ ★ Para los especímenes preconvención.

13. Permiso
ELGAR EMILIO RODRIGUEZ BASTIDAS
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.     26-junio-2019
Lugar                 Fecha

Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN          CALI
15. Nº de solicitud de autorización de embarque

16. Espacio para la autoridad aduanera

| Sección | Cantidad | Fecha | Puerto de exportación |
|---|---|---|---|
| A | 35 A | | |
| B | | | |
| C | | Firma | Sello entidad |

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE          **PERMISO/CERTIFICADO No. CO 44153**

---

República de Colombia
**MINISTERIO DE AMBIENTE
Y DESARROLLO SOSTENIBLE**
C.I. DISEÑO Y MODA
INTERNACIONAL S.A.S

FORMATO DE ENTREGA DEL PERMISO CITES
M. ke Brand
**No. DEL PERMISO 44153**
1144088991    M.ke Brand

FECHA DE EMBARQUE    **1 4 NOV 2019**

NOMBRE DEL ESTABLECIMIENTO
CVC719113014066    13-11-2019
NOMBRE, IDENTIFICACION Y FIRMA DE RECIBIDO
John Luis Bonilla

SALVOCONDUCTO No. Ced  seg  WNQ7349
NOMBRE Y FIRMA DEL FUNCIONARIO
DE LA AUTORIDAD AMBIENTAL    Tecnico Operativo

SAE No. 6075534569V

OBSERVACIONES: 35 Bolsos en Pied de

**CVC**
Corporación Autónoma
Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

EX XXX

Powered by CamScanner

**CITES**
CONVENCIÓN
INTERNACIONAL DE ESPECIES
AMENAZADAS DE LA FAUNA Y FLORA
SILVESTRE

PERMISO/CERTIFICADO No. CO **44157**

- [ ] RE-EXPORTACIÓN
- [x] IMPORTACIÓN
- [ ] OTRO:

2. Válido hasta el
25-diciembre-2019

| 3. Importador (nombre y dirección) | 4. Exportador/Reexportador (nombre, dirección y país) |
|---|---|
| MODERN HOME - BD AND P<br>P.O.BOX 615 (GOODS IN TRANSIT) DOHA | C.I. DISEÑO Y MODA INTERNACIONAL S.A.S.<br>CALI, VALLE DEL CAUCA<br>COLOMBIA<br>*Mike Brand*<br>Firma del Solicitante |

3a. País del destino (y puerto de entrada)  QATAR (DOHA)

5. Condiciones especiales

6. Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**
Calle 37 No. 8-40 • Bogotá, D.C.
COLOMBIA

Libertad y Orden

5a. Propósito de la transacción (véase el dorso)  T

5b. Estampilla de seguridad Nº  CO1634025

| 7/8. Nombre científico (género y especie) y nombre común del animal o planta | 9. Descripción de los especímenes, incluso las marcas o los números de identificación (edad/sexo, si vivos) | 10. Apéndice y origen (véase el dorso) | 11. No. de especímenes (incluso la unidad de medida) |
|---|---|---|---|
| 7/8.  **Babilla**<br>*Caiman crocodilus fuscus* | 9. 10 bolsos combinados en piel de babilla de 1000 cm2 y piton reticulado de 1400 cm2 con marquillas numeradas del 373155 al 373164 | 10.  II  C | 11.  10  Artículos<br>11a. Total exportado/Cupo |
| 12. País de origen ★  COLOMBIA | Permiso No.  CO43150 | Fecha  11/07/2018 | 13a. País de la última reexportación  ESPAÑA | No. de certificado  ES-LC-50068/19E | Fecha  05/03/2019 | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
| 7/8.  *Piton reticulado*<br>*Python reticulatus* | 9. bolsos combinados en babilla de 1000 cm2 y piton reticulado de 1400 cm2 (con la misma información de la sección A, casilla 9) | 10.  II  C | 11.  10  Artículos<br>11a. Total exportado/Cupo |
| 12. País de origen ★  VIETNAM | Permiso No.  16VN06095/CT-KL | Fecha  15/03/2016 | 13a. País de la última reexportación  ESPAÑA | No. de certificado  ES-LA-50091/19E | Fecha  10/04/2019 | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |
| 7/8.  ####<br>############ | 9. | 10.  ## | 11.<br>11a. Total exportado/Cupo #### |
| 12. País de origen ★  ########### | Permiso No.  ########## | Fecha  ####### | 13a. País de la última reexportación  ###### | No. de certificado  ###### | Fecha  ##### | 12b. No. del establecimiento ★★ o fecha de adquisición ★★★ |

★ País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación).
★★ Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales.
★★★ Para los especímenes preconvención.

13. Permiso / Certificado expedido por:
**EDGAR EMILIO RODRIGUEZ BASTIDAS**
Director de Bosques, Biodiversidad y Servicios Ecosistémicos
Ministerio de Ambiente y Desarrollo Sostenible

BOGOTA, D.C.        26-junio-2019

Lugar        Fecha        Estampilla de seguridad, firma y sello oficial

14. APROBACIÓN DE LA EXPORTACIÓN

CALI

Fecha        Puerto de exportación

15. Nº de solicitud de autorización de embarque
602765534567 V

16. Espacio para la autoridad aduanera

| Sección | Cantidad |
|---|---|
| A | 6 ART |
| B | Ver Casilla A |
| C | |

Firma        Sello entidad        Firma

AUTORIDAD AMBIENTAL / PUERTO EMBARQUE

PERMISO/CERTIFICADO No. CO **44157**

---

República de Colombia
**MINISTERIO DE AMBIENTE Y DESARROLLO SOSTENIBLE**

FORMATO DE ENTREGA DEL PERMISO CITES

*Mike Brand*

No. DEL PERMISO **44157**

FECHA DE EMBARQUE: **1 4 NOV 2019**

C.I. DISEÑO Y MODA
INTERNACIONAL S.A.S
NOMBRE DEL ESTABLECIMIENTO

(114408899)  *Mike Brand*

NOMBRE, IDENTIFICACIÓN Y FIRMA DE RECIBIDO:

CVC49119120140667  del 13-11-2019

NOMBRE Y FIRMA DEL FUNCIONARIO DE LA AUTORIDAD AMBIENTAL:  Juan Luis Bonilla
Técnico Operativo

SALVOCONDUCTO No. cd. No. 4 WNG 73497

SAE No. 602765534567 V

OBSERVACIONES: 6 Bolsos combinados, 2 de piel babilla y p.

CVC
Corporación Autónoma Regional del Valle del Cauca
REPÚBLICA DE COLOMBIA

EX YYY

Powered by CamScanner