# EXHIBIT 6



U.S. Fish and Wildlife Service officers confiscated these illegally imported reptile skin boots. From 2003 to 2013, officers seized 5,607 individual luxury fashion items deemed illegal, according to recent research. Nearly 70 percent of them were leather products, including reptile skins.

PHOTOGRAPH BY KATE BROOKS, REDUX

ANIMALS    WILDLIFE WATCH

## Luxury fashion brands had thousands of exotic leather goods seized by U.S. law enforcement

A report finds that companies including Chanel, Gucci, and Coach had thousands of imported exotic leather goods seized by U.S. law enforcement from 2003 through 2013.

By Rachel Nuwer
May 22, 2020  •  20 min read

   

Famous luxury fashion brands—Ralph Lauren, Gucci, Michael Kors, and dozens of others—had more than **5,600 items** made from illegal wildlife products seized by the United States Fish and Wildlife Service at U.S. ports of entry from 2003 through 2013, National Geographic has learned from researchers who recently published their work in the journal *EcoHealth.*

The analysis doesn't implicate luxury fashion companies in intentionally smuggling illegal goods, nor does it say which companies may be linked to more recent illegal imports; since 2013 the U.S. government no longer discloses to the public the names of businesses importing wildlife products, a move that's been challenged in court.

Hundreds of thousands of exotic leather goods seized by U.S. law enforcement

But lead researcher Monique Sosnowski, a doctoral student in criminal justice at the City University of New York (CUNY), says the seizures spotlight a lack of adequate controls throughout the entire supply chain. "We're not trying to point out Gucci and be like, 'You're so awful for using these things,' but [rather] point out this mass system failure," she says. "There's all these protections in place, but these companies [were] still somehow importing goods that are illegal."

For their analysis, Sosnowski and Gohar Petrossian, a criminologist at CUNY, used the Freedom of Information Act (FOIA) to obtain seizure records from the U.S. Fish and Wildlife Service from 2003 through 2013. They identified 474 luxury fashion-related seizures comprising 5,607 individual items, nearly 70 percent of which were exotic leather products. Reptiles accounted for 84 percent of all items, many of which were belts, watch bands, wallets, shoes, and purses.

Those numbers almost certainly understate the gravity of the problem. Law enforcement studies routinely find that U.S. officials manage to interdict fewer than one in 10 illegal wildlife shipments, notes Bruce Weissgold, a former reptile trade intelligence analyst and senior international trade specialist at the U.S. Fish and Wildlife Service.

The CUNY study, published in January, reveals that despite multiple layers of control by countries and companies, illegal wildlife products have tainted the supply chains of some of the most prominent fashion brands in the world, whether or not the fashion companies were aware. Though the study focuses on law enforcement records from 2003 through 2013, aggregate figures from 2008 through 2019 analyzed by Sosnowski indicate that wildlife

Enter your email to read this article

Plus, get the best of Nat Geo delivered to your inbox, and unlimited access to free content.

Email Address

Enter your email

SUBMIT

Yes! I would like to receive top content, special offers, and other updates from National Geographic and The Walt Disney Family of Companies. By creating an account, you agree to our Terms of Use and acknowledge that you have read our Privacy Policy and US State Privacy Rights Notice.

Already have an account?   SIGN IN

LIMITED TIME OFFER

Get a FREE tote featuring 1 of 7 ICONIC PLACES OF THE WORLD

SUBSCRIBE

"We have rigorous internal training and processes in order to comply with all regulations...and we are in ongoing contact with regulators around the world regarding emerging laws," Morse said.

Neha Wadhwa, a spokesperson for Ralph Lauren, called the company's inclusion on the list of seizures "misleading and flawed," adding in an email, "We have a long history and commitment to animal welfare. We were one of the first luxury brands to ban fur nearly 15 years ago, and remain committed to ensure all species are sustainably sourced."

Representatives from Michael Kors, Jil Sander, and Coach did not respond to requests for comment about the seizures. The Kering Group, which owns Gucci and other companies cited, including Alexander McQueen, Bottega Veneta, and Yves Saint Laurent, acknowledged National Geographic's query, but ultimately did not provide comments.

Though most companies did not comment on the seized products, many have corporate social responsibility policies in place that promote traceability, animal welfare, and sustainable use of wildlife, and some have banned

the use of certain wildlife products.

