# EXHIBIT 7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE № 22-20170-CR-SCOLA

UNITED STATES OF AMERICA,

vs.

NANCY TERESA GONZALEZ de BARBERI,

      *Defendant.*

_____/

## DECLARATION OF JACK FERNANDEZ

| | |
|---|---|
| STATE OF FLORIDA | ) |
| | ) |
| COUNTY OF HILLSBOROUGH | ) |

1.    I am an attorney licensed to practice in the State of Florida and in Washington, D.C. I practice law with Zuckerman Spaeder LLP in Tampa, Florida.

2.    I represented Nancy Gonzalez, domiciled in Colombia (hereafter "Ms. Gonzalez"), in connection with a federal investigation until my representation terminated on or about September 27, 2022.

3.    When I represented Ms. Gonzalez, I communicated regularly with attorneys from the Department of Justice about a potential resolution of possible charges against Ms. Gonzalez. Initially those communications involved the United States Attorney's Office for the Southern District of Florida but at some point, in late 2020 or early 2021 the government's investigation was transferred from the Southern District of Florida to the Eastern District of New York.

4.    These communications with Department of Justice lawyers lasted from the beginning of my representation of Ms. Gonzalez in early 2020 until about mid-January 2022, when Daniel Suleiman of the law firm of Covington Burling assumed the primary responsibility for communicating with government counsel.

5.    While I was in charge of communicating with government counsel, on April 2021, I participated in a Zoom presentation to attorneys from the Department of Justice and the Eastern District of New York. During that presentation, my law partner Marcos Hasbun and I articulated reasons why Ms. Gonzalez should not be prosecuted and sought to negotiate that issue. The reasons we articulated included, among other reasons, the nature of the allegations and evidence, her advanced age and health, her prior charitable works, and her cooperation with the government's investigation to that point.

6.    The government asked pertinent questions during the April 2021 Zoom presentation and requested information about Ms. Gonzalez's philanthropic activities and supporting information about her medical condition. On or about May 14, 2021, my firm responded to the government's request in a letter in which we also asked the government to advise when we could participate in another Zoom call to follow up on any additional questions the government might have. A copy of that letter is attached as Exhibit A to this Declaration.

7.    The government attorneys to whom we made the Zoom presentation did not seek an additional Zoom call and did not respond to our letter. Taint counsel for the government, however, did conduct negotiations with me about various items potentially responsive to a grand jury subpoena marked as privileged on a privilege log.

8.    My last communication with Department of Justice lawyers occurred via an email dated January 25, 2022, after Mr. Daniel Suleiman had taken charge of negotiations. Mr. Suleiman's January 25, 2022 email, copying me, confirmed his understanding of a conversation he had had with counsel for the government:

        "RJ, Thanks very much for the call yesterday.  We appreciated the conversation and look forward to speaking after the taint review process is complete. We will be grateful to take you up on the offer to present additional information before any decisions are made on the case.  Best, Dan"

9.    The "RJ" the email referenced was the Department of Justice lawyer with whom we had been negotiating on behalf of Ms. Gonzalez, Richard J. Powers. Based on that email, I believed the government was continuing in good faith to negotiate over a resolution of the government's case against Mrs. Gonzalez and that we would be provided another opportunity to come to a mutually agreeable resolution.

10.   I was not aware that the government had sought and obtained an indictment against Ms. Gonzalez until I learned she had been arrested in Colombia on or about April 26, 2022, where I understand she remains incarcerated. I also was unaware until that point that the case was apparently no longer being investigated in the Eastern District of New York but, instead, had been transferred to the Southern District of Florida.

11.    Had the government notified Ms. Gonzalez, through counsel, that it had terminated negotiations, intended to seek her indictment, and seek her extradition from Colombia to the United States, I believe, based on my experience with Ms. Gonzalez and her cooperation with the government's investigation, that she would have instructed counsel to negotiate permission for voluntary appearance in the United States to answer charges. Based on my nearly thirty years as a federal prosecutor and criminal defense attorney, I am confident a federal Magistrate Judge would have viewed her as an excellent candidate for bond given the nature of the allegations, the fact that she would have voluntarily come to Florida to defend them, her spotless record, her relatively advanced age and medical condition, her record of humanitarian work, and because she has a daughter in Florida with whom she could stay pending resolution.

PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.  EXECUTED ON APRIL 18, 2023.

