# GOVERNMENT EXHIBIT 3

