GOVERNMENT

EXHIBIT

10

7/11/2017 Email from John Aguilar

with Gzuniga Invoices attached

**rom:** Jhon Camilo Aguilar[exportaciones2@dymInternacional.com]
**ent:** Tue 7/11/2017 2:39:36 PM (UTC)
**ubject:** RE: Invoice Needed:Saks (Passenger)
9229.pdf
9230.pdf

Hi Eric,

Attached you will find the invoices corresponding to units that you have received today. The other two units are a Resort18 sample and a handbag for Katie.

Best regards

John Camilo Aguilar J
Export Coordinator & CITES
C.I. Diseño y Moda Internacional S.A.S.
Tel. (572) 695 91 11  Ext. 110
Cali - Colombia


**De:** Eric Schneider [mailto:eric@nancygonzalezusa.com]
**Enviado el:** martes, 11 de julio de 2017 08:35 a.m.
**Para:** Jhon Camilo Aguilar; Gustavo Trujillo
**CC:** Sandra Becerra B.; Gili Abelson; Katie Gordon
**Asunto:** Invoice Needed:Saks (Passenger)

Dear all,

Can I get an invoice for the units I received from the passenger for Saks this morning.

Thank you,
Eric



## NANCY GONZALEZ
COLOMBIA · NEW YORK

**Eric Schneider-Abramson**
**General Manager**
Nancy Gonzalez & Santiago Gonzalez
5 E. 57th Street
9th Floor
New York, NY 10022
p: (212) 644-8401 x101
f: (212) 644-8469
Visit us on Facebook and Instagram

NOTICE: This e-mail, and any attachments thereto, are intended only for use by the addressee's) named herein and may contain confidential and/or privileged information. If you are not the intended recipient of this e-mail, you are hereby notified that any review, dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by reply e-mail or by telephone at +1 (212) 644-8401 and permanently delete and destroy all copies of the information contained herein, including all copies which may be stored in a computer or saved to a disk.

*Ex 3 a*

# GZUNIGA LTD.



NANCY GONZALEZ

| Order No. | 6384050 | | Invoice No. | 019229 |
|---|---|---|---|---|

| Bill to / Cliente | Ship to / Destino | Customer / Store | Notify Party / Notificado |
|---|---|---|---|
| SAKS FIFTH AVENUE<br><br>P.O. BOX 20040<br><br><br>JACKSON        MISSISSIPPI<br>39289-0040<br>USA | SAKS 5TH AVENUE<br>5TH AVENUE<br>250 HIGHLAND PARK BLVD<br>WILKES BARRE PA<br>WILKES BARRE        PENSILVANIA<br>18702<br>USA | Store:   628 TR<br>Dept:    783<br>Vendor:  20608<br>Duns:<br>PI:      6499TR | PERFORMANCE TEAM<br>145 TALMADGE ROAD<br>EDINSON NJ 08817<br>7323796050<br>NEW YORK<br>USA |

| Invoice Date Fecha De Factura | Shipping Date Fecha De Despacho | Ship Via Medio Transporte | Net Weight Peso Neto | Gross Weight Peso Bruto | Currency Moneda | Shipping Terms Términos Negociación | Payment Terms Condiciones de Pago |
|---|---|---|---|---|---|---|---|
| 06-30-2017 | 06-30-2017 | LAND | 0.60 | 0.80 | DOLLAR | DDP | 30 DAYS NET |

| Packing List O.P | Curr. P.O. Label | P.O. Date Fecha O.P. | Reference Referencia | Description Descripción | Code Color | Qty Cantidad | Unit Price Precio Unidad | Extended Cost Costo Total |
|---|---|---|---|---|---|---|---|---|
| 019904 | 022782 | 05-23-2017 | CR165469TR-01 | CROCODILE HANDBAG BLACK 072 BOLSO EN COCODRILO CAIMAN CROC FUSCUS COL: 42.02.21.00.00 | 072 | 1 | 2,130.00 | 2,130.00 |
| | | | | | | | | 2,130.00 |

| Vendor No. Vendedor No. | Total Cartons Total de Piezas | Bred in Captivity  for commercial purposes | Total QTY Cantidad Total | 0.00 |
|---|---|---|---|---|
| 20608 | 1 | | | 0.00 |
| Country of Origin Origen | Destination Destino | | 1 | 0.00 |
| COLOMBIA | USA | | Total Invoice Total Factura | 2,130.00 |

Upon receipt of any merchandise shipped on this invoice please inspect all units and notify us in writing
within 5 days for any claims of shortages or damages.

| Page: Pagina: | 1 | Of : De : | 1 |
|---|---|---|---|

Elaborado por/ Made by: _____

Revisado por/ Checked by: _____

INV #2016500972
Attachment #03, ROI #053
Page 2 of 3

3b

# GZUNIGA LTD.



NANCY GONZALEZ

| Order No. | 6384050 | | | | | | Invoice No. | 019230 |
|---|---|---|---|---|---|---|---|---|

| Bill to Cliente | Ship to Destino | Customer Store | Notify Party Notificado |
|---|---|---|---|
| SAKS FIFTH AVENUE<br><br>P.O. BOX 20040<br><br><br>JACKSON        MISSISSIPPI<br>39289-0040<br>USA | SAKS 5TH AVENUE<br>5TH AVENUE<br>250 HIGHLAND PARK BLVD<br>WILKES BARRE PA<br>WILKES BARRE        PENSILVANIA<br>18702<br>USA | Store: 669 NS<br><br>Dept:   783<br><br>Vendor:  20608<br><br>Duns:<br><br>PI:     6499NS | PERFORMANCE TEAM<br>145 TALMADGE ROAD<br>EDINSON NJ 08817<br>7323796050<br>NEW YORK<br>USA |

| Invoice Date Fecha De Factura | Shipping Date Fecha De Despacho | Ship Via Medio Transporte | Net Weight Peso Neto | Gross Weight Peso Bruto | Currency Moneda | Shipping Terms Términos Negociación | Payment Terms Condiciones de Pago |
|---|---|---|---|---|---|---|---|
| 06-30-2017 | 06-30-2017 | LAND | 0.60 | 0.80 | DOLLAR | DDP | 30 DAYS NET |

| Packing List O.P | Cust. P.O. Label | P.O. Date Fecha O.P. | Reference Referencia | Description Descripción | Code Color | Qty Cantidad | Unit Price Precio Unidad | Extended Cost Costo Total |
|---|---|---|---|---|---|---|---|---|
| 019905 | 022784 | 05-23-2017 | CS175679TR-01 | CROCODILE HANDBAG PINK BU6 BOLSO EN COCODRILO<br>CAIMAN CROC FUSCUS<br>COL: 42.02.21.00.00 | BU6 | 1 | 2,000.00 | 2,000.00 |
| | | | | | | | | 2,000.00 |

| Vendor No. Vendedor No. | Total Cartons Total de Piezas | | Bred in Captivity  for commercial purposes | Total QTY Cantidad Total | |
|---|---|---|---|---|---|
| 20608 | 1 | | | | 0.00 |
| Country of Origin Origen | Destination Destino | | | 1 | 0.00 |
| COLOMBIA | USA | | | Total Invoice Total Factura | 2,000.00 |

Upon receipt of any merchandise shipped on this invoice please inspect all units and notify us in writing within 5 days for any claims of shortages or damages.

| Page: Pagina: | 1 | Of: De: | 1 |
|---|---|---|---|

Elaborado por/ Made by: _____

Revisado por/ Checked by: _____

5 east 57th Street 9th Floor
New York, NY 10022 U.S.A.
Tel: (212) 644-8401 Fax: (212) 644-8469

INV #2016500972
Attachment #03, ROI #053
Page 3 of 3

3C

Email chain beginning on 10/5/2017 from

John Aguilar with Gzuniga Invoices attached

**To:**     Eric Schneider[eric@nancygonzalezusa.com]; Jhon Camilo Aguilar[exportaciones2@dyminternacional.com]; Katie Gordon[katie@nancygonzalezusa.com]; Gili Abelson[gili@nancygonzalezusa.com]
**Cc:**     Gustavo Trujillo[comercioexterior@dyminternacional.com]; Sandra Becerra B.[operations_director@dyminternacional.com]
**From:**   Doris Lizbeth Moya Fernandez[Exportaciones1@dyminternacional.com]
**Sent:**   Fri 10/6/2017 5:08:55 PM (UTC)
**Subject:** RE: INVOICES AND PCKING LIST UNITS SENT WITH PASSENGERS

Hi Eric

i have good news :)

at the moment they go to Ny office :) please keep me posted :)

Best

**De:** Eric Schneider [mailto:eric@nancygonzalezusa.com]
**Enviado el:** viernes, 06 de octubre de 2017 11:49 a.m.
**Para:** Doris Lizbeth Moya Fernandez; Jhon Camilo Aguilar; Katie Gordon; Gili Abelson
**CC:** Gustavo Trujillo; Sandra Becerra B.
**Asunto:** Re: INVOICES AND PCKING LIST UNITS SENT WITH PASSENGERS

WAT TIME ARE THEY COMING?



# NANCY GONZALEZ
COLOMBIA · NEW YORK

**Eric Schneider-Abramson**
General Manager
Nancy Gonzalez & Santiago Gonzalez
5 E. 57th Street
9th Floor
New York, NY 10022
p: (212) 644-8401 x101
f: (212) 644-8469
Visit us on Facebook and Instagram

NOTICE: This e-mail, and any attachments thereto, are intended only for useby the addressee's) named herein and may contain confidential and/orprivileged information. If you are not the intended recipient of this e-mail, you are hereby notified that any review, dissemination, distributionor copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediatelynotify the sender by reply e-mail or by telephone at +1 (212) 644-8401 andpermanently delete and destroy all copies of the information containedherein, including all copies which may be stored in a computer or saved to a disk.

**From:** Doris Moya <Exportaciones1@dyminternacional.com>
**Date:** Friday, October 6, 2017 at 12:39 PM
**To:** Eric Schneider <eric@nancygonzalezusa.com>, JHON CAMILO <exportaciones2@dyminternacional.com>, Katie Gordon <katie@nancygonzalezusa.com>, Gill Abelson <gili@nancygonzalezusa.com>
**Cc:** GUSTAVO <comercioexterior@dyminternacional.com>, Sandra Operations <operations_director@dyminternacional.com>
**Subject:** RE: INVOICES AND PCKING LIST UNITS SENT WITH PASSENGERS

yes eric, they arrived today

**De:** Eric Schneider [mailto:eric@nancygonzalezusa.com]    INV #2016500972
                                                            Attachment #04, ROI #053
                                                            Page 1 of 15

*Ex 4a*

**Enviado el:** viernes, 06 de octubre de 2017 10:48 a.m.
**Para:** Jhon Camilo Aguilar; Katie Gordon; Gili Abelson
**CC:** Doris Lizbeth Moya Fernandez; Gustavo Trujillo; Sandra Becerra B.
**Asunto:** Re: INVOICES AND PCKING LIST UNITS SENT WITH PASSENGERS

Dear Jhon Camilo,

Are these coming today?

Thank you so much,
Eric



# NANCY GONZALEZ
COLOMBIA · NEW YORK

Eric Schneider-Abramson
General Manager
Nancy Gonzalez & Santiago Gonzalez
5 E. 57th Street
9th Floor
New York, NY 10022
p: (212) 644-8401 x101
f: (212) 644-8469
Visit us on Facebook and Instagram

NOTICE: This e-mail, and any attachments thereto, are intended only for useby the addressee's) named herein and may contain confidential and/orprivileged information. If you are not the intended recipient of this e-mail, you are hereby notified that any review, dissemination, distributionor copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediatelynotify the sender by reply e-mail or by telephone at +1 (212) 644-8401 andpermanently delete and destroy all copies of the information containedherein, including all copies which may be stored in a computer or saved to a disk.