## Household names

The CUNY team omitted the names of the companies linked to the seizures from their paper published in *EcoHealth* because, Sosnowski said, the purpose of sharing research in scientific journals is not to name or shame parties who may have been associated with illegal activities—whether they're countries, companies, or individuals —but rather to identify larger trends. Sosnowski says she shared the list with National Geographic exclusively to "bring the issue closer to home" for consumers.

According to the official seizure records, Ralph Lauren accounted for 29 percent of the seized items, followed by Gucci (16 percent), Michael Kors (10 percent), Jil Sander (6 percent), and Coach (5 percent). Gucci had the highest number of individual seizure incidents—50—followed by Yves Saint Laurent at 41.

International trade data shows that 11.7 million products made from reptiles were imported into the U.S. from 2003 to 2013, meaning that the 5,607 luxury fashion seizures reported in the study represent just 48 out of every 100,000 imported items made from reptiles, says Daniel Natusch, a conservation biologist at Macquarie University, in Australia, and member of several reptile specialist groups and the Sustainable Use and Livelihoods Specialist Group at the International Union for Conservation of Nature (IUCN), the body that sets the conservation status of wild animals.



A leopard skin jacket seized by law enforcement hangs on shelves packed with other wildlife products at the U.S. Fish and Wildlife Service's National Wildlife Property Repository in Colorado.

PHOTOGRAPH BY BRENNAN LINSLEY, AP

Wildlife products, including exotic leathers and fur, are often used in high fashion, though an increasing number of companies have sworn off their use in response to pressure from consumers concerned about animal welfare and conservation. Diane von Furstenberg, Chanel, and Jil Sander, among others, no longer use exotic leathers. Stella

McCartney, Versace, Michael Kors, and Gucci are among brands that no longer use fur. The fashion industry often defends its use of legal wildlife products by saying those goods support livelihoods. They also say their efforts are crucial for conservation because they provide an economic incentive to manage and protect species and their habitats for sustainable use.

As in many industries engaged in the trade of wildlife and wildlife products—which range from exotic pets and timber to health supplements and traditional medicines—the legal and illegal often exist side by side. And there are many ways that illegal products or practices can enter the supply chain in the fashion industry.

In some exporting countries where animals used in the fashion industry originate, including Indonesia and Malaysia, there is ample evidence of corrupt officials giving cover to illegally acquired wildlife by issuing legal permits to exporters. That makes it "virtually impossible to know whether the shoes in the shipping crate are of legal origin," says Weissgold, the former reptile trade intelligence analyst at the U.S. Fish and Wildlife Service.

Another common violation is when animals illegally captured in the wild are <u>mislabeled as "captive bred</u>."

While some companies have made efforts to improve their wildlife-related practices, Weissgold says more must be done. "Given their resources, reach, and expertise, I believe it is incumbent upon fashion companies to be good corporate citizens," Weissgold says. "They have a unique position to influence their suppliers."

## Some seized products are from endangered animals

Nearly 58 percent of the seizures documented in the *EcoHealth* report pertained to animals caught in the wild rather than those bred in captivity on farms.

The Convention on International Trade in Endangered Species of Wild Fauna and Flora (CITES), which regulates country-to-country wildlife trade, strictly bans the trade in 13 of at least 60 species that were identified in the seizures. They include Nile crocodiles and broad-snouted caimans, unless they're captive-bred with proper permits. Two species—the saiga antelope and the Siamese crocodile—are critically endangered. Researchers estimate that only between <u>500 and 1,000 Siamese crocodiles</u> remain in the wetlands of Southeast Asia.

CITES affords different levels of protection for species depending on how threatened they are. In cases where trade is allowed, countries are supposed to grant export permits only if scientific evidence shows that trade won't undermine the animals' survival in the wild.

Thirty-six of the species, including reticulated pythons, are listed as species of "least concern"—in other words, not in danger of extinction—but most of the others, including African rock pythons, sunbeam snakes, and several species of cobra, have not been assessed by the IUCN or granted protections under CITES. It's not known how many of these animals are left in the wild, whether their populations are increasing or decreasing, or <u>whether trading them is sustainable</u>.

"The fact that more than 50 percent of the seizures made were of animals taken from the wild should set off some alarm bells," says Chris Shepherd, executive director of Monitor, a nonprofit group that works to reduce illegal and unsustainable wildlife trade. "Very little is known of the status of many of these species in the wild, and therefore the impact of the illegal trade—and the legal trade, for that matter—is largely unknown."