JACK FERNANDEZ

# Exhibit A



ZUCKERMAN
SPAEDER

Marcos E. Hasbun
PARTNER
Zuckerman Spaeder LLP
mhasbun@zuckerman.com
813.321.8220

May 14, 2021

**SUBJECT TO FED. R. OF CRIM. P. 11(f) AND FED. R. OF EVIDENCE 410**

**VIA ELECTRONIC MAIL**

RJ Powers
Environmental and Natural Resources
Division
U.S. Department of Justice
4 Constitution Square
150 M. Street, N.E., Room 4.107
Washington, D.C. 20002
**Email: richard.j.powers@usdoj.gov**

Assistant U.S. Attorney Tara McGrath
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201
**Email: Tara.McGrath@usdoj.gov**

Re:     Gzuniga, Ltd. & Nancy Gonzalez

Dear Counsel:

On behalf of Gzuniga, Diseno y Moda, and Ms. Gonzalez, we appreciate the time you took to speak and meet with us via Zoom on April 20, 2021. At the end of our presentation, Mr. Powers inquired about Ms. Gonzalez's philanthropic activities and the medical condition referenced by us, among other topics. In regard to the former, attached please find a spreadsheet (Exh. A), together with supporting documentation enclosed in the attached zipfile, reflecting more than $200,000 in charitable donations by Gzuniga, at Ms. Gonzalez's direction, from 2012 to 2020 to more than twenty charities around the United States, including ones in New York, Texas, California, and Florida.

These diverse charities, ranging from the TWO x TWO for AIDs and Art Benefit Gala and Art Auction held in Dallas, Texas, which received exceptionally generous donations from Gzuniga in 2012, and again in 2015, to benefit AIDS research and the Dallas Museum of Art, to the Circle of Generosity in New York, which received donations from Gzuniga in 2014, 2016, and 2019, to further its mission to "give a one time financial gift to an individual or family for basic living, education, or medical needs during a time of struggle," benefited from Ms. Gonzalez's values and commitment to helping communities across the United States. The charitable donations benefitting causes just in the United States exceeded $200,000, representing the retail value of the donated Nancy Gonzalez products, which in turn yielded far greater sums at charity auctions because of their high demand. More recently, Ms. Gonzalez has donated 5% of sample sale proceeds to the United Way Miami-Dade County and the United Way New York City Foundation, as well as to the Project Angel Foundation in Los Angeles.

Ms. Gonzalez's record of charitable giving is not limited to the United States. Her charitable efforts also include philanthropy in Colombia, where at her direction, Diseno y Moda donates to many other causes, like Fundacion Soladarida por Colombia, which raises food for the indigent, and Santuario de Fatima, a Catholic church. *See* Exh. B – Agradecimiento Nancy Gonzalez (Fundacion Donacion Solidaridad Por Colombia); bank statement reflecting to Fundacion Solidaridad Por Colombia.; May, 2020 donation records for transfers to Santuario de Fatima. Additionally, in 2020, Diseno y Moda, at Ms. Gonzalez's direction, purchased food to provide 352 needy Colombian families with food packages. *See* Exh. C - Diseno y Moda accounting records reflecting expenses for "Compra de . . . Mercados Para Donacion" accounting invoices, which translates roughly into "goods purchased for donation.".

Further, for years, Ms. Gonzalez has volunteered her personal time and donated to the Samaritan Foundation of the Street in Cali, Colombia, including recently to help distribute nearly 1,000 food packages to those in need during the Covid-19 pandemic. *See* Exh. D, April 19, 2021 Letter from Father Jose Gonzalez (no familial relation to Ms. Gonzalez), Priest of the Archdiocese of Cali and Director of the Samaritans of the Street Foundation (Spanish original with certified English translation).

With respect to Ms. Gonzalez's medical condition, attached please find the relevant medical record, reflecting that she began suffering back pain in or around October 2019. *See* Exh. E. In January 2021, she was diagnosed with polymaglia rheumatica, an inflammatory disorder that causes muscle pain and stiffness.

Please let us know once you have had a chance to review, and also your availability for another Zoom call to follow-up on some of the other questions you raised with us on April 20, 2021.

Sincerely,

*/s/ Marcos E. Hasbun*

Marcos E. Hasbun

MEH/vmc

cc:     Jack E. Fernandez

Attachments

7750161.1