**From:** JHON CAMILO <exportaciones2@dyminternacional.com>
**Date:** Thursday, October 5, 2017 at 5:14 PM
**To:** Katie Gordon <katie@nancygonzalezusa.com>, Eric Schneider <eric@nancygonzalezusa.com>, Gili Abelson <gili@nancygonzalezusa.com>
**Cc:** Doris Moya <Exportaciones1@dyminternacional.com>, GUSTAVO <comercioexterior@dyminternacional.com>, Sandra Operations <operations_director@dyminternacional.com>
**Subject:** INVOICES AND PCKING LIST UNITS SENT WITH PASSENGERS

Hi all,

Please find attached the packing list and the invoices corresponding to the units that were sent today with the passengers.

Best regards

John Camilo Aguilar J
Export Coordinator & CITES
C.I. Diseño y Moda Internacional S.A.S.
Tel. (572) 695 91 11 Ext. 110
Cali - Colombia

**To:** katie@nancygonzalezusa.com[katie@nancygonzalezusa.com]; Eric Schneider[eric@nancygonzalezusa.com]; Gili Abelson[gili@nancygonzalezusa.com]
**Cc:** Doris Lizbeth Moya Fernandez[Exportaciones1@dyminternacional.com]; Gustavo Trujillo[comercioexterior@dyminternacional.com]; Sandra Becerra B.[operations_director@dyminternacional.com]
**From:** Jhon Camilo Aguilar[exportaciones2@dyminternacional.com]
**Sent:** Thur 10/5/2017 9:14:28 PM (UTC)
**Subject:** INVOICES AND PCKING LIST UNITS SENT WITH PASSENGERS

20065.pdf
20066.pdf
20067.pdf
20068.pdf
20069.pdf
20070.pdf
Lista de empaque PASAJEROS 5 DE OCTUBREm.pdf

Hi all,

Please find attached the packing list and the invoices corresponding to the units that were sent today with the passengers.

Best regards

John Camilo Aguilar J
Export Coordinator & CITES
C.I. Diseño y Moda Internacional S.A.S.
Tel. (572) 695 91 11 Ext. 110
Cali - Colombia

# GZUNIGA LTD.



| Order No. | 10100116993 | | | | | | Invoice No. | | 020065 |
|---|---|---|---|---|---|---|---|---|---|

| Bill to / Cliente | Ship to / Destino | Customer / Store | | Notify Party / Notificado |
|---|---|---|---|---|
| NEIMAN MARCUS<br><br>PRODUCTION DEPARTMENT<br>1201 ELM STREET<br>RENAISSANCE TOWER 28TH FLOOR<br>DALLAS          TEXAS<br>75207<br>USA | NEIMAN MARCUS MICHIGAN AVE 019 MA<br>PRODUCTION DEPARTMENT<br>1201 ELM STREET<br>RENAISSANCE TOWER 28TH<br>FLOOR<br>USA | Store: 019 MA<br>Dept: 247<br>Vendor: 6319<br>Duns: 900386319<br>PI: 6498MA | | PERFORMANCE TEAM<br>146 TALMADGE ROAD<br>EDINSON NJ 08817<br>7323798050<br>NEW YORK<br>USA |

| Invoice Date<br>Fecha De Factura | Shipping Date<br>Fecha De Despacho | Ship Via<br>Medio Transporte | Net Weight<br>Peso Neto | Gross Weight<br>Peso Bruto | Currency<br>Moneda | Shipping Terms<br>Términos Negociación | Payment Terms<br>Condiciones de Pago |
|---|---|---|---|---|---|---|---|
| 10-05-2017 | 10-05-2017 | LAND | 0.60 | 0.80 | DOLLAR | DDP | 30 DAYS NET |

| Packing List<br>O.P | Cust. P.O.<br>Label | P.O. Date<br>Fecha O.P. | Reference<br>Referencia | Description<br>Descripción | Code<br>Color | Qty<br>Cantidad | Unit Price<br>Precio Unidad | Extended Cost<br>Costo Total |
|---|---|---|---|---|---|---|---|---|
| 020788 | 022766 | 05-19-2017 | CS175679-01 | CROCODILE HANDBAG GREY BT7 BOLSO EN COCODRILO<br>CAIMAN CROC FUSCUS(LABEL 20065)<br>COL: 42.02.21.00.00<br><br><br>*COUNTRY ORIGIN CAIMAN CROCODILUS FUSCUS:COLOMBIA | BT7 | 1 | 1,660.00 | 1,660.00 |

| | | | | | | | | 1,660.00 |
|---|---|---|---|---|---|---|---|---|
| Vendor No.<br>Vendedor No.<br>6319 | Total Cartons<br>Total de Piezas<br>1 | | Bred in Captivity  for commercial purposes | | Total QTY<br>Cantidad<br>Total<br>1 | | | 0.00<br>0.00<br>0.00 |
| Country of Origin<br>Origen<br>COLOMBIA | Destination<br>Destino<br>USA | | | | Total Invoice<br>Total Factura | | | 1,660.00 |

Upon receipt of any merchandise shipped on this invoice please inspect all units and notify us in writing within 5 days for any claims of shortages or damages.

| Page:<br>Pagina: | 1 | Of :<br>De : | 1 |
|---|---|---|---|

Elaborado por/ Made by: _____

Revisado por/ Checked by: _____

5 east 57th Street 9th Floor
New York, NY 10022 U.S.A.
Tel: (212) 644-8401 Fax: (212) 644-8469

INV #2016500972
Attachment #04, ROI #053
Page 4 of 15

4b

# GZUNIGA LTD.



NANCY GONZALEZ
COLOMBIA ● NEW YORK

| Order No. | 10100094829 | | | | Invoice No. | 020066 | |
|---|---|---|---|---|---|---|---|

| Bill to Cliente | Ship to Destino | Customer Store | Notify Party Notificado |
|---|---|---|---|
| NEIMAN MARCUS<br><br>PRODUCTION DEPARTMENT<br>1201 ELM STREET<br>RENAISSANCE TOWER 28TH FLOOR<br>DALLAS        TEXAS<br>75207<br>USA | NEIMAN MARCUS MICHIGAN AVE 019 MA<br>PRODUCTION DEPARTMENT<br>1201 ELM STREET<br>RENAISSANCE TOWER 28TH<br>FLOOR<br>DALLAS        TEXAS<br>USA | Store:   019 MA<br>Dept:    247<br>Vendor:  6319<br>Duns:    900386319<br>PI:      6483MA | PERFORMANCE TEAM<br>145 TALMADGE ROAD<br>EDINSON NJ 08817<br>7323796050<br>NEW YORK<br>USA |

| Invoice Date Fecha De Factura | Shipping Date Fecha De Despacho | Ship Via Medio Transporte | Net Weight Peso Neto | Gross Weight Peso Bruto | Currency Moneda | Shipping Terms Términos Negociación | Payment Terms Condiciones de Pago |
|---|---|---|---|---|---|---|---|
| 10-05-2017 | 10-05-2017 | LAND | 1.20 | 1.60 | DOLLAR | DDP | 30 DAYS NET |

| Packing List O.P | Cust. P.O. Label | P.O. Date Fecha O.P. | Reference Referencia | Description Descripción | Code Color | Qty Cantidad | Unit Price Precio Unidad | Extended Cost Costo Total |
|---|---|---|---|---|---|---|---|---|
| 020789 | 022729 | 05-16-2017 | CW62660RB-01 | CROCODILE HANDBAG RED BU1 BOLSO EN COCODRILO CAIMAN CROC FUSCUS COL: 42.02.21.00.00 | BU1 | 1 | 1,400.00 | 1,400.00 |
| 020789 | 022729 | 05-16-2017 | CW175745RSF-... | CROCODILE HANDBAG CHAMPAGNE CN7 BOLSO EN COCODRILO CAIMAN CROC FUSCUS COL: 42.02.21.00.00 | CN7 | 1 | 1,683.00 | 1,683.00 |
| | | | | *COUNTRY ORIGIN CAIMAN CROCODILUS FUSCUS:COLOMBIA | | | | |
| | | | | | | | | 3,083.00 |

| Vendor No. Vendedor No. | Total Cartons Total de Piezas | Bred in Captivity for commercial purposes | Total QTY Cantidad Total | |
|---|---|---|---|---|
| 6319 | 1 | | 2 | 0.00<br>0.00<br>0.00 |
| Country of Origin Origen | Destination Destino | | Total Invoice Total Factura | 3,083.00 |
| COLOMBIA | USA | | | |

Upon receipt of any merchandise shipped on this invoice please inspect all units and notify us in writing within 5 days for any claims of shortages or damages.

| Page: Pagina: | 1 | Of: De : | 1 |
|---|---|---|---|

Elaborado por/ Made by: _____

Revisado por/ Checked by: _____

5 east 57th Street 9th Floor
New York, NY 10022 U.S.A.
Tel: (212) 644-8401 Fax: (212) 644-8469

INV #2016500972
Attachment #04, ROI #053
Page 5 of 15

4c

# GZUNIGA LTD.


NANCY GONZALEZ

| Order No. | 10100116993 | | | | | Invoice No. | 020067 |
|---|---|---|---|---|---|---|---|

| Bill to Cliente | Ship to Destino | Customer Store | Notify Party Notificado |
|---|---|---|---|
| NEIMAN MARCUS<br><br>PRODUCTION DEPARTMENT<br>1201 ELM STREET<br>RENAISSANCE TOWER 28 TH FLOOR<br>DALLAS          TEXAS<br>75207<br>USA | NEIMAN MARCUS<br>NATIONAL SERVICE CENTER<br>2301 NEIMAN MARCUS PARKWAY<br>TX<br>LONGVIEW          TEXAS<br>75602<br>USA | Store:  002NP<br><br>Dept:  247<br><br>Vendor:  5732<br><br>Duns:  900519711<br><br>PI:  6498NP | PERFORMANCE TEAM<br>145 TALMADGE ROAD<br>EDINSON NJ 08817<br>7323796050<br>NEW YORK<br>USA |

| Invoice Date Fecha De Factura | Shipping Date Fecha De Despacho | Ship Via Medio Transporte | Net Weight Peso Neto | Gross Weight Peso Bruto | Currency Moneda | Shipping Terms Términos Negociación | Payment Terms Condiciones de Pago |
|---|---|---|---|---|---|---|---|
| 10-05-2017 | 10-05-2017 | LAND | 2.40 | 3.20 | DOLLAR | DDP | 30 DAYS NET |

| Packing List O.P | Cust P.O. Label | P.O. Date Fecha O.P | Reference Referencia | Description Descripción | Code Color | Qty Cantidad | Unit Price Precio Unidad | Extended Cost Costo Total |
|---|---|---|---|---|---|---|---|---|
| 020790 | 022754 | 05-17-2017 | CR165472-01 | CROCODILE HANDBAG GREY BT7 BOLSO EN COCODRILO CAIMAN CROC FUSCUS COL: 42.02.21.00.00 | BT7 | 1 | 1,550.00 | 1,550.00 |
| 020790 | 022754 | 05-17-2017 | CW175742-21 | CROCO/MINK HANDBAG GREY BT7 BOLSO EN COCO/MINK CAIMAN CROC FUSCUS COL: 42.02.21.00.00 | BT7 | 2 | 1,700.00 | 3,400.00 |
| 020790 | 022754 | 05-17-2017 | CS175679-01 | CROCODILE HANDBAG GREY BT7 BOLSO EN COCODRILO CAIMAN CROC FUSCUS COL: 42.02.21.00.00 | BT7 | 1 | 1,660.00 | 1,660.00 |
| | | | | | | | | 6,610.00 |

| Vendor No. Vendedor No. | Total Cartons Total de Piezas | | Bred in Captivity  for commercial purposes | Total QTY Cantidad Total | | |
|---|---|---|---|---|---|---|
| 5732 | 1 | | | 4 | | 0.00<br>0.00<br>0.00 |
| Country of Origin Origen | Destination Destino | | | Total Invoice Total Factura | | 6,610.00 |
| COLOMBIA | USA | | | | | |

Upon receipt of any merchandise shipped on this invoice please inspect all units and notify us in writing within 5 days for any claims of shortages or damages.