The data also revealed the international nature of wildlife trade, Sosnowski says, and the fact that illegal products often cross multiple borders before being discovered. More than half the U.S. seizures were imports from Italy, France, and Switzerland, though most of the animal products originated in Southeast Asia.

## Only a fraction of illegal products get caught

U.S. enforcement officials estimate that only 10 percent of illegally imported wildlife products are even confiscated, according to Weissgold, the retired Fish and Wildlife Service agent. As a result, "It's a 'buyer beware' world," he says. "You can never be 100 percent sure that the product you're purchasing has been legally acquired."

Natusch disagrees. "These are some of the world's largest and most responsible companies, with a significant brand image to protect," he says.

Natusch believes most of the 5,607 seizures cited in the study were likely mistakes by the exporting or importing companies—"paper violations, clerical errors, or simple and perfectly reasonable misunderstandings," such as a company forgetting to declare shell buttons on a blouse.



A purse made of cobra skin was seized by law enforcement and is now stored at the National Wildlife Property Repository. Reptile products accounted for 84 percent of the 5,607 luxury fashion-related wildlife seizures in the U.S. from 2003 to 2013.
PHOTOGRAPH BY DAVID ZALUBOWSKI, AP

Case 1:22-cr-20170-RNS   Document 60-6   Entered on FLSD Docket 04/18/2024   Page 8 of 28

Weissgold, for his part, says that based on his nearly 25 years of experience working as an intelligence analyst at a federal enforcement agency, paperwork violations are "quite symbolic of large-scale fraud in the industry."

**You May Also Like**



ANIMALS

**Florida has a python problem—are bounty hunters the solution?**



ANIMALS

**Ozempic was tested on monkeys IUCN listed as endangered. Here's what we know**



ANIMALS

**Axolotls and capybaras are TikTok famous—and that could be a problem**

When you pair that with a U.S. judicial system that has high standards of proof, "wildlife inspectors are frequently just staring into a crate without any idea what can be done about it," Weissgold says.

## Animal welfare concerns

Even when trade in animal products for the fashion industry is legal, there are still animal welfare concerns, Weissgold says. A 2016 investigation carried out by People for the Ethical Treatment of Animals (PETA), an advocacy organization known for sometimes controversial tactics, concluded that Vietnamese farms that allegedly supplied crocodile skins to a tannery owned by LVMH confined crocodiles for up to 15 months in small concrete cages before slaughtering them for skins. PETA investigators videotaped tannery workers severing the crocodiles' spines—paralyzing them but not killing them—before skinning them alive.

Asked about the PETA investigation for this story, LVMH did not dispute the findings, but said that by 2016, Heng Long, the Singapore-based tannery in question, no longer sourced crocodiles from the Vietnamese farms featured in the PETA video.

Shepherd, of the Monitor group, says inhumane treatment and suffering is the norm for captured wildlife in Southeast Asian countries. Another investigation, carried out by PETA, found that snakes are commonly underlined skinned alive. Karl Ammann, an investigative filmmaker, documented large-scale "laundering" of wild-caught reptiles, a process in which suppliers falsely passed off wild animals as captive-bred in Laos, Malaysia, and Vietnam. Ammann also recorded pythons and water monitors being hit on the head with hammers and skinned alive in Indonesia. A 2013 report by the Swiss Federal Veterinary Office on the reptile skin trade concluded that many methods for killing the animals—including decapitation, freezing, heating, suffocation, drowning, and cutting jugular veins—were inhumane.

In 2019, LVMH launched a certification system for crocodile farms in an attempt to strengthen its ability to trace skins and track animal welfare. Other companies have gone even further.

In 2018, Diane von Furstenberg banned the use of exotic skins in its products, and Chanel did the same two months later, citing the difficulty of obtaining ethically sourced products. Jil Sander followed suit.

In several opinion pieces, Natusch and others, however, have condemned exotic skin bans as well-meant but "too simplistic" and "not supported by evidence." He and other researchers are working with companies including the Kering Group, which owns Gucci and other luxury fashion houses, in an effort to better control the supply chain.

In 2017, the Kering Group opened a python farm in Thailand, to provide a sustainable, more humane source of skins, a company representative told the *Guardian* at the time. The group also continues to source animals from the wild.

Four years earlier, the Kering Group teamed up with the IUCN's Boa and Python Specialist Group and the International Trade Center, a multilateral agency with joint mandates from the World Trade Organization and United Nations, to launch a group called the Python Conservation Partnership. The Partnership's mission is to improve sustainability of the python trade and promote transparency, animal welfare, and local livelihoods.