| Page: Pagina: | 1 | Of: De: | 1 |
|---|---|---|---|

Elaborado por/ Made by: _____

Revisado por/ Checked by: _____

**5 east 57th Street 9th Floor**
**New York, NY 10022 U.S.A.**
**Tel: (212) 644-8401 Fax: (212) 644-8469**

4d

INV #2016500972
Attachment #04, ROI #053
Page 6 of 15

# GZUNIGA LTD.



| Order No. | 10100094829 | | | | | Invoice No. | 020068 |
|---|---|---|---|---|---|---|---|

| Bill to Cliente | Ship to Destino | Customer Store | Notify Party Notificado |
|---|---|---|---|
| NEIMAN MARCUS | NEIMAN MARCUS | Store: 002NP | PERFORMANCE TEAM |
| | NATIONAL SERVICE CENTER | Dept: 247 | 145 TALMADGE ROAD |
| PRODUCTION DEPARTMENT | 2301 NEIMAN MARCUS PARKWAY | | EDINSON NJ 08817 |
| 1201 ELM STREET | TX | Vendor: 5732 | 7323796050 |
| RENAINSSANCE TOWER 28 TH FLOOR | LONGVIEW          TEXAS | Duns: 900519711 | NEW YORK |
| DALLAS          TEXAS | 75602 | PI: 6483NP | USA |
| 75207 | USA | | |
| USA | | | |

| Invoice Date Fecha De Factura | Shipping Date Fecha De Despacho | Ship Via Medio Transporte | Net Weight Peso Neto | Gross Weight Peso Bruto | Currency Moneda | Shipping Terms Términos Negociación | Payment Terms Condiciones de Pago |
|---|---|---|---|---|---|---|---|
| 10-05-2017 | 10-05-2017 | LAND | 0.60 | 0.80 | DOLLAR | DDP | 30 DAYS NET |

| Packing List O.P | Cust. P.O. Label | P.O. Date Fecha O.P. | Reference Referencia | Description Descripción | Code Color | Qty. Cantidad | Unit Price Precio Unidad | Extended Cost Costo Total |
|---|---|---|---|---|---|---|---|---|
| 020791 | 022717 | 05-15-2017 | CW175745RSF-C | CROCODILE HANDBAG CHAMPAGNE CN7 BOLSO EN COCODRILO CAIMAN CROC FUSCUS COL: 42.02.21.00.00 | CN7 | 1 | 1,683.00 | 1,683.00 |

|  |  |  |  |  | | 1,683.00 |
|---|---|---|---|---|---|---|
| Vendor No. Vendedor No. | Total Cartons Total de Piezas | | Bred in Captivity for commercial purposes | Total QTY Cantidad Total | | 0.00 |
| 5732 | 1 | | | 1 | | 0.00 |
| Country of Origin Origen | Destination Destino | | | | | 0.00 |
| COLOMBIA | USA | | | Total Invoice Total Factura | | 1,683.00 |

Upon receipt of any merchandise shipped on this invoice please inspect all units and notify us in writing within 5 days for any claims of shortages or damages.

| Page: Pagina: | 1 | Of : De : | 1 |
|---|---|---|---|

Elaborado por/ Made by: _____

Revisado por/ Checked by: _____

5 east 57th Street 9th Floor
New York, NY 10022 U.S.A.
Tel: (212) 644-8401 Fax: (212) 644-8469

INV #2016500972
Attachment #04, ROI #053
Page 7 of 15

4 e

# GZUNIGA LTD.



NANCY GONZALEZ

| Order No. | 6002395 | | | Invoice No. | | 020069 |
|---|---|---|---|---|---|---|

| Bill to Cliente | Ship to Destino | Customer Store | Notify Party Notificado |
|---|---|---|---|
| NORDSTROM<br><br>NORDSTROM ACCOUNTS PAYABLE<br>PO BOX 870<br>SEATTLE WA 98111-0870<br>CEDAR RAPIDS    IOWA<br><br>USA | NORDSTROM<br>FC 599 7700 18TH STREET SW<br>CEDAR RAPIDS IA 52404<br><br>CEDAR RAPIDS       IOWA<br><br>USA | Store:<br><br>Dept:<br><br>Vendor:<br><br>Duns:<br><br>PI:    6861 | PERFORMANCE TEAM<br>145 TALMADGE ROAD<br>EDINSON NJ 08817<br>7323795050<br>NEW YORK<br>USA |

| Invoice Date Fecha De Factura | Shipping Date Fecha De Despacho | Ship Via Medio Transporte | Net Weight Peso Neto | Gross Weight Peso Bruto | Currency Moneda | Shipping Terms Términos Negociación | Payment Terms Condiciones de Pago |
|---|---|---|---|---|---|---|---|
| 10-05-2017 | 10-05-2017 | LAND | 0.60 | 0.80 | DOLLAR | DDP | Sin pago en la muestra condicionpago |

| Packing List O.P | Cust. P.O. Label | P.O. Date Fecha O.P. | Reference Referencia | Description Descripción | Code Color | Qty Cantidad | Unit Price Precio Unidad | Extended Cost Costo Total |
|---|---|---|---|---|---|---|---|---|
| 020792 | 022860 | 08-10-2017 | CW93479NA-08 | WHIPS HANDBAG GOLD WH15 BOLSO EN WHIPS CULEBRA WHIP<br>COL: 42.02.21.00.00 | WH15 | 1 | 610.00 | 610.00 |
| | | | | | | | | 610.00 |

| Vendor No. Veededor No. | Total Cartons Total de Piezas | | Bred In Captivity for commercial purposes | Total QTY Cantidad Total | | 0.00 |
|---|---|---|---|---|---|---|
| | 1 | | | | | 0.00 |
| | | | | | | 0.00 |
| Country of Origin Origen | Destination Destino | | | Total Invoice Total Factura | | 610.00 |
| COLOMBIA | USA | | | | | |

Upon receipt of any merchandise shipped on this invoice please inspect all units and notify us in writing within 5 days for any claims of shortages or damages.

| Page: Pagina: | 1 | Of : De : | 1 |
|---|---|---|---|

Elaborado por/ Made by: _____

Revisado por/ Checked by:_____

5 east 57th Street 9th Floor
New York, NY 10022 U.S.A.
Tel: (212) 644-8401 Fax: (212) 644-8469

INV #2016500972
Attachment #04, ROI #053
Page 8 of 15

4f

# GZUNIGA LTD.



NANCY GONZALEZ
COLOMBIA • NEW YORK

| Order No. | 91618 | | | | Invoice No. | | 020070 |
|---|---|---|---|---|---|---|---|

| Bill to Cliente | Ship to Destino | Customer Store | Notify Party Notificado |
|---|---|---|---|
| GORSUCH LTD<br><br>263 E  GORE CREEK DR<br>VAIL CO 81657<br><br>VAIL          COLORADO<br><br>USA | GORSUCH LTD<br>41011 U.S. HWY. 6 & 24<br>AVON, CO 81620<br><br>AVON          COLORADO<br><br>USA | Store:<br>Dept:<br>Vendor:<br>Duns:<br>PI:          6856 | PERFORMANCE TEAM<br>145 TALMADGE ROAD<br>EDINSON NJ 08817<br>7323796050<br>NEW YORK<br>USA |

| Invoice Date<br>Fecha De Factura | Shipping Date<br>Fecha De Despacho | Ship Via<br>Medio Transporte | Net Weight<br>Peso Neto | Gross Weight<br>Peso Bruto | Currency<br>Moneda | Shipping Terms<br>Términos Negociación | Payment Terms<br>Condiciones de Pago |
|---|---|---|---|---|---|---|---|
| 10-05-2017 | 10-05-2017 | LAND | 1.80 | 2.40 | DOLLAR | DDP | 50% ON PROFORMA INVOICE APP 50% BEFORE D |

| Packing List<br>O.P. | Cust. P.O.<br>Label | P.O. Date<br>Fecha O.P. | Reference<br>Referencia | Description<br>Descripción | Code<br>Color | Qty<br>Cantidad | Unit Price<br>Precio Unidad | Extended Cost<br>Costo Total |
|---|---|---|---|---|---|---|---|---|
| 020793 | 022855 | 08-08-2017 | CR165469-06 | CROCO/PYTHON HANDBAG NOCE PY573 BOLSO EN COCO/PYTHO<br>CAIMAN CROC FUSCUS-PYTHON<br>COL: 42.02.21.00.00 | PY573 | 1 | 840.00 | 840.00 |
| 020793 | 022855 | 08-08-2017 | CW175717-01 | CROCODILE HANDBAG COGNAC D52 BOLSO EN COCODRILO<br>CAIMAN CROC FUSCUS<br>COL: 42.02.21.00.00 | D52 | 1 | 840.00 | 840.00 |
| 020793 | 022855 | 08-08-2017 | CW175717-01 | CROCODILE HANDBAG WHITE H90 BOLSO EN COCODRILO<br>CAIMAN CROC FUSCUS<br>COL: 42.02.21.00.00 | H90 | 1 | 840.00 | 840.00 |

|  |  |  |  |  |  |  | | 2,520.00 |
|---|---|---|---|---|---|---|---|---|
| Vendor No.<br>Veededor No. | Total Cartons<br>Total de Piezas | | Bred in Captivity  for commercial purposes | | Total QTY<br>Cantidad<br>Total | | | 0.00<br>0.00<br>0.00 |
| | 1 | | | | 3 | | | |
| Country of Origin<br>Origen | Destination<br>Destino | | | | Total Invoice<br>Total Factura | | | 2,520.00 |
| COLOMBIA | USA | | | | | | | |

Upon receipt of any merchandise shipped on this invoice please inspect all units and notify us in writing
within 5 days for any claims of shortages or damages.

| Page:<br>Pagina: | 1 | Of :<br>De : | 1 |
|---|---|---|---|

Elaborado por/ Made by: _____

Revisado por/ Checked by: _____

5 east 57th Street 9th Floor
New York, NY 10022 U.S.A.
Tel: (212) 644-8401 Fax: (212) 644-8469

INV #2016500972
Attachment #04, ROI #053
Page 9 of 15

49

**C.I. DISEÑO Y MODA**
INTERNACIONAL S.A.S

**PACKING LIST**
BOX 1/1

DATE: **05-oct-17**

CITES No.:

## NEIMAN MARCUS

| | | | STORE: **19MA** | DEPT: **3533** |
|---|---|---|---|---|

P.O.  10100116993

P.I.   F17-6498MA

VENDOR: 6319 DUNS: 900.386.319

FV / INVOICE: **20065**

| ITEM No. | REFERENCE | DESCRIPTION | | CODE COLOR | QUANTITY | LABEL No. | |
|---|---|---|---|---|---|---|---|
| | | | | | | INITIAL | FINAL |
| 1 | CS175679-01 | CROCODILE HANDBAG | GREY | BT7 | 1 | | |
| | | | | | 1 | | |

BOX NUMBER ⟶ **1**

BOX SIZE ⟶ **44x17x39**

GROSS WEIGHT **0.8 KG**

Prepared por
Warehouse_Assistant

Página 1 de 6

4 h (1)

**C.I. DISEÑO Y MODA**
INTERNACIONAL S.A.S

**PACKING LIST**
BOX 1/1

DATE: 05-oct-17
CITES No.:

## NEIMAN MARCUS

P.O. 10100094829  VENDOR: 6319 DUNS: 900.386.319          STORE: 19MA    DEPT: 3533
P.I. F17-6483MA           FV / INVOICE:  *20066*

| ITEM No. | REFERENCE | DESCRIPTION | | CODE COLOR | QUANTITY | LABEL No. INITIAL | FINAL |
|---|---|---|---|---|---|---|---|
| 1 | CW62660RB-01 | CROCODILE HANDBAG | RED | BU1 | 1 | | |
| 2 | CW175745RSF-01 | CROCODILE HANDBAG | CHAMPAGNE | CN7 | 1 | | |
| | | | | | 2 | | |

BOX NUMBER ——————→          1
BOX SIZE ——————→    44x17x39
GROSS WEIGHT          1.6 KG

NM 83MA 19MA (1)
INV #2016500972
Attachment #04, ROI #053
Page 11 of 15

4 h (2)

**C.I. DISEÑO Y MODA**
INTERNACIONAL S.A.S

**PACKING LIST**
BOX 1/1

DATE: 05-oct-17
CITES No.:

## NEIMAN MARCUS

P.O.  10100094829
P.I.  F17-6483NP

VENDOR: 6319 DUNS: 900.386.319
FV / INVOICE:  20068

STORE:  02NP    DEPT:  3533

| ITEM No. | REFERENCE | DESCRIPTION | | CODE COLOR | QUANTITY | LABEL No. | |
|---|---|---|---|---|---|---|---|
| | | | | | | INITIAL | FINAL |
| 1 | CW175745RSF-01 | CROCODILE HANDBAG | CHAMPAGNE | CN7 | 1 | | |
| | | | | | 1 | | |

BOX NUMBER ⟶ 1
BOX SIZE ⟶ 44x17x39
GROSS WEIGHT 0.8 KG

FREDY AVILAN
Warehouse_Assistant

4 i (1)

**C.I. DISEÑO Y MODA**
INTERNACIONAL S.A.S

**PACKING LIST**
BOX 1/1

DATE: **05-oct-17**
CITES No.:

## NEIMAN MARCUS

P.O.   10100116993        VENDOR: 6319 DUNS: 900.386.319          STORE:   **02NP**        DEPT:  **3533**
P.I.   **F17-6498NP**              FV / INVOICE:      **20067**

| ITEM No. | REFERENCE | DESCRIPTION | | CODE COLOR | QUANTITY | LABEL No. INITIAL | FINAL |
|---|---|---|---|---|---|---|---|
| 1 | CR165472-01 | CROCODILE HANDBAG | GREY | BT7 | 1 | | |
| 2 | CW175742-21 | CROCO/MINK HANDBAG | GREY | BT7 | 2 | | |
| 3 | CS175679-01 | CROCODILE HANDBAG | GREY | BT7 | 1 | | |
| | | | | | 4 | | |

BOX NUMBER ────────►          1
BOX SIZE ────────►          44x17x39
GROSS WEIGHT                  3.2 KG

Preparado por
Warehouse_Assistant

NM 98NP 02NP (1)
INV #2016500972
Attachment #04, ROI #053
Page 13 of 15

Página 3 de 6

4 i (2)

CZUNIGA_FWSBOL_000000

**C.I. DISEÑO Y MODA**
INTERNACIONAL S.A.S

**PACKING LIST**
BOX 1/1

DATE: 05-oct-17
CITES No.:

# NORDSTROM

| | | | | STORE: | | DEPT: | |
|---|---|---|---|---|---|---|---|

P.O.  6002395
P.I.  R18-6861

VENDOR: DUNS:
FV / INVOICE:  *20069*

| ITEM No. | REFERENCE | DESCRIPTION | | CODE COLOR | QUANTITY | LABEL No. | |
|---|---|---|---|---|---|---|---|
| | | | | | | INITIAL | FINAL |
| 1 | CW93479NA-08 | CROCO/WHIPS HANDBAG | GOLD | WH15 | 1 | | |
| | | | | | 1 | | |

BOX NUMBER ———————→  1
BOX SIZE ———————→  44x17x39
GROSS WEIGHT  0.8 KG

Production
Warehouse_Assistant

NORDSTROM 6861 (1)
INV #2016500972
Attachment #04, ROI #053
Page 14 of 15

Página 5 de 6

4 ₹ (1)

**C.I. DISEÑO Y MODA**
**INTERNACIONAL S.A.S**

**PACKING LIST**
**BOX 1/1**

DATE:  **05-oct-17**
CITES No.:

## GORSUCH LTD

| P.O. | **PO 91618** | VENDOR: DUNS: | | STORE: | DEPT: |
|---|---|---|---|---|---|
| P.I. | **R18-6856** | FV / INVOICE: | **20070** | | |

| ITEM No. | REFERENCE | DESCRIPTION | | CODE COLOR | QUANTITY | LABEL No. INITIAL | FINAL |
|---|---|---|---|---|---|---|---|
| 1 | CR165469-06 | CROCO/PYTHON HANDBAG | NOCE | PY573 | 1 | | |
| 2 | CW175717-01 | CROCODILE HANDBAG | COGNAC | D52 | 1 | | |
| 3 | CW175717-01 | CROCODILE HANDBAG | WHITE | H90 | 1 | | |
| | | | | | 3 | | |

BOX NUMBER ⟶ 1
BOX SIZE ⟶ 44x17x39
GROSS WEIGHT 2.4 KG

Warehouse_Assistant

GORSUCH 6856 (1)
INV #2016500972
Attachment #04, ROI #053
Page 15 of 15

Página 6 de 6

4j (2)

2/27/2029 Email chain from John Aguilar

with Gzuniga Invoices attached

**To:** 'Eric Schneider'[eric@nancygonzalezusa.com]
**Cc:** gestionproducto@dyminternacional.com[gestionproducto@dyminternacional.com];
analistaop2@dyminternacional.com[analistaop2@dyminternacional.com]
**From:** exportaciones2@dyminternacional.com[exportaciones2@dyminternacional.com]
**Sent:** Wed 2/27/2019 2:47:45 PM (UTC)
**Subject:** SAKS INVOICES -PASSENGERS

23469.pdf
23470.pdf
23471.pdf
23472.pdf
23473.pdf
23474.pdf
23475.pdf
23476.pdf
23477.pdf
23478.pdf
23479.pdf
23480.pdf
23481.pdf
23482.pdf
23483.pdf
23484.pdf
23485.pdf
23486.pdf

Hi Eric,

Attached you can find the invoices for the SAKS units that were carried by passengers.

Best regards /Saludos cordiales,

John Camilo Aguilar J
Export Coordinator & CITES
C.I. Diseño y Moda Internacional S.A.S.
Tel. (572) 695 91 11  Ext. 110
Cali - Colombia

Ex 5a

# GZUNIGA LTD.



NANCY GONZALEZ

| Order No. | 6646390 | | | | | Invoice No. | 023469 |
|---|---|---|---|---|---|---|---|

| Bill to Cliente | Ship to Destino | Customer Store | Notify Party Notificado |
|---|---|---|---|
| SAKS FIFTH AVENUE<br><br>P.O. BOX 20040<br><br>JACKSON          MISSISSIPPI<br>39289-0040<br>USA | SAKS FITH AVENUE DIRECT 1030 03<br>ONE WALDENBOOKS DRIVE<br>TN 37086<br><br>LAVERGNE          TENNESSEE<br><br>USA | Store:    DIRECT<br>Dept:     783<br>Vendor:  20608<br>Duns:<br>PI:        7163 | PERFORMANCE TEAM<br>145 TALMADGE ROAD<br>EDINSON NJ 08817<br>7329796050<br>NEW YORK<br>USA |

| Invoice Date<br>Fecha De Factura | Shipping Date<br>Fecha De Despacho | Ship Via<br>Medio Transporte | Net Weight<br>Peso Neto | Gross Weight<br>Peso Bruto | Currency<br>Moneda | Shipping Terms<br>Términos Negociación | Payment Terms<br>Condiciones de Pago |
|---|---|---|---|---|---|---|---|
| 02-25-2019 | 02-25-2019 | LAND | 2.40 | 3.20 | DOLLAR | DDP | 30 DAYS NET |

| Packing List<br>O.P | Cust. P.O.<br>Label | P.O. Date<br>Fecha O.P. | Reference<br>Referencia | Description<br>Descripción | Code<br>Color | Qty<br>Cantidad | Unit Price<br>Precio Unidad | Extended Cost<br>Costo Total |
|---|---|---|---|---|---|---|---|---|
| 024277 | 023395 | 07-21-2018 | CR195948-01 | CROCODILE HANDBAG NUDE DB2 BOLSO EN COCODRILO<br>CAIMAN CROC FUSCUS<br>COL: 42.02.21.00.00 | DB2 | 2 | 1,050.00 | 2,100.00 |
| 024277 | 023395 | 07-21-2018 | CS175679-01 | CROCODILE HANDBAG COGNAC D52 BOLSO EN COCODRILO<br>CAIMAN CROC FUSCUS<br>COL: 42.02.21,00.00 | D52 | 2 | 1,660.00 | 3,320.00 |

| | | | | | | | 5,420.00 |
|---|---|---|---|---|---|---|---|

| Vendor No.<br>Vendedor No. | Total Cartons<br>Total de Piezas | | Bred in Captivity  for commercial purposes | Total QTY<br>Cantidad<br>Total | | 0.00 |
|---|---|---|---|---|---|---|
| 20608 | 1 | | | | | 0.00 |
| | | | | 4 | | 0.00 |
| Country of Origin<br>Origen | Destination<br>Destino | | | Total Invoice<br>Total Factura | | 5,420.00 |
| COLOMBIA | USA | | | | | |

Upon receipt of any merchandise shipped on this invoice please inspect all units and notify us in writing within 5 days for any claims of shortages or damages.

| Page:<br>Pagina: | 1 | Of :<br>De : | 1 |
|---|---|---|---|

Elaborado por/ Made by: _____

Revisado por/ Checked by: _____

**5 east 57th Street 9th Floor**
**New York, NY 10022 U.S.A.**
**Tel: (212) 644-8401 Fax: (212) 644-8469**

INV #2016500972
Attachment #05, ROI #053
Page 2 of 22

5b

GZUNIGA_FWSBOL_000089

# GZUNIGA LTD.



| Order No. | 6597751 | | | | Invoice No. | 023470 |
|---|---|---|---|---|---|---|

| Bill to Cliente | Ship to Destino | Customer Store | Notify Party Notificado |
|---|---|---|---|
| SAKS FIFTH AVENUE<br><br>P.O. BOX 20040<br><br><br>JACKSON            MISSISSIPPI<br>39289-0040<br>USA | SAKS FIFTH AVENUE<br>5TH AVENUE<br>250 HIGHLAND PARK BLVD<br><br>WILKES BARRE           PENNSYLVANIA<br>18702<br>USA | Store:     601 NY<br>Dept:      783<br>Vendor:   20608<br>Duns:<br>PI:        7150NY | PERFORMANCE TEAM<br>145 TALMADGE ROAD<br>EDINSON NJ 08817<br>7323796050<br>NEW YORK<br>USA |

| Invoice Date Fecha De Factura | Shipping Date Fecha De Despacho | Ship Via Medio Transporte | Net Weight Peso Neto | Gross Weight Peso Bruto | Currency Moneda | Shipping Terms Términos Negociación | Payment Terms Condiciones de Pago |
|---|---|---|---|---|---|---|---|
| 02-25-2019 | 02-25-2019 | LAND | 2.40 | 3.20 | DOLLAR | DDP | 30 DAYS NET |

| Packing List O.P | Cust. P.O. Label | P.O. Date Fecha O.P. | Reference Referencia | Description Descripción | Code Color | Qty Cantidad | Unit Price Precio Unidad | Extended Cost Costo Total |
|---|---|---|---|---|---|---|---|---|
| 024278 | 023423 | 08-03-2018 | CR195948-01 | CROCODILE HANDBAG NUDE DB2 BOLSO EN COCODRILO CAIMAN CROC FUSCUS COL: 42.02.21.00.00 | DB2 | 3 | 1,050.00 | 3,150.00 |
| 024278 | 023423 | 08-03-2018 | CS175879-01 | CROCODILE HANDBAG COGNAC D52 BOLSO EN COCODRILO CAIMAN CROC FUSCUS COL: 42.02.21.00.00 | D52 | 1 | 1,660.00 | 1,660.00 |
| | | | | | | | | 4,810.00 |

| Vendor No. Vendedor No. | Total Cartons Total de Piezas | | Bred In Captivity  for commercial purposes | Total QTY Cantidad Total | | |
|---|---|---|---|---|---|---|
| 20608 | 1 | | | | | 0.00 |
| | | | | 4 | | 0.00 |
| Country of Origin Origen | Destination Destino | | | | | 0.00 |
| COLOMBIA | USA | | | Total Invoice Total Factura | | 4,810.00 |

**Upon receipt of any merchandise shipped on this invoice please inspect all units and notify us in writing within 5 days for any claims of shortages or damages.**

| Page: Página: | 1 | Of : De : | 1 |
|---|---|---|---|

Elaborado por/ Made by: _____

Revisado por/ Checked by: _____

5 east 57th Street 9th Floor
New York, NY 10022 U.S.A.
Tel: (212) 644-8401 Fax: (212) 644-8469