The first of several reports commissioned by the Python Conservation Partnership between 2014 and 2016 recommended replacing all the methods used to kill pythons in China, Thailand, and Vietnam—including decapitation, drowning, and taping snakes' mouths and anuses shut and then using an air compressor to pump air into their bodies—with less cruel practices. Another report from Indonesia and Malaysia by the same group in 2016 concluded that assertions about inhumane python-slaughter practices in in those countries "cannot be substantiated" because traders destroy snakes' brains before skinning them.

All three of the reports concluded that wild harvesting and farming of pythons can be sustainable and support local livelihoods, aiding conservation by giving people who catch pythons in the wild an incentive to protect reptiles and their habitats.

"Without the luxury industry, many of the species being used would be in a much worse position," says Natusch, who co-authored the Python Conservation Partnership reports. "The benefits of this trade far outweigh any negatives."

The Indonesia and Malaysia report did confirm, though, that python skins are illegally traded between Southeast Asian countries at significant levels, and that misuse of international permits allows for laundering wild-caught animals by labeling them as "captive-bred." The study found that the high levels of illegal trade are fueled by poverty and the opportunity presented by abundant python populations. The authors also said that the trade quotas are excessively restrictive and suggest either increasing or eliminating them.

Jon Paul Rodriguez, chair of the IUCN's Species Survival Commission, defends the group's funding from industry groups as a common practice in science. The <u>sustainable use of wildlife</u> is one of his organization's pillars, he says, and IUCN researchers are required to adhere to an evidence-based approach, regardless of who funds the study. "You cannot buy the science," he says. "My mantra as chair is always evidence first."

All IUCN publications, including those funded by the Kering Group, also undergo an internal peer review, he adds. "Like any scientific paper, [these are] available for others to contradict if they have better evidence."

Critics counter that the IUCN's focus on "sustainable use" has gone too far, to the point that "even the use of endangered species has been advocated by the IUCN," says Mark Auliya, a herpetologist at the Zoological Research Museum Alexander Koenig, in Bonn, Germany. Auliya is one of those critics and also a member of the IUCN's Boa and Python Specialist Group. He says studies, including IUCN's, commonly underestimate the complexity of the wildlife trade and its frequent ties to organized crime; findings about sustainable trade often don't reflect the reality on the ground for species.

The Boa and Python Specialist Group's industry-funded reports, Auliya continues, were published without consulting the entire group—something Auliya says he's been critical of in internal meetings. "Not every scientist with field experience would support those studies' findings," he says.

## Concealed company names

The CUNY study doesn't shed light on whether measures taken by Diane von Furstenberg, Chanel, Jil Sander, the Kering Group and others have reduced luxury fashion-related seizures at U.S. borders. That's because after 2013, the Fish and Wildlife Service started redacting the names of importers linked to seizures documented in public records requests.

Weissgold, who was working at the service when the restrictions went into effect, says he asked many times for an explanation, but never received an adequate answer. He suspects that the decision was at least partly spurred by companies complaining that competitors could glean trade secrets from seizure records.

Whatever the reason, the lack of transparency in all government wildlife import and export records "is absolutely handcuff[ing] the conservation and criminality communities from evaluating the trade data," Weissgold says.

The Fish and Wildlife Service and the Department of the Interior, which oversees the service, did not provide a comment about why the service began redacting companies' names from seizure records.

Weissgold adds that he has no reason to believe that illegal imports tied to luxury fashion have declined since 2013. Monitor's Chris Shepherd also believes that the problem is ongoing. For him, the message for consumers is clear: "Buying wildlife products may be contributing to the decline of a species in the wild and may be contributing to the illegal trade. If in doubt, do not buy."

Sosnowski hopes the study provides an opportunity for greater transparency and improvements in the supply chain and legal enforcement from source to finished product. "We want people to see that these are the brands we all know and love, so they see that they as consumers can help move the industry towards more sustainable practices," she says.

Ultimately, consumer demand is what makes companies take animal welfare and conservation into consideration, Weissgold says.

3/20/24, 2:51 PM
Case 1:22-cr-20170-RNS   Document 60-6   Entered on FLSD Docket 04/18/2024   Page 11 of 28
Luxury fashion is driving a wildlife trafficking crisis

"I think if buyers knew that the python skin used in their handbag may have been pulled off of a live animal, some might squirm or slither away from the retailer," he says. "But let's face it, many only look at it as a handbag."