SC

INV #2016500972
Attachment #05, ROI #053
Page 3 of 22

# GZUNIGA LTD.


NANCY GONZALEZ

| Order No. | 6597751 | | | | | | Invoice No. | | 023471 |
|---|---|---|---|---|---|---|---|---|---|

| Bill to Cliente | Ship to Destino | Customer Store | Notify Party Notificado |
|---|---|---|---|
| SAKS FIFTH AVENUE<br><br>P.O. BOX 20040<br><br><br>JACKSON        MISSISSIPPI<br>39289-0040<br>USA | SAKS 5TH AVENUE<br>6TH AVENUE<br>250 HIGHLAND PARK BLVD<br>WILKES BARRE PA<br>WILKES BARRE        PENNSYLVANIA<br>18702<br>USA | Store: 603 BH<br><br>Dept: 783<br><br>Vendor: 20608<br><br>Duns:<br><br>PI: 7150BH | PERFORMANCE TEAM<br>146 TALMADGE ROAD<br>EDINSON NJ 08817<br>7329796050<br>NEW YORK<br>USA |

| Invoice Date Fecha De Factura | Shipping Date Fecha De Despacho | Ship Via Medio Transporte | Net Weight Peso Neto | Gross Weight Peso Bruto | Currency Moneda | Shipping Terms Términos Negociación | | Payment Terms Condiciones de Pago |
|---|---|---|---|---|---|---|---|---|
| 02-25-2019 | 02-25-2019 | LAND | 1.80 | 2.40 | DOLLAR | DDP | | 30 DAYS NET |

| Packing List O.P. | Cust. P.O. Label | P.O. Date Fecha O.P. | Reference Referencia | Description Descripción | Code Color | Qty Cantidad | Unit Price Precio Unidad | Extended Cost Costo Total |
|---|---|---|---|---|---|---|---|---|
| 024279 | 023362 | 07-17-2018 | CR195948-01 | CROCODILE HANDBAG NUDE DB2 BOLSO EN COCODRILO<br>CAIMAN CROC FUSCUS<br>COL: 42.02.21.00.00 | DB2 | 2 | 1,050.00 | 2,100.00 |
| 024279 | 023362 | 07-17-2018 | CR185804SF-0 | CROCODILE HANDBAG YELLOW DEGRADE FE4 BOLSO EN COCODRILO<br>CAIMAN CROC FUSCUS<br>COL: 42.02.21.00.00 | FE4 | 1 | 1,111.00 | 1,111.00 |
| | | | | | | | | 3,211.00 |

| Vendor No. Vendedor No. | Total Cartons Total de Piezas | | Bred in Captivity for commercial purposes | Total QTY Cantidad Total | | |
|---|---|---|---|---|---|---|
| 20608 | 1 | | | 3 | | 0.00<br>0.00<br>0.00 |

| Country of Origin Origen | Destination Destino | | | Total Invoice Total Factura | | |
|---|---|---|---|---|---|---|
| COLOMBIA | USA | | | 3,211.00 | | |

Upon receipt of any merchandise shipped on this invoice please inspect all units and notify us in writing within 5 days for any claims of shortages or damages.

| Page: Página: | 1 | Of: De : | 1 |
|---|---|---|---|

Elaborado por/ Made by: _____

Revisado por/ Checked by: _____

5 east 57th Street 9th Floor
New York, NY 10022 U.S.A.
Tel: (212) 644-8401 Fax: (212) 644-8469

INV #2016500972
Attachment #05, ROI #053
Page 4 of 22

5d

# GZUNIGA LTD.


NANCY GONZALEZ

| Order No. | 6597751 | | | | | Invoice No. | 023472 |
|---|---|---|---|---|---|---|---|

| Bill to Cliente | Ship to Destino | Customer Store | Notify Party Notificado |
|---|---|---|---|
| SAKS FIFTH AVENUE<br><br>P O BOX 20040<br>39289 0040<br><br>JACKSON      MISSISSIPPI<br><br>USA | SAKS 5TH AVENUE 212 PA PALM DESERT<br>5TH AVENUE<br>250 HIGHLAND PARK BLVD<br><br>WILKES BARRE      PENNSYLVANIA<br><br>USA | Store: 612 PA<br><br>Dept: 783<br><br>Vendor: 20608<br><br>Duns:<br><br>PI: 7150PA | PERFORMANCE TEAM<br>145 TALMADGE ROAD<br>EDINSON NJ 08817<br>7323796050<br>NEW YORK<br>USA |

| Invoice Date Fecha De Factura | Shipping Date Fecha De Despacho | Ship Via Medio Transporte | Net Weight Peso Neto | Gross Weight Peso Bruto | Currency Moneda | Shipping Terms Términos Negociación | Payment Terms Condiciones de Pago |
|---|---|---|---|---|---|---|---|
| 02-25-2019 | 02-25-2019 | LAND | 0.60 | 0.80 | DOLLAR | DDP | 30 DAYS NET |

| Packing List O.P. | Cust. P.O. Label | P.O. Date Fecha O.P. | Reference Referencia | Description Descripción | Code Color | Qty Cantidad | Unit Price Precio Unidad | Extended Cost Costo Total |
|---|---|---|---|---|---|---|---|---|
| 024280 | 023374 | 07-18-2018 | CR195948-01 | CROCODILE HANDBAG NUDE DB2 BOLSO EN COCODRILO CAIMAN CROC FUSCUS COL: 42.02.21.00.00 | DB2 | 1 | 1,050.00 | 1,050.00 |
| | | | | | | | | 1,050.00 |

| Vendor No. Vendedor No. | Total Cartons Total de Piezas | | Bred in Captivity for commercial purposes | Total QTY Cantidad Total | |
|---|---|---|---|---|---|
| 20608 | 1 | | | 1 | 0.00<br>0.00<br>0.00 |
| Country of Origin Origen | Destination Destino | | | Total Invoice Total Factura | 1,050.00 |
| COLOMBIA | USA | | | | |

Upon receipt of any merchandise shipped on this invoice please inspect all units and notify us in writing within 5 days for any claims of shortages or damages.

| Page: Pagina: | 1 | Of.: De: | 1 |
|---|---|---|---|

Elaborado por/ Made by: _____

Revisado por/ Checked by: _____

5 east 57th Street 9th Floor
New York, NY 10022 U.S.A.
Tel: (212) 644-8401 Fax: (212) 644-8469

INV #2016500972
Attachment #05, ROI #053
Page 5 of 22

# GZUNIGA LTD.



NANCY GONZALEZ

| Order No. | 6597751 | | | Invoice No. | 023473 |
|---|---|---|---|---|---|

| Bill to Cliente | Ship to Destino | Customer Store | Notify Party Notificado |
|---|---|---|---|
| SAKS FIFTH AVENUE<br><br>PO BOX 20040<br><br><br>JACKSON        MISSISSIPPI<br><br>USA | SAKS 5TH AV 0620 CG<br>700 N. MICHIGAN AVE, CHICAGO, IL 60611<br><br><br>CHICAGO            ILLINOIS<br><br>USA | Store:  620 CG<br>Dept:  783<br>Vendor:  20608<br>Duns:<br>PI:  7150CG | PERFORMANCE TEAM<br>145 TALMADGE ROAD<br>EDINSON NJ 08817<br>7323798050<br>NEW YORK<br>USA |

| Invoice Date Fecha De Factura | Shipping Date Fecha de Despacho | Ship Via Medio Transporte | Net Weight Peso Neto | Gross Weight Peso Bruto | Currency Moneda | Shipping Terms Términos Negociación | Payment Terms Condiciones de Pago |
|---|---|---|---|---|---|---|---|
| 02-25-2019 | 02-25-2019 | LAND | 0.60 | 0.80 | DOLLAR | DDP | 30 DAYS NET |

| Packing List O.P | Cust. P.O. Label | P.O. Date Fecha O.P. | Reference Referencia | Description Descripción | Code Color | Qty Cantidad | Unit Price Precio Unidad | Extended Cost Costo Total |
|---|---|---|---|---|---|---|---|---|
| 024281 | 023375 | 07-16-2018 | CR195948-01 | CROCODILE HANDBAG NUDE DB2 BOLSO EN COCODRILO CAIMAN CROC FUSCUS COL: 42.02.21.00.00 | DB2 | 1 | 1,050.00 | 1,050.00 |

| Vendor No. Vendedor No. | Total Cartons Total de Piezas | | Bred in Captivity for commercial purposes | Total QTY Cantidad Total | | | 1,050.00<br>0.00<br>0.00 |
|---|---|---|---|---|---|---|---|
| 20608 | 1 | | | 1 | | | 0.00 |
| Country of Origin Origen | Destination Destino | | | Total Invoice Total Factura | | | 1,050.00 |
| COLOMBIA | USA | | | | | | |

Upon receipt of any merchandise shipped on this invoice please inspect all units and notify us in writing within 5 days for any claims of shortages or damages.

| Page: Pagina: | 1 | Of: De: | 1 |
|---|---|---|---|

Elaborado por/ Made by: _____

Revisado por/ Checked by: _____

**5 east 57th Street 9th Floor**
**New York, NY 10022 U.S.A.**
**Tel: (212) 644-8401 Fax: (212) 644-8469**

INV #2016500972
Attachment #05, ROI #053
Page 6 of 22

5f

# GZUNIGA LTD.


NANCY GONZALEZ

| Order No. | 6597751 | | Invoice No. | 023474 |
|---|---|---|---|---|

| Bill to Cliente | Ship to Destino | Customer Store | Notify Party Notificado |
|---|---|---|---|
| SAKS FIFTH AVENUE<br><br>P.O. BOX 20040<br><br>JACKSON        MISSISSIPPI<br>39289-0040<br>USA | SAKS 5TH AVENUE<br>5TH AVENUE<br>250 HIGHLAND PARK BLVD<br>WILKES BARRE PA<br>WILKES BARRE        PENNSYLVANIA<br>18702<br>USA | Store:    623 CC<br>Dept:     783<br>Vendor:  20608<br>Duns:<br>PI:         7150CC | PERFORMANCE TEAM<br>145 TALMADGE ROAD<br>EDINSON NJ 08817<br>7323796050<br>NEW YORK<br>USA |

| Invoice Date Fecha De Factura | Shipping Date Fecha De Despacho | Ship Via Medio Transporte | Net Weight Peso Neto | Gross Weight Peso Bruto | Currency Moneda | Shipping Terms Términos Negociación | Payment Terms Condiciones de Pago |
|---|---|---|---|---|---|---|---|
| 02-25-2019 | 02-25-2019 | LAND | 0.60 | 0.80 | DOLLAR | DDP | 30 DAYS NET |

| Packing List O.F | Cust. P.O. Label | P.O. Date Fecha O.P. | Reference Referencia | Description Descripción | Code Color | Qty Cantidad | Unit Price Precio Unidad | Extended Cost Costo Total |
|---|---|---|---|---|---|---|---|---|
| 024282 | 023378 | 07-18-2018 | CR195948-01 | CROCODILE HANDBAG NUDE DB2 BOLSO EN COCODRILO<br>CAIMAN CROC FUSCUS<br>COL: 42.02.21.00.00 | DB2 | 1 | 1,050.00 | 1,050.00 |
| | | | | | | | | 1,050.00 |

| Vendor No. Vendedor No. | Total Cartons Total de Piezas | | Bred in Captivity  for commercial purposes | Total QTY Cantidad Total | | 0.00 |
|---|---|---|---|---|---|---|
| 20608 | 1 | | | 1 | | 0.00 |
| Country of Origin Origen | Destination Destino | | | | | 0.00 |
| COLOMBIA | USA | | | Total Invoice Total Factura | | 1,050.00 |

Upon receipt of any merchandise shipped on this invoice please inspect all units and notify us in writing within 5 days for any claims of shortages or damages.