Wildlife Watch is an investigative reporting project between National Geographic Society and National Geographic Partners focusing on wildlife crime and exploitation. Read more **Wildlife Watch stories here**, and learn more about National Geographic Society's nonprofit mission at **nationalgeographic.org**. Send tips, feedback, and story ideas to **ngwildlife@natgeo.com**.

## Related Topics

WILDLIFE TRAFFICKING    FASHION    ENDANGERED SPECIES    WILDLIFE CONSERVATION    ANIMAL WELFARE    PYTHONS

## You May Also Like



ANIMALS

**Etsy and eBay are selling dead bats—and scientists are disturbed**



MAGAZINE

Is a U.S. retailer selling boots made from endangered elephants?



ANIMALS

**This bird is a survivor. Now she's the 14,000th animal in Nat Geo's Photo Ark.**



ANIMALS

**These macaques are used for entertaining. They're also endangered.**



**ANIMALS**

**Orcas are killing porpoises—but not eating them. Why?**

# GO FURTHER

## ANIMALS

ANIMALS

The harrowing flight that wild whooping
cranes make to survive

ANIMALS

Why are fish in Florida spinning in circles
until they die?

ANIMALS

Billions of cicadas are about to emerge

AN

The

ENVIRONMENT

ANIMALS

The harrowing flight that wild whooping cranes make to survive

ENVIRONMENT

Why the 2024 hurricane season could be especially active

ENVIRONMENT

Mushroom leather? The future of fashion is closer than you think.

ENV

Thi
acr

HISTORY & CULTURE

HISTORY & CULTURE

Why we clean in the spring

HISTORY & CULTURE

Why Nowruz is a celebration of springtime

HISTORY & CULTURE

See the story of Jonah and the whale like never before

HIS

Thi
insi

SCIENCE

SCIENCE

Colossal volcano discovered on Mars—hiding in plain sight

SCIENCE

This is your brain on dating apps

SCIENCE  MIND, BODY, WONDER

Do you really need 10,000 steps a day?

SCI

Wit
you

TRAVEL

TRAVEL DESTINATION GUIDE

The essential guide to visiting Utah

TRAVEL DESTINATION GUIDE

The 7 coolest hotels in Utah

TRAVEL DESTINATION GUIDE

How to experience Utah like a local

TR
Thi
tou

# THE BEST OF NATIONAL GEOGRAPHIC DELIVERED TO YOUR INBOX

Sign up for more inspiring photos, stories, and special offers from National Geographic.

Email Address

Enter your email

Yes! I would like to receive top content, special offers, and other updates from National Geographic and The Walt Disney Family of Companies. By creating an account, you agree to our Terms of Use and acknowledge that you have read our Privacy Policy and US State Privacy Rights Notice.

**SIGN UP**

## LEGAL

Terms of Use

Privacy Policy

Your US State Privacy Rights

Children's Online Privacy Policy

Interest-Based Ads

About Nielsen Measurement

Do Not Sell or Share My Personal Information

## OUR SITES

Nat Geo Home

Attend a Live Event

Book a Trip

Buy Maps

Inspire Your Kids

Shop Nat Geo

Visit the D.C. Museum

Watch TV

Learn About Our Impact

Support Our Mission

Masthead

Press Room

Advertise With Us

## JOIN US

Subscribe

Customer Service

Renew Subscription

Manage Your Subscription

Work at Nat Geo

Sign Up for Our Newsletters

Contribute to Protect the Planet

## FOLLOW US

United States (Change)



Copyright © 1996-2015 National Geographic Society   |   Copyright © 2015-2024 National Geographic Partners, LLC. All rights reserved



High-End Designers Cited for Importing Protected Animal Products – NBC Los Angeles

**LOS ANGELES**

# High-End Designers Cited for Importing Protected Animal Products

Many high-value items shredded or incinerated after being seized for not having proper permits.

By Jenna Susko and Matt Schrader • Published November 12, 2015 • Updated on November 13, 2015 at 8:00 am

Top Hollywood designers have been cited for illegally importing animal products. Jenna Susko reports for NBC4 at 11 p.m. on Thursday, Nov. 12, 2015.



laws, an NBC4 I-Team investigation has learned.