| Page: Pagina: | 1 | Of : De : | 1 |
|---|---|---|---|

Elaborado por/ Made by: _____

Revisado por/ Checked by: _____

**5 east 57th Street 9th Floor**
**New York, NY 10022 U.S.A.**
**Tel: (212) 644-8401 Fax: (212) 644-8469**

5g

INV #2016500972
Attachment #05, ROI #053
Page 7 of 22

# GZUNIGA LTD.



| Order No. | 6597751 | | | | | | Invoice No. | | 023475 |
|---|---|---|---|---|---|---|---|---|---|

| Bill to<br>Cliente | Ship to<br>Destino | Customer<br>Store | Notify Party<br>Notificado |
|---|---|---|---|
| SAKS FIFTH AVENUE<br><br>P.O. BOX 20040<br><br><br>JACKSON        MISSISSIPPI<br>39289-0040<br>USA | SAKS 5TH AVENUE<br>5TH AVENUE<br>250 HIGHLAND PARK BLVD<br>WILKES BARRE PA<br>WILKES BARRE        PENNSYLVANIA<br>18702<br>USA | Store:   624 BR<br><br>Dept:    783<br><br>Vendor:  20608<br><br>Dune:<br><br>PI:      7150BR | PERFORMANCE TEAM<br>145 TALMADGE ROAD<br>EDINSON NJ 08817<br>7323798050<br>NEW YORK<br>USA |

| Invoice Date<br>Fecha De Factura | Shipping Date<br>Fecha De Despacho | Ship Via<br>Medio Transporte | Net Weight<br>Peso Neto | Gross Weight<br>Peso Bruto | Currency<br>Moneda | Shipping Terms<br>Términos Negociación | Payment Terms<br>Condiciones de Pago |
|---|---|---|---|---|---|---|---|
| 02-25-2019 | 02-25-2019 | LAND | 0.60 | 0.80 | DOLLAR | DDP | 30 DAYS NET |

| Packing List<br>O.P | Cust. P.O.<br>Label | P.O. Date<br>Fecha O.P. | Reference<br>Referencia | Description<br>Descripción | Code<br>Color | Qty<br>Cantidad | Unit Price<br>Precio Unidad | Extended Cost<br>Costo Total |
|---|---|---|---|---|---|---|---|---|
| 024283 | 023379 | 07-18-2018 | CR195948-01 | CROCODILE HANDBAG NUDE DB2 BOLSO EN COCODRILO<br>CAIMAN CROC FUSCUS<br>COL: 42.02.21.00.00 | DB2 | 1 | 1,050.00 | 1,050.00 |
| | | | | | | | | 1,050.00 |

| Vendor No.<br>Vendedor No. | Total Cartons<br>Total de Piezas | | Bred in Captivity for commercial purposes | Total QTY<br>Cantidad<br>Total | | |
|---|---|---|---|---|---|---|
| 20608 | 1 | | | 1 | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |

| County of Origin<br>Origen | Destination<br>Destino | | | Total Invoice<br>Total Factura | | 1,050.00 |
|---|---|---|---|---|---|---|
| COLOMBIA | USA | | | | | |

Upon receipt of any merchandise shipped on this invoice please inspect all units and notify us in writing
within 5 days for any claims of shortages or damages.

| Page:<br>Pagina: | 1 | Of :<br>De : | 1 |
|---|---|---|---|

Elaborado por/ Made by: _____

Revisado por/ Checked by: _____

**5 east 57th Street 9th Floor**
**New York, NY 10022 U.S.A.**
**Tel: (212) 644-8401 Fax: (212) 644-8469**

INV #2016500972
Attachment #05, ROI #053
Page 8 of 22

5h

# GZUNIGA LTD.



NANCY GONZALEZ

| Order No. | 6597751 | | Invoice No. | 023476 |
|---|---|---|---|---|

| Bill to Cliente | Ship to Destino | Customer Store | Notify Party Notificado |
|---|---|---|---|
| SAKS FIFTH AVENUE<br><br>P.O. BOX 20040<br><br><br>JACKSON        MISSISSIPPI<br>39289-0040<br>USA | SAKS 5TH AVENUE<br>5TH AVENUE<br>250 HIGHLAND PARK BLVD<br>WILKES BARRE PA<br>WILKES BARRE        PENNSYLVANIA<br>18702<br>USA | Store:  626 PX<br><br>Dept:   783<br><br>Vendor:  20608<br><br>Duns:<br><br>PI:  7150PX | PERFORMANCE TEAM<br>145 TALMADGE ROAD<br>EDINSON NJ 08817<br>7323786050<br>NEW YORK<br>USA |

| Invoice Date<br>Fecha De Factura | Shipping Date<br>Fecha De Despacho | Ship Via<br>Medio Transporte | Net Weight<br>Peso Neto | Gross Weight<br>Peso Bruto | Currency<br>Moneda | Shipping Terms<br>Términos Negociación | Payment Terms<br>Condiciones de Pago |
|---|---|---|---|---|---|---|---|
| 02-25-2019 | 02-25-2019 | LAND | 0.60 | 0.80 | DOLLAR | DDP | 30 DAYS NET |

| Packing List<br>O.P | Cust. P.O.<br>Label | P.O. Date<br>Fecha O.P. | Reference<br>Referencia | Description<br>Descripción | Code<br>Color | Qty<br>Cantidad | Unit Price<br>Precio Unidad | Extended Cost<br>Costo Total |
|---|---|---|---|---|---|---|---|---|
| 024284 | 023380 | 07-18-2018 | CR195948-01 | CROCODILE HANDBAG NUDE DB2 BOLSO EN COCODRILO<br>CAIMAN CROC FUSCUS<br>COL: 42.02.21.00.00 | DB2 | 1 | 1,050.00 | 1,050.00 |

| Vendor No.<br>Vendedor No. | Total Cartons<br>Total de Piezas | Bred in Captivity  for commercial purposes | Total QTY<br>Cantidad<br>Total | | 1,050.00 |
|---|---|---|---|---|---|
| 20608 | 1 | | | | 0.00 |
| | | | | | 0.00 |
| Country of Origin<br>Origen | Destination<br>Destino | | 1 | | 0.00 |
| COLOMBIA | USA | | Total Invoice<br>Total Factura | | 1,050.00 |

Upon receipt of any merchandise shipped on this invoice please inspect all units and notify us in writing within 5 days for any claims of shortages or damages.

| Page:<br>Pagina: | 1 | Of:<br>De: | 1 |
|---|---|---|---|

Elaborado por/ Made by: _____

Revisado por/ Checked by: _____

**5 east 57th Street 9th Floor**
**New York, NY 10022 U.S.A.**
**Tel: (212) 644-8401 Fax: (212) 644-8469**

INV #2016500972
Attachment #05, ROI #053
Page 9 of 22

51

# GZUNIGA LTD.



| Order No. | 6597751 | | | | | Invoice No. | | 023477 |
|---|---|---|---|---|---|---|---|---|

| Bill to Cliente | Ship to Destino | Customer Store | | Notify Party Notificado |
|---|---|---|---|---|
| SAKS FIFTH AVENUE | SAKS 5TH AVENUE | Store: | 629 AT | PERFORMANCE TEAM |
| | 5TH AVENUE | | | 145 TALMADGE ROAD |
| P.O. BOX 20040 | 250 HIGHLAND PARK BLVD | Dept: | 783 | EDINSON NJ 08817 |
| | WILKES BARRE PA | Vendor: | 20608 | 7323798050 |
| JACKSON          MISSISSIPPI | WILKES BARRE          PENNSYLVANIA | Duns: | | NEW YORK |
| 39289-0040 | 16702 | | | USA |
| USA | USA | PI: | 7150AT | |

| Invoice Date Fecha De Factura | Shipping Date Fecha De Despacho | Ship Via Medio Transporte | Net Weight Peso Neto | Gross Weight Peso Bruto | Currency Moneda | Shipping Terms Términos Negociación | Payment Terms Condiciones de Pago |
|---|---|---|---|---|---|---|---|
| 02-25-2019 | 02-25-2019 | LAND | 0.60 | 0.80 | DOLLAR | DDP | 30 DAYS NET |

| Packing List O.P | Cus. P.O. Label | P.O. Date Fecha O.P. | Reference Referencia | Description Descripción | Code Color | Qty Cantidad | Unit Price Precio Unidad | Extended Cost Costo Total |
|---|---|---|---|---|---|---|---|---|
| 024285 | 023381 | 07-18-2018 | CR19594B-01 | CROCODILE HANDBAG NUDE DB2 BOLSO EN COCODRILO CAIMAN CROC FUSCUS COL: 42.02.21.00.00 | DB2 | 1 | 1,050.00 | 1,050.00 |
| | | | | | | | | 1,050.00 |

| Vendor No. Vendedor No. | Total Cartons Total de Piezas | | Bred in Captivity for commercial purposes | Total QTY Cantidad Total | | 0.00 |
|---|---|---|---|---|---|---|
| 20608 | 1 | | | | | 0.00 |
| | | | | 1 | | 0.00 |
| Country of Origin Origen | Destination Destino | | | Total Invoice Total Factura | | 1,050.00 |
| COLOMBIA | USA | | | | | |

Upon receipt of any merchandise shipped on this invoice please inspect all units and notify us in writing within 5 days for any claims of shortages or damages.

| Page: Pagina: | 1 | Of: De: | 1 |
|---|---|---|---|

Elaborado por/ Made by: _____

Revisado por/ Checked by: _____

**5 east 57th Street 9th Floor**
**New York, NY 10022 U.S.A.**
**Tel: (212) 644-8401 Fax: (212) 644-8469**

INV #2016500972
Attachment #05, ROI #053
Page 10 of 22



# GZUNIGA LTD.



NANCY GONZALEZ

| Order No. | 6597751 | | | | Invoice No. | | 023478 |
|---|---|---|---|---|---|---|---|

| Bill to / Cliente | Ship to / Destino | Customer / Store | Notify Party / Notificado |
|---|---|---|---|
| SAKS FIFTH AVENUE<br><br>P.O. BOX 20040<br><br>39269-0040<br>JACKSON          MISSISSIPPI<br><br>USA | SAKS 5TH AVENUE<br>5TH AVENUE<br>250 HIGHLAND PARK BLVD<br>WILKES BARRE PA<br>WILKES BARRE          PENNSYLVANIA<br>18702<br>USA | Store:   630 BN<br>Dept:    783<br>Vendor: 20608<br>Duns:<br>PI:       7150BN | PERFORMANCE TEAM<br>145 TALMADGE ROAD<br>EDINSON NJ 08817<br>7323796050<br>NEW YORK<br>USA |

| Invoice Date<br>Fecha De Factura | Shipping Date<br>Fecha De Despacho | Ship Via<br>Medio Transporte | Net Weight<br>Peso Neto | Gross Weight<br>Peso Bruto | Currency<br>Moneda | Shipping Terms<br>Términos Negociación | Payment Terms<br>Condiciones de Pago |
|---|---|---|---|---|---|---|---|
| 02-25-2019 | 02-25-2019 | LAND | 0.60 | 0.80 | DOLLAR | DDP | 30 DAYS NET |

| Packing List<br>O.P | Cust. P.O<br>Label | P.O. Date<br>Fecha O.P. | Reference<br>Referencia | Description<br>Descripción | Code<br>Color | Qty<br>Cantidad | Unit Price<br>Precio Unidad | Extended Cost<br>Costo Total |
|---|---|---|---|---|---|---|---|---|
| 024286 | 023382 | 07-18-2018 | CR195948-01 | CROCODILE HANDBAG NUDE DB2 BOLSO EN COCODRILO<br>CAIMAN CROC FUSCUS<br>COL: 42.02.21.00.00 | DB2 | 1 | 1,050.00 | 1,050.00 |

| | | | | | | | 1,050.00 |
|---|---|---|---|---|---|---|---|

| Vendor No.<br>Vendedor No. | Total Cartons<br>Total de Piezas | | Bred in Captivity  for commercial purposes | Total QTY<br>Cantidad<br>Total | | | 0.00 |
|---|---|---|---|---|---|---|---|
| 2060B | 1 | | | 1 | | | 0.00 |
| Country of Origin<br>Origen | Destination<br>Destino | | | | | | 0.00 |
| COLOMBIA | USA | | | Total Invoice<br>Total Factura | | | 1,050.00 |

Upon receipt of any merchandise shipped on this invoice please inspect all units and notify us in writing
within 5 days for any claims of shortages or damages.