Federal documents show some prominent designers have been cited and fined in connection with the import of animal products – many of them protected and requiring a special permit.

The items seized by the U.S. Department of Fish & Wildlife often end up in a warehouse and, eventually, some are shredded or thrown into an incinerator to be destroyed.

Many items are sold by upscale luxury brands that can be found on Beverly Hills' historic Rodeo Drive. Shoppers can find elaborate displays featuring bags, shoes and coats made from some of the finest materials on Earth – and even take them home, for a pretty penny.

In fact, Hollywood's role as entertainment capital of the world means celebrity fashion choices can influence or spark trends, according to E! News host Catt Sadler.

"Celebrities are influencing trends every single day," Sadler told NBC4's Jenna Susko.

And many of the items seized by officials come from brands that attract significant attention from celebrities.

Federal officials allowed the I-Team's cameras inside a top secret facility near Denver, where nearly 1.5 million items are stored – until space runs out and they're forced to destroy or donate some of the items.

"Some of this stuff looks like things I would have seen on the runway," Susko said.

"We have some items like that," said Cole Schaefer, who oversees the facility.

Many of the items held in Colorado come from another top-secret facility in Los Angeles, where thousands of packages are screened each day by a team of officials and – on occasion – a K9 trained to detect animal products.

NBC4 found some of the items seized are high-end, hard-to-find designer bags.

"I think the general public would be shocked at how much wildlife is still imported and exported to



There are so many items that we seize on a daily basis.

Fish & Wildlife documents obtained by NBC4 reveal more than 10,000 items imported to the U.S. since 2010, seized for various violations. Most commonly, for protected species that require permits.

"That permit is critical to save populations in other countries and ours," Schaefer said. "That permit represents the sustainability of that harvest, and without us knowing that came from a sustainable population, we could lose entire populations of animals."

Records reveal more than 600 items imported by LVMH, the parent company of brands including Louis Vuitton and Christian Dior, have been seized since 2010. The company has also been fined multiple times.

Tom Ford International was fined $9,000 and ordered to train its employees on the law after $90,000 worth of handbags was brought into the United States without permits.

A feathered Alexander McQueen jacket – like one worn by model Naomi Campbell -- was seized after the designer attempted to import to New York without permits.

Sadler said many celebrities have taken stands against some animal products such as fur, but said many designers still use it.

"The couture designers are far less motivated to suddenly wipe out fur when it comes to what we are seeing on the runway," Sadler said. "You see people like Penelope Cruz and Eva Mendes doing these big PETA campaigns."

"But then you still see [other] powerful 'it' girls rocking fur like it's their job," she said.

Some designers have also taken a stand against using animal products for fashion, including designer Marc Bouwer.

Bouwer has dressed some of Hollywood's biggest stars – famously Angelina Jolie for the Oscars in 2004, and Oprah Winfrey for the cover of her magazine this month.

"I don't use any animal products in my collection at all," Bouwer said. "I find there's tremendous

High-End Designers Cited for Importing Protected Animal Products – NBC Los Angeles



As for the government warehouse stocked with seized designer goods, space is limited. Eventually, once-coveted fashion items are destroyed.

"Special agents are out there, and we are looking for these types of investigations and this type of illegal activity," Dean said.

LVMH and Tom Ford declined to comment for this story.

*Statement from Alexander McQueen"*
*"As you know Alexander McQueen is part of Kering Group. The Group and its Brands, including Alexander McQueen, are fully committed to legal and sustainable trade and our strict adherence of CITES procedures across our supply chains is fundamental to this commitment. We also have a suite of internal policies and guidelines that guide our company's actions on sustainable trade and promote positive outcomes.*

*Additionally, through Kering, we are continuously working closely with international experts in CITES, ITC and NGOs and sometimes also with governments themselves to support improvements in traceability and sustainability in the trade of raw materials.*

*CITES exists to promote sustainable, legal and traceable trade in biodiversity and the CITES procedures are in place to ensure that species in trade are well managed and monitored to show that there are no detrimental impacts on the species due to trade. In this way, sustainable trade can deliver conservation and livelihoods benefits.*

*Our Group is deeply committed to sustainable sourcing and we continue to explore ways to support excellent administrative processes that will avoid any technical errors."*

This article tagged under:



---

**BLUE NILE** | SPONSORED                                      [ Shop ]

**Classic Wedding Ring In 14k White Gold (3mm)**

**GILT** | SPONSORED                                          [ Buy now ]

**Suzy Levian 14K 0.50 Ct. Tw. Diamond Eternity Ring**

**DOG FOOD DISCOVERY** | SPONSORED                            [ Learn more ]

**3 Toxic Foods For Dogs: The One Meat You Should Never Feed Your Dog**

**GUNDRYMD** | SPONSORED                                      [ Learn more ]

**Top Doctor: If You Eat Banana Every Day, This Is What Happens**

**BLUE NILE** | SPONSORED                                      [ Shop ]

**Seven Stone Princess Lab Grown Diamond Ring In 14k Rose Gold (1 ct. tw.)**

**COMPARISONS.ORG** | SPONSORED                               [ Learn more ]

**Florida Drivers With No DUI's Getting A Pay Day On Wednesday**

**SUGGEST-ME** | SPONSORED

**The Reimagined 2023 Outlander Might Be The Hottest SUV Of The Year**

**LIFETIPSJOURNAL** | SPONSORED                               [ Learn more ]

**1 Odd Trick Restores Your Eyes To Perfect 20/20 Vision**

**LONG BEACH**

**Good Samaritan attacked while helping woman who was robbed in Long Beach**

**NONPROFIT**



**$227,000 in unrestricted funding available to nonprofits in Southern California**

## Weather Forecast

**LOS ANGELES, CA**

# 61°

Fog
0% Precip

**TONIGHT**

## 53°

**TOMORROW**

## 72°



**NEWSLETTERS**

**SUBMIT TIPS FOR INVESTIGATIONS**

**CONTACT US AND MEET THE NEWS TEAM**

**OUR NEWS STANDARDS**

**INTERNSHIPS WITH NBC4 AND TELEMUNDO 52 LOS ANGELES**

KNBC Public Inspection File
KNBC Accessibility
KNBC Employment Information
FCC Applications
Send Feedback
Advertise With Us
Terms of Service
Privacy Policy
     Your Privacy Choices
CA Notice
Ad Choices



Wednesday, March 20, 2024





(https://caxynews.com/)

Breaking News

February 15     Enjoy the Long Week

Podcasts          Home (Https://Caxynews.Com)          News (Https://Caxynews.Com/Category/News/)



Features (Https://Caxynews.Com/Category/Feature



Politics (Https://Caxynews.Com/Category/Politics/)     A&E (Https://Caxynews.Com/Category/Ae/

Opinon (Https://Caxynews.Com/Category/Opinon/)

(https://caxynews.com/)



Sports (Https://Caxynews.Com/Category/Sport

(https://www.f u=https%3A% brands-convoluted-in-wildlife-trafficking%2F

Social Justice (Https://Caxynews.Com/Category/Social-Justice/)

(https://caxynews.com/)

Global Perspectives (Https://Caxynews.Com/Category/Global-Perspective/)     Staff     More

(https://twitter text=Designe Brands Convoluted in Wildlife Trafficking&u





(//caxynews.c brands-convoluted-in-wildlife-trafficking/? print=true)

# Designer Brands Convoluted in Wildlife Trafficking

Ella Gartz & Nghi Doan



Photo by Creative Commons (https://caxynews.com/staff_name/creative-commons/)

The iconic and expensive Birkin bag, designed by Hermés, flaunts exotic animal skin.

(https://caxynews.com/staff_name/ella-gartz-nghi-doan/), Managing Editor of A&E & Managing Editor of News

April 26, 2022

Louis Vuitton, Hermès, Dior, Prada, Gucci, and other famous fashion houses have allegedly been convoluted in an illegal industry – one valued at over $20 billion – wildlife trafficking.

The most popular animals of the trade are known to be ostriches, crocodiles, and many endangered species. Business begins in East Asia, West Africa, and Latin America where the animals live and are illegally hunted. They are then brought to be brutally tortured – often while conscious – and killed so that their high-demand skin can be packaged up. These remains are then exported to the fashion houses, where their skin is wrenched into beloved bags and prized accessories.