| Page:<br>Pagina: | 1 | Of:<br>De: | 1 |
|---|---|---|---|

Elaborado por/ Made by: _____

Revisado por/ Checked by: _____

5 east 57th Street 9th Floor
New York, NY 10022 U.S.A.
Tel: (212) 644-8401 Fax: (212) 644-8469

INV #2016500972
Attachment #05, ROI #053
Page 11 of 22



# GZUNIGA LTD.



NANCY GONZALEZ

| Order No. | 6597751 | | | | | Invoice No. | | 023479 |
|---|---|---|---|---|---|---|---|---|

| Bill to Cliente | Ship to Destino | Customer Store | Notify Party Notificado |
|---|---|---|---|
| SAKS FIFTH AVENUE<br><br>P O BOX 20040<br>39289 0040<br><br>JACKSON          MISSISSIPPI<br><br>USA | SAKS 5TH AVENUE SR 090<br>6TH AVENUE<br>250 HIGHLAND PARK BLVD<br>WILKES BARRE<br>WILKES BARRE          PENNSYLVANIA<br>PA<br>USA | Store: 633 SR<br><br>Dept: 783<br><br>Vendor: 20608<br><br>Duns:<br><br>PI: 7150SR | PERFORMANCE TEAM<br>145 TALMADGE ROAD<br>EDINSON NJ 08817<br>7323796050<br>NEW YORK<br>USA |

| Invoice Date Fecha De Factura | Shipping Date Fecha De Despacho | Ship Via Medio Transporte | Net Weight Peso Neto | Gross Weight Peso Bruto | Currency Moneda | Shipping Terms Términos Negociación | Payment Terms Condiciones de Pago |
|---|---|---|---|---|---|---|---|
| 02-25-2019 | 02-25-2019 | LAND | 0.60 | 0.80 | DOLLAR | DDP | 30 DAYS NET |

| Packing List O.P | Cust. P.O. Label | P.O. Date Fecha O.P. | Reference Referencia | Description Descripción | Code Color | Qty Cantidad | Unit Price Precio Unidad | Extended Cost Costo Total |
|---|---|---|---|---|---|---|---|---|
| 024287 | 023383 | 07-18-2018 | CR195948-01 | CROCODILE HANDBAG NUDE DB2 BOLSO EN COCODRILO CAIMAN CROC FUSCUS COL: 42.02.21.00.00 | DB2 | 1 | 1,050.00 | 1,050.00 |
| | | | | | | | | 1,050.00 |

| Vendor No. Veededor No. | Total Cartons Total de Piezas | Bred In Captivity  for commercial purposes | Total QTY Cantidad Total | |
|---|---|---|---|---|
| 20608 | 1 | | 1 | 0.00<br>0.00<br>0.00 |

| Country of Origin Origen | Destination Destino | | Total Invoice Total Factura | 1,050.00 |
|---|---|---|---|---|
| COLOMBIA | USA | | | |

Upon receipt of any merchandise shipped on this invoice please inspect all units and notify us in writing within 5 days for any claims of shortages or damages.

| Page: Pagina: | 1 | Of : De : | 1 |
|---|---|---|---|

Elaborado por/ Made by: _____

Revisado por/ Checked by: _____

**5 east 57th Street 9th Floor**
**New York, NY 10022 U.S.A.**
**Tel: (212) 644-8401 Fax: (212) 644-8469**

INV #2016500972
Attachment #05, ROI #053
Page 12 of 22

5L

# GZUNIGA LTD.


NANCY GONZALEZ

| Order No. | 6597751 | | | Invoice No. | | | 023480 |
|---|---|---|---|---|---|---|---|

| Bill to Cliente | Ship to Destino | Customer Store | Notify Party Notificado |
|---|---|---|---|
| SAKS FIFTH AVENUE<br><br>P.O. BOX 20040<br><br><br>JACKSON      MISSISSIPPI<br>39280-0040<br>USA | SAKS 5TH AVENUE<br>5TH AVENUE<br>250 HIGHLAND PARK BLVD<br>WILKES BARRE PA<br>WILKES BARRE      PENNSYLVANIA<br>18702<br>USA | Store:  634 HO<br>Dept:  783<br>Vendor:  20808<br>Duns:<br>PI:  7150HO | PERFORMANCE TEAM<br>145 TALMADGE ROAD<br>EDINSON NJ 08817<br>7323796050<br>NEW YORK<br>USA |

| Invoice Date Fecha De Factura | Shipping Date Fecha De Despacho | Ship Via Medio Transporte | Net Weight Peso Neto | Gross Weight Peso Bruto | Currency Moneda | Shipping Terms Términos Negociación | Payment Terms Condiciones de Pago |
|---|---|---|---|---|---|---|---|
| 02-25-2019 | 02-25-2019 | LAND | 0.60 | 0.80 | DOLLAR | DDP | 30 DAYS NET |

| Packing List O.P | Cust. P.O. Label | P.O. Date Fecha O.P. | Reference Referencia | Description Descripción | Code Color | Qty Cantidad | Unit Price Precio Unidad | Extended Cost Costo Total |
|---|---|---|---|---|---|---|---|---|
| 024288 | 023384 | 07-18-2018 | CR195948-01 | CROCODILE HANDBAG NUDE DB2 BOLSO EN COCODRILO<br>CAIMAN CROC FUSCUS<br>COL: 42.02.21.00.00 | DB2 | 1 | 1,050.00 | 1,050.00 |
| | | | | | | | | 1,050.00 |

| Vendor No. Vendedor No. | Total Cartons Total de Piezas | | Bred in Captivity for commercial purposes | Total QTY Cantidad Total | | 0.00 |
|---|---|---|---|---|---|---|
| 20608 | 1 | | | 1 | | 0.00 |
| Country of Origin Origen | Destination Destino | | | Total Invoice Total Factura | | 0.00 |
| COLOMBIA | USA | | | | | 1,050.00 |

Upon receipt of any merchandise shipped on this invoice please inspect all units and notify us in writing
within 5 days for any claims of shortages or damages.

| Page: Pagina: | 1 | Of: De: | 1 |
|---|---|---|---|

Elaborado por/ Made by: _____

Revisado por/ Checked by: _____

**5 east 57th Street 9th Floor**
**New York, NY 10022 U.S.A.**
**Tel: (212) 644-8401 Fax: (212) 644-8469**

SM

INV #2016500972
Attachment #05, ROI #053
Page 13 of 22

# GZUNIGA LTD.


NANCY GONZALEZ

| Order No. | 6597751 | | | | | Invoice No. | 023481 |
|---|---|---|---|---|---|---|---|

| Bill to Cliente | Ship to Destino | Customer Store | Notify Party Notificado |
|---|---|---|---|
| SAKS FIFTH AVENUE<br>P O BOX 20040 JACKSON MISSISIPPI<br>39289 004<br>JACKSON        MISSISSIPPI<br>USA | WILKES BARRE PA<br>5TH AVENUE 250 HIGHLAND PARK BLVD<br>WILKES BARRE PA<br>WILKES BARRE        PENNSYLVANIA<br>USA | Store: 636 SC<br>Dept: 783<br>Vendor: 20608<br>Duns:<br>PI: 7150SC | PERFORMANCE TEAM<br>145 TALMADGE ROAD<br>EDINSON NJ 08817<br>7323796050<br>NEW YORK<br>USA |

| Invoice Date Fecha De Factura | Shipping Date Fecha De Despacho | Ship Via Medio Transporte | Net Weight Peso Neto | Gross Weight Peso Bruto | Currency Moneda | Shipping Terms Términos Negociación | Payment Terms Condiciones de Pago |
|---|---|---|---|---|---|---|---|
| 02-25-2019 | 02-25-2019 | LAND | 0.60 | 0.80 | DOLLAR | DDP | 30 DAYS NET |

| Packing Lin O.P | Cus. P.O. Label | P.O. Date Fecha O.P. | Reference Referencia | Description Descripción | Code Color | Qty Cantidad | Unit Price Precio Unidad | Extended Cost Costo Total |
|---|---|---|---|---|---|---|---|---|
| 024289 | 023385 | 07-18-2018 | CR195948-01 | CROCODILE HANDBAG NUDE DB2 BOLSO EN COCODRILO CAIMAN CROC FUSCUS COL: 42.02.21.00.00 | DB2 | 1 | 1,050.00 | 1,050.00 |

| Vendor No. Vendedor No. | Total Cartons Total de Piezas | Bred in Captivity for commercial purposes | Total QTY Cantidad Total | | 1,050.00<br>0.00<br>0.00<br>0.00 |
|---|---|---|---|---|---|
| 20608 | 1 | | 1 | | |
| Country of Origin Origen | Destination Destino | | Total Invoice Total Factura | | 1,050.00 |
| COLOMBIA | USA | | | | |

Upon receipt of any merchandise shipped on this invoice please inspect all units and notify us in writing within 5 days for any claims of shortages or damages.

| Page: Pagina: | 1 | Of: De: | 1 |
|---|---|---|---|

Elaborado por/ Made by: _____

Revisado por/ Checked by: _____

5 east 57th Street 9th Floor
New York, NY 10022 U.S.A.
Tel: (212) 644-8401 Fax: (212) 644-8469

INV #2016500972
Attachment #05, ROI #053
Page 14 of 22

# GZUNIGA LTD.



NANCY GONZALEZ

| Order No. | 6597751 | | | | | | Invoice No. | | 023482 |
|---|---|---|---|---|---|---|---|---|---|

| Bill to Cliente | Ship to Destino | Customer Store | | Notify Party Notificado |
|---|---|---|---|---|
| SAKS FIFTH AVENUE<br><br>P.O. BOX 20040<br><br><br>JACKSON        MISSISSIPPI<br>39289-0040<br>USA | SAKS 5TH AVENUE<br>5TH AVENUE<br>250 HIGHLAND PARK BLVD<br>WILKES BARRE PA<br>WILKES BARRE        PENNSYLVANIA<br>18702<br>USA | Store:  637 BA<br>Dept:  783<br>Vendor:  20608<br>Duns:<br>PI:  7150BA | | PERFORMANCE TEAM<br>145 TALMADGE ROAD<br>EDINSON NJ 08817<br>7323796050<br>NEW YORK<br>USA |

| Invoice Date Fecha De Factura | Shipping Date Fecha De Despacho | Ship Via Medio Transporte | Net Weight Peso Neto | Gross Weight Peso Bruto | Currency Moneda | Shipping Terms Términos Negociación | Payment Terms Condiciones de Pago |
|---|---|---|---|---|---|---|---|
| 02-25-2019 | 02-25-2019 | LAND | 0.60 | 0.80 | DOLLAR | DDP | 30 DAYS NET |

| Packing List O.P. | Cust. P.O. Label | P.O. Date Fecha O.P. | Reference Referencia | Description Descripción | Code Color | Qty Cantidad | Unit Price Precio Unidad | Extended Cost Costo Total |
|---|---|---|---|---|---|---|---|---|
| 024290 | 023388 | 07-18-2018 | CR195948-01 | CROCODILE HANDBAG NUDE DB2 BOLSO EN COCODRILO CAIMAN CROC FUSCUS COL: 42.02,21.00.00 | DB2 | 1 | 1,050.00 | 1,050.00 |
| | | | | | | | | 1,050.00 |

| Vendor No. Vendedor No. | Total Cartons Total de Piezas | | Bred in Captivity for commercial purposes | Total QTY Cantidad Total | | |
|---|---|---|---|---|---|---|
| 20608 | 1 | | | 1 | | 0.00<br>0.00<br>0.00 |
| Country of Origin Origen | Destination Destino | | | Total Invoice Total Factura | | 1,050.00 |
| COLOMBIA | USA | | | | | |

Upon receipt of any merchandise shipped on this invoice please inspect all units and notify us in writing within 5 days for any claims of shortages or damages.