Beyond the horrific animal abuse, wildlife trafficking has other devastating effects. The United Nations Environmental Programme (UNEP), claims that wildlife trafficking will "weaken entire ecosystems" and "threaten

Recent Stories (/)



Zach Youn: How many more records is he going to break? (https://caxynews.com/7560 youn-how-many-more-records-is-he-going-to-break/)

Joon Lee (https://caxynews.com/staff_name/jo lee/), Managing Editor of STEM • March 12, 2024



The pouring number of Migrants in New York City (https://caxynews.com/7564 justice/the-pouring-number-of-migrants-in-new-york-city/)

Cynthia Li (https://caxynews.com/staff_name/c li/) and Joon Lee (https://caxynews.com/staff_name/jo lee/) • March 12, 2024



Need a break from the ads? The advice column is back! (https://caxynews.com/7 a-break-from-the-ads-the-advice-column-is-back/)

Ela Jain (https://caxynews.com/staff_name/el jain/) and Theresa Fu (https://caxynews.com/staff_name/th fu/) • March 12, 2024



The distinct role competitive clubs play at LFA (https://caxynews.com/753 distinct-role-competitive-clubs-play-at-lfa/)

Theresa Fu (https://caxynews.com/staff_name/th fu/) and Claire Ireland (https://caxynews.com/staff_name/cl ireland/) • March 12, 2024

The resurgence of live

essential links of the world's biological diversity," which is "one of the greatest global threats in our time." This not only accelerates climate change but also poses a more immediate threat to human life with a rise in zoonotic disease, triggered by animal extinction.

Animals can be used for consumer goods in a safe, sustainable, and legal way, yet luxury brands are still choosing to involve themselves in wildlife trafficking. Those directly involved in animal abuse and the supply-side of wildlife trafficking are incentivized by the demands of these luxury brands. They are often also involved with illegal logging, money laundering, terrorism funding, and other crimes. This exposes another critical issue: the demand for luxury goods implicitly employs criminals.

Valerie Sorenson, Department Chair of  Modern & Classical Languages, said, "I think most of us don't know very much about the products we buy all the time, and it makes sense because researching all the practices and sources of every product takes a lot of work." Assumptions made about products also play a huge role in this issue. Considering that luxury products are already so expensive, it is shocking to discover that these products are still crafted in an illegal way. Avery Martin, a fashion fanatic and junior at LFA, said, "with products that cost thousands, the companies certainly have the budget to be sustainable."

Jannie Nguyen, a senior at LFA who, like many in the area, owns designer bags, said, "It's so engraved into our society of having an item for its design or status." Some of the wealthiest and most famous people advertise these devastating designer bags freely when they can afford more sustainable options and simultaneously use their extensive platforms to encourage others to do the same. "Even though it's not ethical, it's what makes it exclusive because it's harder to get. That's why brands like Hermès have that price tag, people will lose interest if it's not exclusive anymore, and

actions: nostalgia vs. originality (https://caxynews.com/7526... resurgence-of-live-actions-nostalgia-vs-originality/)

Theresa Fu (https://caxynews.com/staff_name/th... fu/) and Ela Jain (https://caxynews.com/staff_name/el... jain/) • March 12, 2024







(https://www.f... u=https%3A%... brands-convoluted-in-wildlife-trafficking%2F...



(https://twitter... text=Designe... Brands Convoluted in Wildlife Trafficking&u...



(//caxynews.c... brands-convoluted-in-wildlife-trafficking/?print=true)

Case 1:24-cr-20277-RKA Document 11-6 Entered on FLSD Docket 04/18/2024 Page 28 of 28

brands don't want that "Nguyen said "They probably won't use synthetic skin, since they will lose their price range and exclusivity," she added.

Demand for unethically-made designer items abuses animals accelerates climate change and employs criminals. A particular logo should not excuse such destruction. The awareness and concern of consumers are the only power to change this. In a survey sent to all LFA students, about a third of the 98 respondents said that they own an item, or multiple, from a brand involved in wildlife trafficking while over two-thirds reported that they were unaware of such allegations. This underscores the relevance that the issue has to our community. Tanya Ganesh, a survey respondent and sophomore at LFA, discussed how she believes that this is an "opportunity to help companies revise their morals and values by avoiding the brand."

---

Leave a Comment

---

# The Spectator

### The student news site of Lake …

| Home | Staff | About |
| --- | --- | --- |





(https://www.t
u=https%3A%
brands-
convoluted-
in-wildlife-
trafficking%2



(https://twitter
text=Designe
Brands
Convoluted
in Wildlife
Trafficking&u



(//caxynews.c
brands-
convoluted-
in-wildlife-
trafficking/?
print=true)

Enter Search

© 2024 • FLEX Pro WordPress Theme (https://snosites.com/why-sno/) by SNO (http://snosites.com) • Log in (https://caxynews.com/wp-login.php)