| Page: Página: | 1 | Of: De: | 1 |
|---|---|---|---|

Elaborado por/ Made by: _____

Revisado por/ Checked by:_____

**5 east 57th Street 9th Floor**
**New York, NY 10022 U.S.A.**
**Tel: (212) 644-8401 Fax: (212) 644-8469**

*50*

INV #2016500972
Attachment #05, ROI #053
Page 15 of 22

# GZUNIGA LTD.


NANCY GONZALEZ

| Order No. | 6597751 | | | | | | Invoice No. | | 023483 |
|---|---|---|---|---|---|---|---|---|---|

| Bill to / Cliente | Ship to / Destino | Customer / Store | Notify Party / Notificado |
|---|---|---|---|
| SAKS FIFTH AVENUE<br><br>P.O. BOX 20040<br><br><br>JACKSON          MISSISSIPPI<br>39289-0040<br>USA | SAKS 5TH AVENUE<br>5TH AVENUE<br>250 HIGHLAND PARK BLVD<br>WILKES BARRE PA<br>WILKES BARRE          PENNSYLVANIA<br>18702<br>USA | Store: 643 PL<br>Dept: 783<br>Vendor: 20808<br>Duns:<br>PI: 7150PL | PERFORMANCE TEAM<br>145 TALMADGE ROAD<br>EDINSON NJ 09817<br>7323798050<br>NEW YORK<br>USA |

| Invoice Date<br>Fecha De Factura | Shipping Date<br>Fecha De Despacho | Ship Via<br>Medio Transporte | Net Weight<br>Peso Neto | Gross Weight<br>Peso Bruto | Currency<br>Moneda | Shipping Terms<br>Términos Negociación | Payment Terms<br>Condiciones de Pago |
|---|---|---|---|---|---|---|---|
| 02-25-2019 | 02-25-2019 | LAND | 0.60 | 0.80 | DOLLAR | DDP | 30 DAYS NET |

| Packing List<br>O.P | Cust. P.O.<br>Label | P.O. Date<br>Fecha O.P. | Reference<br>Referencia | Description<br>Descripción | Code<br>Color | Qty<br>Cantidad | Unit Price<br>Precio Unidad | Extended Cost<br>Costo Total |
|---|---|---|---|---|---|---|---|---|
| 024291 | 023390 | 07-19-2018 | CR195948-01 | CROCODILE HANDBAG NUDE DB2 BOLSO EN COCODRILO<br>CAIMAN CROC FUSCUS<br>COL: 42.02.21.00.00 | DB2 | 1 | 1,050.00 | 1,050.00 |

| | | | | | | | | 1,050.00 |
|---|---|---|---|---|---|---|---|---|
| Vendor No.<br>Vendedor No.<br>20808 | Total Cartons<br>Total de Piezas<br>1 | | | Bred in Captivity  for commercial purposes | Total QTY<br>Cantidad<br>Total<br>1 | | | 0.00<br>0.00<br>0.00 |
| Country of Origin<br>Origen<br>COLOMBIA | Destination<br>Destino<br>USA | | | | Total Invoice<br>Total Factura | | | 1,050.00 |

Upon receipt of any merchandise shipped on this invoice please inspect all units and notify us in writing within 5 days for any claims of shortages or damages.

| Page:<br>Pagina: | 1 | Of:<br>De: | 1 |
|---|---|---|---|

Elaborado por/ Made by: _____

Revisado por/ Checked by:_____

5 east 57th Street 9th Floor
New York, NY 10022 U.S.A.
Tel: (212) 644-8401 Fax: (212) 644-8469

INV #2016500972
Attachment #05, ROI #053
Page 16 of 22


5P

# GZUNIGA LTD.


NANCY GONZALEZ

| Order No. | 6597751 | | | | | Invoice No. | | 023484 |
|---|---|---|---|---|---|---|---|---|

| Bill to / Cliente | Ship to / Destino | Customer / Store | Notify Party / Notificada |
|---|---|---|---|
| SAKS FIFTH AVENUE<br><br>P.O. BOX 20040<br><br>JACKSON          MISSISSIPPI<br>39289-0040<br>USA | SAKS 5TH AVENUE<br>5TH AVENUE<br>250 HIGHLAND PARK BLVD<br>WILKES BARRE PA<br>WILKES BARRE          PENNSYLVANIA<br>18702<br>USA | Store:   646 SN<br>Dept:   783<br>Vendor:   20608<br>Duns:<br>PI:   7150SN | PERFORMANCE TEAM<br>145 TALMADGE ROAD<br>EDINSON NJ 08817<br>7323795050<br>NEW YORK<br>USA |

| Invoice Date / Fecha De Factura | Shipping Date / Fecha De Despacho | Ship Via / Medio Transporte | Net Weight / Peso Neto | Gross Weight / Peso Bruto | Currency / Moneda | Shipping Terms / Términos Negociación | Payment Terms / Condiciones de Pago |
|---|---|---|---|---|---|---|---|
| 02-25-2019 | 02-25-2019 | LAND | 0.60 | 0.80 | DOLLAR | DDP | 30 DAYS NET |

| Packing List O.P | Cus. P.O. Label | P.O. Date Fecha O.P. | Reference Referencia | Description / Descripción | Code Color | Qty Cantidad | Unit Price Precio Unidad | Extended Cost Costo Total |
|---|---|---|---|---|---|---|---|---|
| 024292 | 023391 | 07-19-2018 | CR195948-01 | CROCODILE HANDBAG NUDE DB2 BOLSO EN COCODRILO<br>CAIMAN CROC FUSCUS<br>COL: 42.02.21.00.00 | DB2 | 1 | 1,050.00 | 1,050.00 |
| | | | | | | | | 1,050.00 |

| Vendor No. Vendedor No. | Total Cartons Total de Piezas | Bred in Captivity  for commercial purposes | Total QTY Cantidad Total | |
|---|---|---|---|---|
| 20608 | 1 | | | 0.00 |
| | | | 1 | 0.00 |
| Country of Origin Origen | Destination Destino | | | 0.00 |
| COLOMBIA | USA | | Total Invoice Total Factura | 1,050.00 |

Upon receipt of any merchandise shipped on this invoice please inspect all units and notify us in writing
within 5 days for any claims of shortages or damages.

| Page: Pagina: | 1 | Of: De : | 1 |
|---|---|---|---|

Elaborado por/ Made by: _____

Revisado por/ Checked by:_____

5 east 57th Street 9th Floor
New York, NY 10022 U.S.A.
Tel: (212) 644-8401 Fax: (212) 644-8469

INV #2016500972
Attachment #05, ROI #053
Page 17 of 22

5Q



# GZUNIGA LTD.



NANCY GONZALEZ

| Order No. | 6597751 | | | | | | | Invoice No. | | 023485 |
|---|---|---|---|---|---|---|---|---|---|---|

| Bill to Cliente | Ship to Destino | Customer Store | | Notify Party Notificado |
|---|---|---|---|---|
| SAKS FIFTH AVENUE<br><br>PO BOX 20040<br><br>JACKSON MISSISSIPPI 39289 0040<br><br>JACKSON       MISSISSIPPI<br><br>USA | SAKS 5TH AVENUE<br>5TH AVENUE<br>250 HIGHLAND PARK BLVD<br>WILKES BARRE PENSILVANIA<br>WILKES BARRE        PENNSYLVANIA<br>18702<br>USA | Store:    AVENUE<br><br>Dept:    783<br><br>Vendor:    20608<br><br>Duns:<br><br>PI:    7150HA | | PERFORMANCE TEAM<br>145 TALMADGE ROAD<br>EDINSON NJ 08817<br>7323796050<br>NEW YORK<br>USA |

| Invoice Date Fecha De Factura | Shipping Date Fecha De Despacho | Ship Via Medio Transporte | Net Weight Peso Neto | Gross Weight Peso Bruto | Currency Moneda | Shipping Terms Términos Negociación | Payment Terms Condiciones de Pago |
|---|---|---|---|---|---|---|---|
| 02-25-2019 | 02-25-2019 | LAND | 0.60 | 0.80 | DOLLAR | DDP | 30 DAYS NET |

| Packing List O.P | Cust. P.O. Label | P.O. Date Fecha O.P. | Reference Referencia | Description Descripción | Code Color | Qty Cantidad | Unit Price Precio Unidad | Extended Cost Costo Total |
|---|---|---|---|---|---|---|---|---|
| 024293 | 023392 | 07-19-2018 | CR195948-01 | CROCODILE HANDBAG NUDE DB2 BOLSO EN COCODRILO CAIMAN CROC FUSCUS COL: 42.02.21.00.00 | DB2 | 1 | 1,050.00 | 1,050.00 |
| | | | | | | | | 1,050.00 |

| Vendor No. Vendedor No. | Total Cartons Total de Piezas | | Bred in Captivity  for commercial purposes | Total QTY Cantidad Total | 0.00 |
|---|---|---|---|---|---|
| 20608 | 1 | | | | 0.00 |
| Country of Origin Origen | Destination Destino | | | 1 | 0.00 |
| COLOMBIA | USA | | | Total Invoice Total Factura | 1,050.00 |

Upon receipt of any merchandise shipped on this invoice please inspect all units and notify us in writing within 5 days for any claims of shortages or damages.

| Page: Pagina: | 1 | Of : De : | 1 |
|---|---|---|---|

Elaborado por/ Made by: _____

Revisado por/ Checked by: _____

5 east 57th Street 9th Floor
New York, NY 10022 U.S.A.
Tel: (212) 644-8401 Fax: (212) 644-8469

INV #2016500972
Attachment #05, ROI #053
Page 18 of 22

5R

# GZUNIGA LTD.



NANCY GONZALEZ

| Order No. | 6597751 | | | | | | Invoice No. | | 023486 |
|---|---|---|---|---|---|---|---|---|---|

| Bill to Cliente | Ship to Destino | Customer Store | Notify Party Notificado |
|---|---|---|---|
| SAKS FIFTH AVENUE<br><br>P.O. BOX 20040<br><br>JACKSON    MISSISSIPPI<br>39289-0040<br>USA | SAKS 5TH AVENUE<br>5TH AVENUE<br>250 HIGHLAND PARK BLVD<br>WILKES BARRE PA<br>WILKES BARRE    PENNSYLVANIA<br>18702<br>USA | Store: 669 NS<br><br>Dept: 783<br><br>Vendor: 20608<br><br>Duns:<br><br>PI: 7150NS | PERFORMANCE TEAM<br>145 TALMADGE ROAD<br>EDINSON NJ 08817<br>7323796050<br>NEW YORK<br>USA |

| Invoice Date Fecha De Factura | Shipping Date Fecha De Despacho | Ship Via Medio Transporte | Net Weight Peso Neto | Gross Weight Peso Bruto | Currency Moneda | Shipping Terms Términos Negociación | Payment Terms Condiciones de Pago |
|---|---|---|---|---|---|---|---|
| 02-25-2019 | 02-25-2019 | LAND | 0.60 | 0.80 | DOLLAR | DDP | 30 DAYS NET |

| Packing List O.P | Cust. P.O. Label | P.O. Date Fecha O.P. | Reference Referencia | Description Descripción | Code Color | Qty Cantidad | Unit Price Precio Unidad | Extended Cost Costo Total |
|---|---|---|---|---|---|---|---|---|
| 024294 | 023393 | 07-19-2018 | CR195948-01 | CROCODILE HANDBAG NUDE DB2 BOLSO EN COCODRILO CAIMAN CROC FUSCUS<br>COL: 42.02.21.00.00 | DB2 | 1 | 1,050.00 | 1,050.00 |
| | | | | | | | | 1,050.00 |

| Vendor No. Vendedor No. | Total Cartons Total de Piezas | Bred in Captivity for commercial purposes | Total QTY Cantidad Total | |
|---|---|---|---|---|
| 20608 | 1 | | 1 | 0.00<br>0.00<br>0.00 |
| Country of Origin Origen | Destination Destino | | Total Invoice Total Factura | |
| COLOMBIA | USA | | | 1,050.00 |

Upon receipt of any merchandise shipped on this invoice please inspect all units and notify us in writing within 5 days for any claims of shortages or damages.

| Page: Pagina: | 1 | Of: De: | 1 |
|---|---|---|---|

Elaborado por/ Made by: _____

Revisado por/ Checked by: _____

**5 east 57th Street 9th Floor**
**New York, NY 10022 U.S.A.**
**Tel: (212) 644-8401 Fax: (212) 644-8469**

INV #2016500972
Attachment #05, ROI #053
Page 19 of 22


5 S

GZUNIGA_FWSROL 000021